# EXHIBIT A
# TO COMPLAINT

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 570-2023-02697 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Rogelio A. Stanford | (202) 726-6271 | 1958 |

**Street Address**

5201 Kansas Ave., N.W.

Washington, DC 20011

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Howard University | 15 - 100 Employees | |

**Street Address**

2400 6th St. NW

Washington, DC 20011

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

**Street Address**

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Age, National Origin, Retaliation | 05/15/2023 | 05/15/2023 |

Received by EEOC Washington Field Office Date 6/2/2023

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around December 1983, I was hired as a Patrol Officer by the above-named employer. In or around March 2022, I applied for a Lieutenant position with Respondent, and I was not interviewed for the position. On or around May 15, 2023, I became aware that I was not selected for the Lieutenant position

I believe that I have been discriminated against due to my national origin (Hispanic-Panamanian) and retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been discriminated against due to my age (64), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Date JUNE 2, 2023    Charging Party Signature  *Rogelio Stanford* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |