**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROGELIO A. STANFORD                    *

      Plaintiff,                         *

      v.                                 *
               Civil Action No.: 1:23-cv-03041

HOWARD UNIVERSITY                      *

      Defendant                          *

*   *   *   *   *   *   *   *   *   *   *   *   *

**JOINT STATUS REPORT**

In response to this Court's January 10, 2025 notice reassigning this case to Judge Sparkle

L. Sooknanan, undersigned counsel submit this Joint Status Report on behalf of Plaintiff Rogelio

Stanford and Defendant Howard University. It is the Parties' understanding, based on Defendant

counsel's communication with the Clerk's office and Judge Randolph D. Moss' chambers, that the

January 17, 2025 post-discovery hearing (ECF 23) will be rescheduled for a later date pending a

new scheduling notice from Judge Sooknanan. The Parties submit that there are no pending

discovery issues and that a briefing schedule for summary judgment will be requested at the

forthcoming post-discovery hearing.

The Parties have conferred and seek confirmation of their understanding that the January

17, 2025 hearing is no longer going forward in light of the reassignment. The Parties will be

available should the Court have any questions.

SIGNATURES ON FOLLOWING PAGE

1

Dated: January 16, 2025                    Respectfully submitted,

                                           /s/ *Constantinos G. Panagopoulos*
                                           Constantinos G. Panagopoulos
                                           D.C. Bar No. 430932
                                           Katherine E. Rodriguez (*pro hac vice*)
                                           Ballard Spahr LLP
                                           1909 K Street, NW, 12th Floor
                                           Washington, DC  20006-1157
                                           Tel: (202) 661-2200
                                           Fax: (202) 661-2299
                                           cgp@ballardspahr.com
                                           rodriguezk@ballardspahr.com

                                           *Attorneys for Defendant*


                                           /S/ *Richard S. Toikka*
                                           Richard S. Toikka, DC Bar No. 416721
                                           WILT TOIKKA KRAFT, LLP
                                           1629 K Street, NW, Suite 300
                                           Washington, DC 20006
                                           202-508-3648 (phone)
                                           202-521-9803 (fax)
                                           240-888-8110 (mobile)
                                           rtoikka@wtk-law.com (email)

                                           *Attorneys for Plaintiff*