IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGELIO A. STANFORD | * |
| Plaintiff, | * |
| v. | * |
| | Civil Action No.: 1:23-cv-03041 |
| HOWARD UNIVERSITY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of the foregoing Joint Status Report, it is hereby

**ORDERED** that the case schedule is as follows:

| | |
|---|---|
| Deadline for Parties to move for summary judgment: | May 1, 2025 |
| Deadline for Parties to file any opposition to summary judgment: | May 22, 2025 |
| Deadline for reply briefing: | June 12, 2025 |

SIGNED this _____ day of _____, 2025

_____
HON. SPARKLE L. SOOKNANAN
United States District Judge

NG-58S8J20W #4912-8219-3451 v4