## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROGELIO A. STANFORD      *

     Plaintiff,      *

     v.      *

          Civil Action No.: 1:23-cv-03041

HOWARD UNIVERSITY      *

     Defendant.      *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## DEFENDANT HOWARD UNIVERSITY'S INDEX OF EXHIBITS

Defendant Howard University ("Howard") hereby submits this Index of Exhibits.

| Exhibit Letter | Description |
|---|---|
| A | Stanford's Resume |
| B | Howard's View Job Application Event |
| C | Deposition of Rogelio Stanford (Excerpts) |
| D | Stanford's 2022 Application |
| E | Stanford's 2022 Resume Submission |
| F | Pl. Obj. and Ans. to Howard's First Set of Req. for Admission |
| G | Deposition of Lawrence Jones (Excerpts) |
| H | Stanford's 2023 Application |

| I | Email Invitation to Interview for 2023 Lieutenant Position |
|---|---|
| J | Howard University's Non-Discrimination Policy and Procedures |
| K | Stanford's Charge of Discrimination |
| L | Howard's Obj. and Ans. to Plaintiff's First Set of Interr. |
| M | Determination and Notice of Rights |
| N | 2022 Application Rejection Email |
| O | 2022 Lieutenant Position Applicant Materials |
| P | Applicant Tracking Data |
| Q | EEOC Intake Interview Notes |

Dated:  May 1, 2025                    Respectfully submitted,

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos
D.C. Bar No. 430932
Katherine E. Rodriguez (*pro hac vice*)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC  20006-1157
Tel: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
rodriguezk@ballardspahr.com

*Attorneys for Defendant*

# EXHIBIT A

## Sergeant Rogelio A. Stanford_____

5201 Kansas Avenue, N.W. * Washington, DC  20011
(202) 726-6271 * Email: [ HYPERLINK "mailto:RStanford@howard.edu" ]

*Experience*
Howard University School of Divinity (2010 to Present)
Campus Police Sergeant (Promoted 2001) * Bilingual—Spanish and English

**Duties:**
- Communicate with people to calm emotions, diffuse situations and gain answers.  Issue Barring Notices, inform Investigation Department of inappropriate student behavior and provide written reports.
- Listen and respond to people without being biased or cynical
- Follow proper protocol and remain inside the lines of the law
- Manage special events, deflect verbal abuse and handle physical altercations as necessary in a professional manner
- Face and confront adverse situations or danger with aplomb while giving Barring Notices
- Assist physically blind and other challenged students in solving various difficult situations.

Howard University Hospital (2005 to 2010)
Campus Police Sergeant  * Bilingual—Spanish and English

**Duties:**
- Effectively communicated with patients in order to calm emotions and diffuse situations between nurses and patients while gaining cooperation to comply with doctors and nurses.
- Listened and responded to people who were disorderly and informed them that their behavior was not acceptable in the Emergency Room.
- Followed HIPPA protocol and remained inside the lines of hospital policy
- Absorbed verbal abuse and handled physical altercations in emergency area and cafeteria with amount of force necessary
- Acted without hesitation when faced with the possibility of danger
- Assisted people to communicate and interpret from Spanish to English and worked through situations.

Howard University—Main Campus (1983 to 2005)
Campus Police Officer (1983) * Campus Police Academy (1988)

Skills:
- Maryland permit to be armed on Howard University property (expired)
- FEMA Certificate of Achievement from 2010 to present
- Fire Arm Certificate of Training Glock 9 mm, 2013
- Howard University Performance Evaluation above average
- Maintained safety and security on campus by providing leadership in time and attendance to Assist Lieutenant
- Maintain proper attention to appearance and grooming
- Skilled in providing direction to officers regarding proper performance of duties
- Ability to control large crowds and student gatherings, dispersing groups where necessary and appropriate

HU0000705

# EXHIBIT B



MENU HOWARD UNIVERSITY rogelio stanford

# View Job Application Event

Job Application: Rogelio Stanford (Internal) - JR101595 Lieutenant (C13148) on 03/30/2022

For Rogelio Stanford (Internal) - JR101595 Lieutenant (C13148)

Overall Process Job Application: Rogelio Stanford (Internal) - JR101595 Lieutenant (C13148) on 03/30/2022

Overall Status Declined

Details Process

Process History 6 items

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Job Application | Job Application | Step Completed | 03/30/2022 12:27:12 PM | | Rogelio Stanford | 1 | |
| Review Candidate | Review Candidate | Automatic Complete | 03/30/2022 12:27:12 PM | | | 0 | |
| Review Candidate | Send Endorsement Request | Not Required | | | | 0 | |
| Review Candidate | To Do: Find Duplicates for Candidate | Not Required | | | | 0 | |
| Review Candidate | Review Decision | Step Completed | 09/15/2022 01:41:29 PM | 04/01/2022 | Porscha Wade (Primary Recruiter) | 1 | |
| Job Application | Conclusion: Other Candidate(s) Better Qualified | Declined | 09/15/2022 01:41:29 PM | | Porscha Wade | 1 | |

# EXHIBIT C

Page 1

1               UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3        ----------------------------------- )

4        ROGELIO A. STANFORD,                )

5                    Plaintiff,              )Case No.

6             vs.                            )1:23-cv-03041

7        HOWARD UNIVERSITY,                  )(RDM)

8                    Defendant.              )

9        ----------------------------------- )

10

11

12            DEPOSITION OF ROGELIO STANFORD

13                  WASHINGTON, D.C.

14                  NOVEMBER 1, 2024

15

16

17

18

19

20

21

22        REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

1    responsive to these requests that are Exhibit

2    No. 5?

3         A.  I have my e-mails that I went back and I

4    retrieved them from the e-mails that I did -- that

5    I had.

6         Q.  Okay.  Anything else?

7         A.  Only the e-mails and that was it that I'm

8    aware of.

9         Q.  Okay.  What e-mail accounts did you

10   search?

11        A.  I searched rstanford@howard.edu.

12        Q.  Anything else?  Any other e-mails?

13        A.  No, ma'am.

14        Q.  Do you have a personal e-mail address?

15        A.  Rogeliostanford@yahoo.

16        Q.  Did you search your Yahoo e-mail for

17   documents responsive to these requests that are

18   Exhibit No. 5?

19        A.  No, ma'am.

20        Q.  And why didn't you search your personal

21   e-mail?

22        A.  Because I don't put none of these items in

1          Q.   That you applied on March 30, 2022; is

2     that right?

3          A.   Yes, ma'am.

4          Q.   Now, when you applied for the lieutenant

5     position in March of 2022, did you complete and

6     describe your experience in connection with the

7     application?

8          A.   I believe my experience is well known in

9     the department and through the various applications

10     that I've put in for lieutenant in the past.

11          Q.   That wasn't quite my question.  My

12     question is a little bit more specific.  My

13     question is when you applied for this position, did

14     you submit in the application form information

15     about your experience?

16          A.   No, ma'am because I'm still working

17     current.

18          Q.   And similarly, you did not include any

19     information about your education, correct?

20          A.   No, ma'am.  All my education that I have

21     is on-the-job training.

22          Q.   And you did not submit a cover letter,

1    correct?

2          A.  You're right, ma'am.

3          Q.  And you did not submit a resume, correct?

4          A.  Because I believe that due to my past

5    experience that I applied for the position that HR

6    had my information in hand.

7          Q.  Again, not quite my question.  So I'm

8    going to ask it again.  You did not submit a resume

9    in connection with your March 2022 lieutenant

10   application, correct?

11         A.  My answer is no because I've applied in

12   the past and I believe that HR had a copy of my

13   application in the past.

14         Q.  When did you last apply for a position

15   before March of 2022?

16         A.  I believe it was 2018 or 2017.

17         Q.  Okay.  And what position did you apply for

18   in 2018 or 2017?

19         A.  It was for the lieutenant position, ma'am.

20         Q.  And how did you apply, on paper or on the

21   computer?

22         A.  I don't recall if it was on paper, but I

Page 60

1    got an interview.  I don't recall exactly.

2            Q.  Do you recall if you applied on the

3    computer?

4            A.  I don't remember, ma'am.  It's a

5    possibility, but I don't remember.

6            Q.  When you applied for the lieutenant

7    position in 2017 or 2018 did you submit a resume?

8            A.  I believe I did, ma'am, yes.

9            Q.  Between 2017 and 2018 did you update that

10   resume?

11           A.  No, ma'am, not that I can recall.

12           Q.  Did you apply in 2017 or 2018 using

13   PeopleSoft software?

14           A.  I don't remember, ma'am.  Honestly, I

15   don't remember.  It could have been PeopleSoft, but

16   I don't remember.

17           Q.  Why did you think HR would go back to a

18   prior application to pull your application

19   materials together for your 2022 application?

20           A.  The question is why.  Because they keep

21   documents, ma'am.

22           Q.  Are you aware that Howard University

Rogelio Stanford                    November 1, 2024

Page 61

1    switched to using Workday after 2018?

2         A.   Yes, ma'am.

3         Q.   You had not submitted your resume on

4    Workday previously, correct?

5         A.   Not that I can recall.

6         Q.   Okay.  So when you applied in 2022 to the

7    lieutenant position you had not previously

8    submitted your resume into the Workday system,

9    correct?

10        A.   I answer with correct because it says

11   internal.  Internal means that they already know

12   who you are.

13        Q.   What's your basis for that?

14        A.   My basis for that is 41 years this year

15   working at Howard University, ma'am.

16        Q.   What's your basis for believing the people

17   reviewing the applications already know who you

18   are?

19        A.   My basis for believing the people

20   reviewing my application, ma'am, is because they

21   know who I am.

22        Q.   Who reviews the applications?

 1          A.  I can't answer.  I don't know who reviews

 2     the application.  It could have been the chief, it

 3     could have been the deputy chief, it could have

 4     been the captain.

 5          Q.  It could have been someone in human

 6     resources, correct?

 7          A.  It could be someone upstairs.  I don't

 8     know.

 9          Q.  By "upstairs" what do you mean?

10          A.  I used to work on the second floor.  So

11     "upstairs" I meant human resources, which is on the

12     4th floor.

13          Q.  So you don't know who was reviewing the

14     applications for the March 2022 lieutenant

15     position; is that correct?

16          A.  I think I know that it was either the

17     chief or the deputy chief.

18          Q.  What's your basis for thinking that?

19          A.  Basis.  My basis for thinking that is

20     because they are in charge of the campus police,

21     ma'am.

22          Q.  And to your understanding, what is human

1    resources' role in this hiring process?

2          A.  My understanding is that human resources

3    looks at the applicant and see if they're qualified

4    to send it down to campus police department.

5          Q.  And when you applied in March of 2022 for

6    the lieutenant position did you know the person in

7    human resources that you believed was reviewing the

8    applications?

9          A.  No, ma'am.

10          Q.  Going back to Exhibit 8, you did not

11    complete any information regarding your skills in

12    connection with your application for the March 2022

13    lieutenant position, correct?

14          A.  Yes, ma'am.  I did not submit any

15    application based upon my skill because my skill is

16    well known in the department as one who has done

17    the lieutenant position, one who has relieved the

18    midnight shift lieutenant.  So I'm sure that they

19    are aware of who I am.

20          Q.  Instead of attaching a resume or cover

21    letter you attached a photo of yourself, correct?

22          A.  That photo of myself, ma'am, I don't know

Page 64

1    exactly which one of these things are you talking

2    about.  Are you talking about 101595, or are you

3    talking about JR103-810?

4         Q.  I'm talking about your March 2022

5    application for the lieutenant position, which was

6    the JR101595 position.

7         A.  I don't recall sending that picture on

8    that date, ma'am.  It's my picture, but I don't

9    recall.

10        Q.  Well, let's identify what was attached

11   there and see if that might help.  Okay?

12        A.  Certainly.

13                   (Rogelio Exhibit 9 was marked

14                    for identification.)

15   BY MS. McGEOGH:

16        Q.  You've been handed a copy of Exhibit 9?

17        A.  Yes, ma'am.

18        Q.  Have you seen Exhibit 9 before?

19        A.  Every time I look in the mirror, ma'am.

20        Q.  Exhibit 9 is a picture of you, correct?

21        A.  Yes, ma'am.

22        Q.  Now, this was submitted as an attachment

Rogelio Stanford                                    November 1, 2024

Page 65

1     where an applicant is able to attach a resume or

2     cover letter; are you aware of that?

3          A.  Yes, ma'am.

4          Q.  Do you remember attaching a picture of

5     yourself in the place -- in place of a resume or

6     cover letter?

7          A.  I don't remember that clearly, ma'am.

8          Q.  Do you --

9          A.  Go ahead.

10         Q.  You finish.  I'm sorry.

11         A.  You go ahead.  I'm finished.

12         Q.  Why did you submit a picture of yourself?

13         A.  I recognize this is my picture, but I

14    don't think that picture is -- I don't recall

15    exactly why that picture's there.  I cannot -- it's

16    my picture, but I don't know if it goes with this

17    resume, cover letter.

18         Q.  Let me ask it this way.  Do you remember

19    submitting a picture of yourself in place of a

20    resume or cover letter?

21         A.  Based upon Exhibit 1, there's nothing that

22    I submitted.  It's blank.

Rogelio Stanford                                    November 1, 2024

1          Q.  When you say Exhibit 1, you're referring

2     to Exhibit 1 to Howard University's request for

3     admissions?

4          A.  I'm referring to -- yes, ma'am.

5          Q.  Let's take a look at Exhibit 8.  Do you

6     have Exhibit 8 handy?

7          A.  Yeah.  I've got it right in my hand.

8          Q.  Let's turn to the page -- there's little

9     numbers on the bottom.  So let's turn to the third

10    page of the exhibit with the Bates stamp

11    HU-0000682.  Do you see that?  Page 3 of 5.

12         A.  682, I've got it.

13         Q.  Do you see the section titled

14    "Attachments"?

15         A.  Yes, ma'am.

16         Q.  And there's a file name there, correct?

17         A.  Yes, ma'am.

18         Q.  So I'll represent to you that Exhibit 9 is

19    the file that was attached.  Okay?

20         A.  Okay.

21         Q.  And Exhibit 9 is the picture of you,

22    right?

1          A.   That's my picture.

2          Q.   Do you remember attaching this picture of

3     you when you applied for the lieutenant position in

4     March of 2022?

5          A.   I really don't have an answer.  I know

6     it's my picture, but I do not know to answer

7     honestly why it's there.

8          Q.   But you do know that you did not submit a

9     resume?

10         A.   I do know that.

11         Q.   And you do know that you did not submit a

12    cover letter in connection with your March of 2022

13    application?

14         A.   Yes, ma'am.

15         Q.   Okay.

16              Had you ever applied for any other jobs

17    using the Workday system before this March 2022

18    application?

19         A.   No, I don't recall.

20         Q.   Is that a you don't know if you applied

21    for any other jobs using Workday or you don't --

22    you said "no, I don't recall."  So I'm trying to

Page 68

1    understand what you mean by that.  Let me try and

2    ask the question again.

3              Before you applied for the lieutenant

4    position in March of 2022 did you use the Workday

5    system to apply for any other jobs?

6         A.  No.

7                        (Rogelio Exhibit 10 was marked

8                         for identification.)

9    BY MS. McGEOGH:

10        Q.  The court reporter has handed you what's

11   been marked as Exhibit 10.  Have you seen

12   Exhibit 10 before?

13        A.  I don't recall seeing this before.

14        Q.  Okay.

15        A.  I'm trying to think.  I see my name.  I'm

16   not familiar with it.

17        Q.  Okay.

18        A.  I'm not familiar with it, but I -- it just

19   says job application.  That's it.

20        Q.  Okay.  So on this document it says that

21   your job application was completed on March 30,

22   2022; do you see that?

1          A.   Yes, ma'am.

2          Q.   And that's consistent with your

3     recollection, right?

4          A.   Based upon this document, yes, ma'am.

5          Q.   And let's look at the top.  This is for

6     the JR101595 position, correct?

7          A.   Yes, ma'am.

8          Q.   So when did you learn that you had not

9     been selected for an interview for this position?

10         A.   I learned about it in 2023 May.

11         Q.   Do you see on Exhibit 10 that a review

12    decision was made on September 15, 2022?

13         A.   Say that again.  Repeat, please.

14         Q.   Do you see on Exhibit 10 that a review

15    decision was made on September 15, 2022?

16         A.   Yes, ma'am.

17         Q.   And do you see the job application was

18    declined on September 15, 2022?

19         A.   That's what it says, yes, ma'am.

20                   (Rogelio Exhibit 11 was marked

21                    for identification.)

22    BY MS. McGEOGH:

Page 70

1      Q.  All right.  The court reporter has handed

2    you what's been marked as Exhibit 11.

3      A.  Yes, ma'am.

4      Q.  Do you have Exhibit 11 in front of you?

5      A.  Yes, ma'am.

6      Q.  And what is Exhibit 11?

7      A.  It's howard@workday.com, Howard University

8    application status.

9      Q.  This is an e-mail, correct?

10      A.  Yes, ma'am.

11      Q.  And it's an e-mail to your Howard

12    University e-mail address, correct?

13      A.  Yes.  This is my e-mail account, but I

14    never received this e-mail.

15      Q.  You don't remember seeing it?

16      A.  I never received it.  I never saw it.  I

17    never received it.

18      Q.  So is it your testimony that you did not

19    open this e-mail?

20          MR. TOIKKA:  Objection.

21      A.  It is my testimony that I never saw this

22    e-mail in my -- in my box.

1        A.  But, ma'am, I have a question.  Can I?

2        Q.  Ask me a question?

3        A.  No, no.  Nothing.  Go ahead.

4        Q.  Okay.  Exhibit 11 says that the hiring

5   team decided to move forward with another

6   candidate, correct?

7        A.  Yeah, that's what it says.

8        Q.  And this e-mail is to you dated

9   September 15, 2022, correct?

10        A.  That's the date that they have on there,

11   yes, ma'am.

12        Q.  So if you had opened this e-mail you would

13   have known in September 2022 that you were not

14   selected for the position, correct?

15        A.  If, but I did not see it.

16        Q.  You would have known if you opened that

17   e-mail?

18        A.  If I opened that I would have known.

19        Q.  Do you contend that Howard University did

20   not interview you for the JR101595 lieutenant

21   position because of your national origin?

22        A.  I contend due to my national origin, due

Page 77

1    to my prior EEO that I filed against them, and I

2    view it as a form of retaliation.

3        Q.  Well, I want to focus -- my question was

4    different.  My question was do you contend that

5    Howard University did not interview you for the

6    JR101595 lieutenant position because of your

7    national origin?  That's a yes or no.

8        A.  I answer yes.

9        Q.  In what ways do you believe Howard

10   University discriminated against you on the basis

11   of your national origin?

12       A.  Based upon I'm Hispanic, based upon I have

13   an accent when I speak, based upon prior complaint

14   against them.

15       Q.  Now, you keep bringing up prior

16   complaints, but you do know that your retaliation

17   claim has been dismissed, correct?

18       A.  Yes, ma'am.

19       Q.  So this deposition is not about your

20   retaliation claim that has been dismissed.  Okay?

21       A.  Okay.

22            MR. TOIKKA:  Objection.

1          Q.   Was there anything -- any other ways that

2     you believe Howard University discriminated against

3     you on the basis of your national origin?

4          A.   Yeah.  They never have promoted any other

5     foreign person into the position of lieutenant.

6     They have never placed anyone that is a foreigner

7     in campus police in a white shirt may I say.

8          Q.   What do you mean by that?

9          A.   White shirt means lieutenant.

10         Q.   And why do you believe Howard

11    University -- what about your Hispanic origin makes

12    you believe that Howard University did not

13    interview you for this lieutenant position?

14         A.   What about -- say that again.

15         Q.   I'm restate it slightly differently.

16              Why do you think Howard University did not

17    interview you for this position because of your

18    Hispanic national origin?

19         A.   I have no knowledge.

20         Q.   You have no factual basis for believing

21    that; is that correct?  Is that what your testimony

22    is?

1          MR. TOIKKA:  Objection.

2          A.  No.  I don't know why they haven't

3    interviewed me, but I know that my Hispanic

4    heritage and due to past experience that they have

5    never placed any foreign person in the lieutenant

6    position.

7          Q.  What is your -- what's your basis for your

8    belief that they have never promoted a foreign

9    person to serve as a lieutenant?

10         A.  My basis to believe that is that we had

11   Amos (indecipherable) --

12              THE REPORTER:  I'm sorry.  We had --

13              THE WITNESS:  Amos Sirleaf is his name.

14   He applied for lieutenant, and they said because

15   the way he speaks no one would understand him.

16         Q.  When was that?

17         A.  Exact date I can't say, but it was under

18   Reggie Smith.  He was the chief of campus police.

19         Q.  Who is the police?

20         A.  Reginald Smith.

21         Q.  Does Reginald Smith still work for campus

22   police?

Rogelio Stanford                                    November 1, 2024

Page 81

1        A.  No.

2        Q.  When did he leave roughly?

3        A.  I don't remember.

4        Q.  Can you give me --

5        A.  No, I can't.

6        Q.  Has he worked there in the last five

7    years?

8        A.  I don't remember how long it was, ma'am.

9        Q.  How do you spell this person's name, Amos?

10       A.  Amos, A-M-O-S.

11       Q.  And what is Amos's last name?

12       A.  Sirleaf.

13       Q.  Can you spell that?

14       A.  I think it's S-I-R-L-E-E-F -- L-E-A-F.

15       Q.  And what position did Amos hold when you

16   believe he applied for a lieutenant position?

17       A.  He was a sergeant.

18       Q.  Does Mr. Sirleaf still work at the

19   university?

20       A.  No.

21       Q.  How many years ago did he leave the

22   university?

Rogelio Stanford                                    November 1, 2024

Page 82

1          A.  I don't remember.  I don't know.

2          Q.  Where was Mr. Sirleaf's position at the

3     university?

4          A.  Mr. Sirleaf was working at the west campus

5     and he was working at main campus.

6          Q.  Did he work with you?

7          A.  I can't recall.

8          Q.  Did he work on day shift or night shift?

9          A.  I don't remember.  I think he worked night

10    shift, though, I believe, or evenings.  I really

11    don't remember.  Either evenings or night shift,

12    but I don't recall.

13         Q.  Did you review Mr. Sirleaf's application

14    for lieutenant?

15         A.  No, ma'am, I did not review his

16    application.

17         Q.  And was Mr. Sirleaf interviewed for the

18    lieutenant position?

19         A.  Yes, he was.

20         Q.  Do you know what year?

21         A.  I don't remember that, ma'am.  I believe

22    Mr. Sirleaf was from Liberia.

Rogelio Stanford                                    November 1, 2024

Page 84

1    again, please.  In what way --

2         Q.  What facts do you have that cause you to

3    believe that Howard University made the decision

4    not to interview you in connection with the March

5    2022 lieutenant job application because you have an

6    accent?

7         A.  Well, my basis is because sometimes they

8    always say "repeat, I don't understand," "repeat, I

9    don't understand."

10        Q.  Who said that?

11        A.  I can't really think of the persons, but I

12   know the chief has said it before, "can you

13   repeat."  I know the deputy chief has said it

14   before, "could you repeat."

15        Q.  And why do you think that has any relation

16   to your application for the lieutenant position?

17        A.  I can't answer that.  I don't -- I

18   guess -- I don't know.

19        Q.  Do you have any other facts to support

20   your contention that you were not interviewed for

21   the March 2022 lieutenant position because of your

22   national origin?

Rogelio Stanford                    November 1, 2024

Page 90

1    not interview you for the JR101595 lieutenant

2    position because of your age?

3        A.  Yes.

4        Q.  What ways do you believe Howard University

5    discriminated against you on the basis of your age?

6        A.  Because everyone else was younger than I

7    am that applied for the position.

8        Q.  So you believe everyone else that applied

9    for the lieutenant position was younger than you?

10       A.  I believe and I know.

11       Q.  Okay.  What is the basis for your belief

12   and knowledge?

13       A.  The basis for my belief and knowledge is

14   because I am 66 years old.

15       Q.  Any other reason for your belief?

16       A.  Because in the last lawsuit in 2019 I was

17   60 years old.

18       Q.  Why does that make you think that you were

19   not selected for an interview because of your age?

20       A.  Because they want to go younger.

21       Q.  What is the basis for that belief?

22       A.  Because the people that they hire are

Rogelio Stanford                                  November 1, 2024

Page 91

1     younger.

2          Q.  For all positions?

3          A.  For this last position, yes.  We're

4     talking about JR101595.

5          Q.  Okay.  So you believe you were

6     discriminated against based on your age because the

7     person selected for the position was younger than

8     you?

9          A.  Yes, ma'am.

10          Q.  Why do you think that selection had

11     anything to do with either your age or the

12     successful candidate's age?

13          A.  Because of my prior lawsuit that had in

14     there age discrimination.

15          Q.  So you think because of your prior lawsuit

16     Howard University selected -- strike that.

17               Is there any other reason you believe you

18     were discriminated against based on your age in

19     connection with your application for the lieutenant

20     position in March of 2022?

21          A.  Again, my reason is solely based upon my

22     age that I have and everyone else that was

1    interviewed was younger than I was and the person

2    that they hired for the position was younger than I

3    was.

4        Q.  Okay.  So you've told me that you believe

5    you were discriminated against based on your age

6    because everyone else that was interviewed for the

7    position in your view was younger and the person

8    hired for the position was younger, correct?

9        A.  Yes, ma'am.

10       Q.  Have I missed anything?

11       A.  You might have missed a lot, but I don't

12   know what you missed.

13       Q.  Are there any additional facts that you

14   haven't shared with me?

15       A.  No, ma'am.

16       Q.  Let me put it this way.  Today is your

17   opportunity to tell me about the basis for your

18   claim, and I'm asking you to tell me every single

19   basis for your claim.  Okay?

20       A.  Okay.

21       Q.  So if there's any other reason why you

22   think you were discriminated against based on your

Rogelio Stanford                                    November 1, 2024

Page 93

1      age, now is the time to tell me.  Okay?

2           A.  Yes, ma'am.

3           Q.  Is there any other reason, factual basis

4      that you haven't shared with me?

5           A.  I've shared with you and I've repeated to

6      you about my prior EEO that I had against them and

7      I had in there my age, ma'am.

8           Q.  Do you know the age of everyone else that

9      was interviewed?

10          A.  No, ma'am.

11          Q.  Do you know the age of anyone else that

12     was interviewed?

13          A.  No, ma'am.

14          Q.  Do you know -- well, let me back up.  Who

15     was the successful candidate?

16          A.  Adrian Crudup.  I think it's

17     C-R-O-U-D-U-P.

18          Q.  I think it might be C-R-U-D-U-P, Crudup.

19     Fair?

20          A.  (Indecipherable.)

21              THE REPORTER:  I'm sorry?

22              THE WITNESS:  Whatever she said.

 1          Q.  How old is Adrian Crudup?

 2          A.  Young than me.  I don't know his age,

 3     ma'am.

 4          Q.  How do you know he's younger than you?

 5          A.  Because I was informed he was a young

 6     guy.

 7          Q.  By whom?

 8          A.  My coworkers -- I work at west campus by

 9     myself.  Coworkers were, oh, that's a young guy,

10     yeah.

11          Q.  Is there any other reason you have to

12     believe that Mr. Crudup was younger than you?

13          A.  No other reason, ma'am.

14          Q.  Mr. Crudup did not work for Howard

15     University prior to his application, correct?

16          A.  I don't know where he worked prior to his

17     application.

18          Q.  Was he one of your coworkers at Howard

19     University?

20          A.  Not that I'm aware of.

21          Q.  You are not contending that Howard

22     University made the decision not to interview

Rogelio Stanford                                    November 1, 2024

Page 84

1    again, please.  In what way --

2         Q.  What facts do you have that cause you to

3    believe that Howard University made the decision

4    not to interview you in connection with the March

5    2022 lieutenant job application because you have an

6    accent?

7         A.  Well, my basis is because sometimes they

8    always say "repeat, I don't understand," "repeat, I

9    don't understand."

10        Q.  Who said that?

11        A.  I can't really think of the persons, but I

12   know the chief has said it before, "can you

13   repeat."  I know the deputy chief has said it

14   before, "could you repeat."

15        Q.  And why do you think that has any relation

16   to your application for the lieutenant position?

17        A.  I can't answer that.  I don't -- I

18   guess -- I don't know.

19        Q.  Do you have any other facts to support

20   your contention that you were not interviewed for

21   the March 2022 lieutenant position because of your

22   national origin?

1          A.  I don't know Mr. Keene's age.

2          Q.  And did you not review Mr. Keene's

3     application, correct?

4          A.  I would not review anybody's application,

5     no, ma'am.

6          Q.  And how do you know Mr. Keene was

7     interviewed for the position?

8          A.  I informed you earlier that he told me

9     that Chief Lyles and Catrell interviewed him.

10          Q.  Okay.

11               Cory Fisher, did you review Mr. Fisher's

12     application for lieutenant?

13          A.  No, ma'am.  I haven't reviewed nobody's

14     application for lieutenant.  It's not in my

15     position to review anyone's application that

16     applied for the position.  As long as there was a

17     sergeant for a certain amount of time, they had all

18     right to apply for the position, for an interview.

19          Q.  And how old is Mr. Fisher?

20          A.  I don't know his age.  I know he's younger

21     than I, but I don't know his age.

22          Q.  What's your basis for believing that he's

Rogelio Stanford                                    November 1, 2024

Page 105

1    younger than you?

2         A.  Because I'm an old man and he's younger

3    than I am.

4         Q.  How do you know that?

5         A.  I know that because of the time that he's

6    worked there and because of me can clearly discern

7    correctly that he's younger than I am.

8         Q.  With regard to Mr. Winbush, you did not

9    review Mr. Winbush's application, correct?

10         A.  I have not reviewed Anthony Winbush's

11    application because I do not review applications.

12         Q.  You do not make decisions about who gets

13    interviewed, correct?

14         A.  I missed that.

15         Q.  You do not make decisions about who gets

16    interviewed for positions when they apply, correct?

17         A.  No.  I'm not a decision-maker.

18         Q.  And how old is Mr. Winbush?

19         A.  I don't know how old Anthony Winbush is,

20    but I know he's younger than I.  I know he served

21    time in the military, I know he's a retiree.

22         Q.  How do you know he is younger than you?

Page 106

1           A.  Because based upon my age and knowing him,

2    I can discern clearly that he's younger than I am.

3           Q.  So based on looks?

4           A.  No.

5           Q.  Well, what is the basis, then?

6           A.  Based upon having conversations and,

7    again, I state clearly that I can discern clearly

8    that he's younger an I am.

9           Q.  Mr. Quarles next.  Did you review

10   Mr. Quarles' application for the March 2022

11   lieutenant position?

12          A.  I went over this a moment ago.  I have not

13   interviewed no ones application.  Curtis Quarles

14   Quarles is younger than I am.

15          Q.  So the answer to my question is no, you

16   did not review Mr. Quarles' application, correct?

17          A.  Yes, ma'am.

18          Q.  And you do not know how old Mr. Quarles

19   is, correct?

20          A.  I do not know his age, but I know he's

21   younger than I am.

22          Q.  What is the basis for that belief?

Page 107

1          A.  Because when I came to work at Howard

2     University as a campus police Curtis Quarles was a

3     security -- I'm sorry.

4          Q.  When you came to work for campus police,

5     go ahead.

6          A.  Curtis Quarles was a security officer.  He

7     wasn't old enough to be a campus police officer.

8          Q.  So Mr. Quarles was working at the

9     university when you started?

10          A.  Yes, ma'am.

11          Q.  And how many years had he been working at

12     the university at that point?

13          A.  I don't know.

14          Q.  So what's your basis for believing that he

15     is younger than you?

16          A.  My basis for believing that he's younger

17     than I is that when I came to work at the

18     university he was a security officer, meaning that

19     he was not over the age of 21.  Due to the time

20     when I got there he was -- I believe he was 20 or

21     19.  So that's my basis for believing that.

22          Q.  But Mr. Quarles has been working for the

1    university for over 41 years; is that correct?

2           A.  I would believe so.

3           Q.  With regard to Mr. Crudup, you did not

4    review Mr. Crudup's application; is that right?

5           A.  You're right.

6           Q.  And how old is Mr. Crudup?

7           A.  Ma'am, I don't know Mr. Crudup's age.

8           Q.  Are you familiar with Mr. Crudup's

9    qualifications for the lieutenant position?

10          A.  No, ma'am, I'm not familiar with his

11   qualifications.

12          Q.  Do you believe you were more qualified for

13   the position than Mr. Crudup?

14          A.  If I don't know Mr. Crudup qualification,

15   I know this much.  Mr. Crudup was hired by Howard

16   University and I believe in two weeks time he had

17   to put in his resignation for whatever reason.  I'm

18   not aware, but I know this much.  If he was better

19   qualified he would not resign after two or three

20   weeks working at the university.

21          Q.  What's your basis for believing that?

22   People can resign for all sorts of reasons, right?

1      A.   Absolutely.

2      Q.   So what's your basis for believing he

3   resigned because he was less qualified for the

4   position or not qualified for the position?

5      A.   Oh, I don't know what's his qualification.

6   Therefore the only thing that I'm saying about

7   Mr. Crudup, which I don't know personally, never

8   met him, is that he came to work at the university

9   as you said and people can resign for any reason,

10   but whatever his reason was, he resigned.

11      Q.   I don't think you've answered my question,

12   then.

13      A.   Okay.

14      Q.   Do you believe you are more qualified for

15   the lieutenant position that was open in March of

16   2022 than Mr. Crudup?

17      A.   Again, I never met Mr. Crudup, I don't

18   know Mr. Crudup's credentials.  I've worked every

19   location at Howard University.  You will not have

20   to train me in a location.  Mr. Crudup will have to

21   be trained, would have to know how to get to

22   locations.  Mr. Crudup would have to learn how

Rogelio Stanford                                    November 1, 2024

Page 110

1     Howard University situation, things that work at

2     Howard university --

3               THE REPORTER:  I'm sorry.  You've got to

4     slow down, please.  Thank you.

5               THE WITNESS:  Yes, ma'am.

6               THE REPORTER:  Go ahead.

7               THE WITNESS:  Mr. Crudup, again, would

8     have to be trained by an underling to bring him up

9     to par so he can learn Howard University campus,

10    how to get to different locations at Howard

11    University.  He would have to learn how to deal

12    with all of Howard entities that they have up

13    there.

14         Q.  So the fact that Mr. Crudup had never been

15    employed by Howard University before, do you

16    believe that made you more qualified for the

17    position than Mr. Crudup?

18         A.  I know what I know.  I know that I've

19    worked at every location at Howard University, at

20    the hospital, at the main campus, at the west

21    campus, at the east campus, at the Beltsville

22    campus, and I know all the persons that was working

Rogelio Stanford                                          November 1, 2024

Page 111

1    at Howard at the time while I was there.

2         Q.  I need you to listen carefully because

3    that was not my question at all.  My question was

4    the fact that Mr. Crudup had never worked at Howard

5    University, do you believe that made you more

6    qualified for the position than Mr. Crudup?

7         A.  I don't know what Mr. Crudup's credentials

8    are.  Again, I cannot answer your question how you

9    want me to answer in reference to if I feel I'm

10   more qualified.  I think given an opportunity

11   anybody can succeed in whatever position you place

12   them in.

13        Q.  So you don't have any reason to believe

14   that Mr. Crudup was less qualified than you,

15   correct?

16        A.  I don't know Mr. Crudup.  I don't know his

17   qualifications.  I know this much, I'm a bilingual.

18   I don't think Mr. Crudup is a bilingual.  I know

19   this much, I can speak to foreign people and have a

20   clue how they speak and can interact with them.  I

21   know this much, I can deal with people from other

22   nationalities.  I think that's pretty clear.

Page 112

1    That's not your question?

2        Q.  Well, you don't have any reason to believe

3    Mr. Crudup can't do those things either because you

4    don't know Mr. Crudup, correct?

5        A.  You're right.

6        Q.  So you really don't have facts that would

7    support a belief that you're more qualified than

8    Mr. Crudup, correct?

9        A.  Facts I have are 41 years working at

10   Howard University.  Facts I have is that I'm a

11   bilingual.  Facts I have is that I can deal with

12   other foreign students at Howard University or

13   employees.  I don't know what Mr. Crudup can do.

14       Q.  And you don't know what experience he

15   listed on his application, correct?

16       A.  You're right.

17       Q.  So when you learned that you were not

18   selected for the lieutenant position available --

19   that was open in March of 2022, okay, did you

20   complain to anyone?

21       A.  My complaint was with the EEO.

22       Q.  So after you learned you were not selected

Page 114

1          Q.  My question is did you complain to anyone

2      at Howard University that you felt you were

3      discriminated against when you were not selected

4      for an interview for the JR101595 position?

5          A.  My answer is no because in the past I did

6      not get any person -- I can't think of her name --

7      to deal with my situation.  So that's why I went to

8      EEO.

9          Q.  So you went straight to the EEOC with your

10     complaint, not Howard University, correct?

11         A.  Correct.

12         Q.  Now, you did apply for another lieutenant

13     position, correct?

14         A.  Correct.

15         Q.  After your application in March of 2022,

16     right?

17         A.  Right.

18         Q.  When did you next apply for the lieutenant

19     position?

20         A.  Based upon the documents here, I believe

21     it was in May of '23.  It's not on here.  It came

22     back to my mind.

 1          Q.  Now, when you applied for the lieutenant

 2     position in May of 2023 you included some

 3     information about your experience; is that right?

 4          A.  Yes, ma'am.

 5          Q.  And when you applied for this position did

 6     you go into the Workday system to apply?

 7          A.  I reckon so, yes, ma'am.

 8          Q.  So you applied in the same way in 2023 as

 9     you had in 2022, that is, in the Workday system,

10     correct?

11          A.  Yes, ma'am.

12          Q.  When you applied for the lieutenant

13     position in 2023 why did you include a summary of

14     your experience?

15          A.  I don't know why I did it, but I did it.

16          Q.  When you applied for the lieutenant

17     position in 2023 did you include a copy of your

18     resume?

19          A.  I don't think so.  I'm trying to look and

20     see.  No, I don't think so.  Again, I didn't

21     include a copy of my resume because it's an

22     internal -- I'm an internal candidate and they have

Rogelio Stanford                                    November 1, 2024

Page 122

1    all the knowledge, they have all my training, they

2    have all of my work experience, they have all of my

3    information.

4         Q.  Can you turn to page 4 of Exhibit 12.  Are

5    you there?

6         A.  Yes, ma'am.

7         Q.  Okay.  Do you see where it Says

8    "Attachment" at the top of page 4 of Exhibit 12?

9         A.  Yes, ma'am.

10        Q.  Do you see that, in fact, you did submit a

11   resume in connection with this application.  It was

12   a file named with a .docx file type, D-O-C-X file

13   type; do you see that?

14        A.  I'm at page 4, "Attachment,"

15   "Resume.docx."  That's what it says, yes, ma'am.

16        Q.  So do you have Exhibit 1 handy?  It was

17   the first exhibit that we marked.  I think it's

18   right here.

19        A.  Yes, ma'am.

20        Q.  I'll represent to you that Exhibit 1 was

21   the document that was submitted in connection with

22   your May 2023 lieutenant application.  Okay?

Rogelio Stanford                                      November 1, 2024

                                                      Page 123

1         A.   Okay.

2         Q.   So this resume actually was submitted in

3    May of 2023.  Now that you're able to look at your

4    resume and the job application system from Workday,

5    do you have any recollection of submitting your

6    resume?

7         A.   Not really, but it's there.

8         Q.   Did you complete the lieutenant job

9    application in May of 2023?

10        A.   I believe I did.

11        Q.   Okay.  So it wasn't as if you had someone

12   else complete it for you; is that right?

13        A.   That's correct.

14        Q.   So in May of 2023 when you applied for the

15   lieutenant position you included both details about

16   your experience in your application and you

17   attached a resume, right?

18        A.   That's what it says, yes, ma'am.

19        Q.   Okay.  So what changed between 2022 and

20   2023 that caused you to submit more details with

21   your application?

22        A.   I don't know if there was a change, but I

Rogelio Stanford                                November 1, 2024

Page 124

1      was trying to ensure that I would be able to get

2      into the position.  That's about it.

3           Q.  You wanted to make sure that you

4      progressed to the interview stage; is that right?

5           A.  No, that's not right.

6           Q.  You didn't want to progress to the

7      interview stage for the position?

8           A.  Don't put words in my mouth.  I wanted to

9      progress.  I don't know exactly why -- I don't

10     remember exactly what I did here, but it says it's

11     attached, it has "Sgt. Rogelio Stanford

12     resume.docx."  If this is the doc that they have,

13     fine, but I don't recall exactly the process.  I

14     did it because, again, I wanted to break down that

15     door of not allowing any foreign person into that

16     position, and that's why I was ensuring that

17     whatever it was, that they would not have whatever.

18          Q.  Did you seek advice from -- after you

19     weren't selected for the 2022 lieutenant position,

20     did you seek advice from anyone on how to make your

21     application stronger?

22          A.  I told -- yes, ma'am.  I informed Porscha,

Rogelio Stanford                                        November 1, 2024

Page 126

1      information, I believe that Howard University

2      campus police had all my information, and nothing

3      changed based upon March of 2022 to May of '23.

4           Q.  If nothing changed, why was your

5      application more complete in May of 2023?

6           A.  Why?  Well, it says -- I don't have an

7      answer, but it says here that I sent an attachment,

8      it says that I sent a resume, but nothing had

9      changed.

10          Q.  Well, you didn't submit additional

11     materials in connection with your May 2023

12     application because you knew you didn't even get

13     selected for the -- to proceed to the interview

14     stage in connection with your earlier application?

15          A.  Could you say that again so I can

16     understand what you're saying?

17          Q.  Well, let's set the stage.  Clearly your

18     May 2023 application is more robust, correct?

19          A.  If you say so.

20          Q.  I'm asking you.  You submitted more

21     materials, you submitted a resume, you filled out

22     the experience section in 2023.  So clearly the

Rogelio Stanford                    November 1, 2024

Page 127

1      application is more robust, correct?

2            A.  Yes, ma'am.

3            Q.  And you would agree with me that you made

4      it more robust after you didn't make it to the

5      interview stage in connection with your 2022

6      application, correct?

7            A.  I don't agree with you.

8            Q.  Why not?

9            A.  Because, ma'am, nothing changed more than

10     the document that I put in.  I thought that I put

11     in that document, but it wasn't there.  But

12     nevertheless, I am still working in the same

13     position, I've down the same work.  I was to the

14     interview and they did not interview me.  That's

15     just it.

16           Q.  In connection with your earlier

17     application?

18           A.  Yes, ma'am.

19           Q.  So why is it if you thought HR and campus

20     police had all your information on file so you

21     really didn't have to submit anything in connection

22     with an employment application, why did you submit

Rogelio Stanford                                    November 1, 2024

Page 131

1      Q.  Now, there's -- Exhibit 13 is actually two

2    separate e-mails, correct?

3      A.  Okay.  Yes, ma'am.

4      Q.  Okay.  So let's start with the earlier

5    e-mail.  So we'll start at the bottom of the e-mail

6    chain, which is at the bottom of page 1.  It's got

7    the Bates-stamp HU-000692.  Okay?  Do you see the

8    e-mail from Unique Armstrong and that's an e-mail

9    to you, right?

10     A.  Yes, ma'am.

11     Q.  What is the date of that e-mail?

12     A.  It says Friday, August 4, 2023, 1:37.

13     Q.  Okay.  Ms. Armstrong e-mails you to

14   cordially invite you to interview with the

15   leadership team, the Department of Public Safety,

16   for a lieutenant position, correct?

17     A.  Yes, ma'am.

18     Q.  And she sends you a link where you did

19   sign up for an interview, right?

20     A.  Correct.

21     Q.  Then the next e-mail from Ms. Armstrong is

22   right above that; do you see that?

Rogelio Stanford                                    November 1, 2024

Page 132

1         A.  Yes, ma'am.

2         Q.  And what is the date of the next e-mail

3    from Ms. Armstrong?

4         A.  8/23/2023.

5         Q.  And Ms. Armstrong e-mails you on August

6    23, 2023 and says "We're reaching out to you to see

7    if you're still interested in interviewing for a

8    lieutenant position"; do you see that?

9         A.  Yes, ma'am.

10        Q.  And, again, she provides a link where you

11   can sign up for an interview date and time,

12   correct?

13        A.  Correct, ma'am.

14        Q.  Did you sign up to interview for a

15   lieutenant position in August of 2023?

16        A.  No, ma'am.

17        Q.  Why not?

18        A.  In August of -- August 4th or August 23rd,

19   which one?  Either one?

20        Q.  Well, you did not sign up for an interview

21   in response to the August 4th e-mail; is that

22   correct?

Rogelio Stanford                                    November 1, 2024

Page 133

1          A.   You're correct, ma'am.

2          Q.   And did you sign up for an interview in

3    response to the August 23rd e-mail from

4    Ms. Armstrong?

5          A.   No, I did not, ma'am.  The question is why

6    not?

7          Q.   Yes.

8          A.   Because the July 17, 2023 EEO had given me

9    a right to sue.

10         Q.   Can you explain why the fact that the EEOC

11   office had given you a right to sue letter made you

12   not interview for the position in August?

13         A.   Can I explain -- say that again.

14         Q.   What did the fact that the EEOC had given

15   you a right to sue letter, how did that influence

16   your decision not to sign up for an interview?

17         A.   That influenced my position not to sign up

18   for an interview because I felt that they did it

19   only because I had gotten -- because the EEOC had

20   given me a right to sue letter.

21         Q.   What is the basis for that belief?

22         A.   The date of the EEOC decision was July the

Page 135

1      decide to interview for the lieutenant position?

2              A.  No other reason.  You ever get sick and

3      tired of going through all the drama?

4              Q.  Did you respond to Ms. Armstrong's e-mails

5      that are Exhibit 13?

6              A.  No.

7              Q.  Why not?

8              A.  Because of my EEOC that I have the right

9      to sue.  I just said that a moment ago and I said

10     it again.

11             Q.  So you never told Ms. Armstrong that you

12     had any concerns with interviewing for the

13     position; is that right?

14             A.  I never contacted Ms. Armstrong.

15             Q.  Have you applied for any other position

16     since applying to be a lieutenant in May of 2023?

17             A.  No.

18                          (Rogelio Exhibit 14 and

19                           Exhibit 15 were marked for

20                           identification.)

21     BY MS. McGEOGH:

22             Q.  Let's actually start with Exhibit 15 which

1          A.  Correct.

2          Q.  Okay.  And that's true, right?  You

3     applied for the position through Workday, right?

4          A.  Yes.

5          Q.  And the notes reflect that you told

6     Mr. Kim that you were never called for an

7     interview, right?

8          A.  Correct.

9          Q.  That's what you told him?

10          A.  That's correct.

11          Q.  Then these notes reflect that in May 15,

12     2023 you checked the Workday system and you

13     realized the position had been filled; is that

14     correct?

15          A.  The position of 101595, that's what we're

16     talking about, yes.

17          Q.  Yes.  We are talking about your March 2022

18     application, right?

19          A.  Yes.

20          Q.  And the notes reflect that "CP does not

21     know who the person is"; do you see that?

22          A.  "CP does not know who the person is," yes.

Page 140

1          Q.   So does this refresh your recollection

2     that when you met with Mr. Kim at the EEOC in June

3     of 2023 you learned you were not selected for the

4     position because you had logged in to Workday and

5     that at the time you didn't know who had been

6     selected for the position?

7          A.   At the time and still at this time I don't

8     know who Mr. Crudup is, but I knew through people

9     at work at campus police that they had hired

10    Mr. Crudup.  I know that Captain Dalton informed me

11    that they hired Crudup.

12         Q.   Why didn't you share that information with

13    Mr. Kim when you met with him on June 2, 2023?

14         A.   I was just being concise.  I wasn't trying

15    to go through a whole lot of things then.

16         Q.   But didn't Mr. Kim tell you that your

17    complaint would be difficult to assess if you

18    didn't know the actual person that had been

19    selected?

20         A.   No, I don't think he said that to me.

21         Q.   You don't think --

22         A.   I don't remember him saying that to me.

1      Q.  Do you remember Mr. Kim telling you that

2   if you could not provide information about who was

3   selected your EEOC charge would be dismissed?

4      A.  No, he didn't say that, but he said that I

5   was supposed to provide information, which I did

6   take down to EEOC.

7      Q.  So at that meeting is it fair to say that

8   you did not have information about who had been

9   selected for the position at that time of your

10   initial meeting?

11      A.  I stated clearly that Dalton -- Captain

12   Dalton had told me that Crudup was hired as a

13   lieutenant.

14      Q.  But you didn't share that information with

15   the EEOC on June 2, 2023, did you?

16      A.  Yes, ma'am, you're right.

17      Q.  Why not?

18      A.  At the time I just didn't think about it.

19      Q.  Did the investigator ask if you were

20   qualified for the lieutenant position?

21      A.  Again, I don't recall him asking me that,

22   but I informed him that I was a sergeant from 2001

Rogelio Stanford                                    November 1, 2024

1     question was have you ever calculated an amount of

2     damages that you believe you are owed?

3          A.  Well, if you want me to just say a million

4     dollars, I'll say that.

5          Q.  You think you're owed a million dollars?

6          A.  You asked me to calculate.  That's what

7     goes through my head.

8          Q.  Well, my question was have you ever

9     calculated an amount you believe you are owed?

10    That's a yes or no.  Have you ever calculated an

11    amount?

12         A.  An amount I'm owed for what, ma'am?

13         Q.  As a result of your complaint that you're

14    bringing here.  Is there an amount that you believe

15    you're entitled to?

16         A.  I stated clearly whatever is legal through

17    the law, whatever that amount is, that's what I

18    think I'm due.

19         Q.  Okay.  But you don't know what amount?

20         A.  I can't come off the top of my head right

21    now.

22         Q.  And you have not previously calculated

Page 149

1      what you think might be owed to you under the law?

2           A.  Well, if each place of discrimination and

3      age discrimination is worth 500,000, then a million

4      dollars is fine.

5           Q.  Okay.  How do you calculate those amounts?

6           A.  You asked me did I calculate.  Just the

7      damage that I went through, the humiliation, the

8      suffering, being pushed out, not being informed,

9      trying to keep you from knowing what's going on.

10     That's what's happening.

11          Q.  So you said a total of a million dollars;

12     is that correct?

13          A.  Yeah.  I said 500,000 for age, if I live

14     to a thousand years I hope, 500,000 for national

15     origin.  I think that's what we're talking about.

16          Q.  And how did you come up with those

17     amounts, 500,000 for age and 500,000 for national

18     origin?

19          A.  Well, if that amount is legal by law, and

20     I don't know what is legal by law, how much each

21     charge is worth.

22          Q.  Is it fair to say you just made up those

1          Q.  Are you seeking an award of backpay?

2          A.  I guess I'm seeking backpay, front pay,

3     middle pay, late pay.

4          Q.  What facts do you have that support your

5     claim for damages?

6          A.  What facts do I have that support my claim

7     for damages?  The fact of me sitting here in front

8     of you going through all of these litigation,

9     nights that I can't sleep, worried, afraid on the

10    job knowing that they are retaliatory persons that

11    I work with, knowing that they don't comply with

12    the settlement agreement.

13         Q.  What other -- do you have any other facts

14    that support your claim for damages?

15         A.  Not right off the top of my head.

16         Q.  Are you seeking any other relief as a

17    result of this lawsuit?

18         A.  Well, I believe my relief is -- will be

19    the position.  I believe my relief will be ensuring

20    that I'm off on Sundays for my religious belief.

21         Q.  Are you seeking any other relief as a

22    result of this lawsuit besides the money we talked

# EXHIBIT D



For: JR101595 Lieutenant

49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg

**Jobs Applied to**    3

## Overview

### Overview

Experience

    none entered

Websites

    none entered

Resume / Cover Letter

49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg

Skills

    none entered

Education

    none entered

Certifications

    none entered

Languages

    none entered

Candidate Information

**Shared With**    1
**Added By**    Rogelio Stanford

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

## Application Changes

Application Changes

View Job Application: Rogelio Stanford (Internal) (C13148)



# HOWARD UNIVERSITY

| Updated By | Updated On |
|---|---|

## Tags / Pools

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire**  Internal Candidate Questionnaire

**Respondent**  Rogelio Stanford
**Submission Date**  03/30/2022

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 03/24/2022 |
| What is your desired annual salary? | **Answers** | 67500 |
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | Black or African American (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | Yes |
| Please select the veteran status which most accurately describes your status. | **Answers** | I IDENTIFY AS A VETERAN, JUST NOT A PROTECTED VETERAN |

Confidential



View Job Application: Rogelio Stanford (Internal) (C13148)

## Interview

### Interview Schedule

none entered

### Interview Feedback

none entered

## Screening

### Assessments

none entered

### Background Check History

none entered

## Employment Offer

### Employment Offer Details

none entered

### Attachments

none entered

## Attachments

### Attachments

Resume / Cover Letter

| Attachment | |
|---|---|
| 49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg | |

Other Documents

| Attachment | Category | |
|---|---|---|

## Reminders

### Upcoming

Personal Reminders

none entered

### Completed



none entered

# Candidate

## Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | JR101595 Lieutenant (Filled) |
| **Location** | Howard University Service Center |
| **Date Applied** | 03/30/2022 12:27:12 PM |
| **Source** | Internal -> Current Worker |

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Disposition**   Other Candidate(s) Better Qualified

# Active Job Applications

Active Job Applications (2)

**Job Application for Active Job Applications**
**Task**   Rogelio Stanford (Internal) - JR103810 Lieutenant (C13148)
Location: Howard University Service Center | Date Applied: 05/12/2023

**Job Application for Active Job Applications**
**Task**   Rogelio Stanford (Internal) - JR103808 Lieutenant (C13148)
Location: Howard University Service Center | Date Applied: 05/12/2023

# Education

Education

none entered



View Job Application: Rogelio Stanford (Internal) (C13148)

## Work History
Work History
Experience

    none entered

## Credentials
Languages

    none entered

Websites

    none entered

Skills

    none entered

## My Upcoming Reminders
Personal Reminders

    none entered

## Resume Attachment
Resume / Cover Letter
49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg

Confidential

# EXHIBIT E



# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ROGELIO A. STANFORD                    )

      Plaintiff,                              ) Case Number: 1:23-cv-03041 (RDM)

v.                                             )

HOWARD UNIVERSITY                      )

      Defendant.                              )
_____

### PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT'S FIRST SET OF
### REQUESTS FOR ADMISSION TO PLAINTIFF

Plaintiff Rogelio A. Stanford, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 36, objects to and answers Defendant's First Set of Requests for Admission to Plaintiff. The answers are based on information that is currently available to Plaintiff. Plaintiff will supplement his answers as additional information may become available. Plaintiff further states as follows:

### GENERAL OBJECTIONS

Plaintiff objects to each request to the extent that it purports to require the release of information which is protected by the attorney-client privilege and/or the attorney work product doctrine, is prepared in anticipation of litigation or trial by or for a party by that party's representative or is otherwise protected by any other discovery privilege or protection against disclosure.

## RESPONSES TO REQUESTS FOR ADMISSION

Subject to and without waiving the foregoing, Plaintiff response as follows:

**REQUEST NO. 1**: Admit that the document attached as Exhibit 1 reflects all of the information you submitted in connection with your March 30, 2022 application for the lieutenant position.

**Answer:** Admitted.


**REQUEST NO. 2**: Admit that in your March 30, 2022 application for the lieutenant position that you did not include any professional experience to support the application.

**Answer:** Admitted. Having applied for the same position multiple times in the past, Plaintiff believed his information would be on file.


**REQUEST NO. 3**: Admit that in your March 30, 2022 application for the lieutenant position that you did not include any educational experience to support the application.

**Answer:** Admitted. Plaintiff's pertinent educational experience consists primarily of on-the-job training.


**REQUEST NO. 4**: Admit that in your March 30, 2022 application for the lieutenant position that you did not submit a cover letter.

**Answer:** Admitted.


**REQUEST NO. 5**: Admit that in your March 30, 2022 application for the lieutenant position that you did not submit a resume.

**Answer:** Admitted. Since the position was an internal application, Plaintiff believed that HR had his resume on file.


**REQUEST NO. 6**: Admit that in your March 30, 2022 application for the lieutenant position, the only attachment you submitted in connection with your application was a picture of yourself, referenced in Exhibit 1 as "49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg" and attached as Exhibit 2.

2

**Answer:** Admitted, in part. Plaintiff admits that Exhibit 2 is a picture of himself, and he admits that the only attachment he submitted appears as referenced in Exhibit 1 as "49E328D2-AC8D-4FFF-9844-C456208A86F9.jpeg" Plaintiff has made reasonable inquiry and the information known or readily obtainable by him is insufficient to enable him to admit or deny that the file name referenced in Exhibit 1 is associated with the picture of himself in Exhibit 2.

**REQUEST NO. 7**: Admit that the document attached as Exhibit 3 is an email sent to your email address, dated September 15, 2022.

**Answer:** Plaintiff has made reasonable inquiry and the information known or readily obtainable by him is insufficient to enable him to admit or deny

.Dated October 21, 2024                    Respectfully submitted,

_____
Richard S. Toikka, DC Bar No. 416721
Wilt, Toikka, Kraft LLP
1629 K Street, NW, Suite 300
Washington, DC 20006
202-508-3648 (phone)
202-521-9803 (fax)
240-888-8110 (mobile)
rtoikka@wtk-law.com (email)

Counsel for Plaintiff Rogelio A. Stanford

3

### CERTIFICATE OF SERVICE

I certify that on October 21, 2024, I served the foregoing document, Plaintiff's

Objections and Answers to Defendant's First Set of Requests for Admission to Plaintiff,

to the following via email:

Michelle M. McGeogh, Esquire
Katherine E. Rodriguez, Esquire
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
mcgeoghm@ballardspahr.com
rodriguezk@ballardspahr.com

_____
Richard S. Toikka

# EXHIBIT G

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3  - -- - - - - - - - - - - - - - x

4  ROGELIO A. STANFORD,              :

5                    Plaintiff,      :

6  v.                                :      Case No.:

7  HOWARD UNIVERSITY.                :  1:23-CV-03041-RDM

8                    Defendant.  :

9                                    :

10 - - - -  - - - - - - - - - - - x

11

12

13          Deposition of LAWRENCE JONES JR.

14              Washington, D.C.

15          Tuesday, November 12, 2024

16                12:35 p.m.

17

18

19

20 Job No.: 559858

21 Pages: 1 - 109

22 Transcribed by:  Bonnie Torrez, CET-1213

1          MR. TOIKKA:  Yeah, you're clearly

2     coaching --

3          MS. MCGEOGH:  -- because Howard is an

4     entity.

5          MR. TOIKKA:  You're clearly coaching the

6     witness.  The witness has said, That's right.

7          MS. MCGEOGH:  Well, I apologize.  I'm

8     trying to get some clarity here.

9          MR. TOIKKA:  Yeah, but you're coaching the

10    witness.

11     A    No, and so I -- so is -- and let me try to

12    explain human -- human resources as it relates into

13    documentation in different -- in different

14    departments, is from an HR perspective, we do keep

15    demographic information such as date -- dates of birth

16    and so forth.  When it comes to our talent acquisition

17    department as it relates to our recruitment, dates of

18    births and Socials and stuff like that are not

19    available in the pursuit of actually recruiting for

20    candidates both internally and externally.  When it

21    comes to our applicant tracking system, our applicant

22    tracking system does not house dates of births or any

1    information related into that.  That's only housed

2    after someone is actually hired.  Even when an

3    internal applicant actually applies for a position is

4    their date of birth is not -- is not visible in our

5    applicant tracking system.

6            So when you -- when I'm listening to your

7    question, I wouldn't say it's coaching.  I'm thinking

8    the exact same thing because it's sort of two

9    different functions.

10   BY MR. TOIKKA:

11       Q    But I think you've already told me that

12   the -- his date of birth is in his employment file,

13   correct?

14       A    It's in his employment -- his date of birth

15   is in his employment profile.

16       Q    That's a yes or no.

17       A    Yes.  Yes.

18           MS. MCGEOGH:  No.  Let the witness finish

19     the answer --

20           MR. TOIKKA:  No.

21           MS. MCGEOGH:  -- to the question.

22   MR. TOIKKA:  It's a yes or no.

1    question is, what were the reasons Howard decided to

2    move forward with another applicant, Adrian Crudup,

3    rather than Plaintiff?

4              MS. MCGEOGH:  Objection.  You can answer.

5        A    Okay.  So I'm going to explain the

6    application process.  Is that okay?

7              MS. MCGEOGH:  Yes.

8        A    Okay.  So --

9        Q    You don't need to ask the permission of your

10   counsel, Howard's counsel.

11       A    Okay.  When an applicant --

12             MS. MCGEOGH:  Objection.  For the record, I

13    don't know if the record is picking up the laughing

14    by Mr. Stanford, but it's distracting and

15    inappropriate.  So we would request that you stop

16    laughing.

17             And you can answer the question.

18       A    Okay.  When an applicant applies into -- into

19   a position, their application is reviewed against the

20   duties and responsibilities, the core competencies,

21   and the minimum requirements of the particular job.

22   So the -- so our talent acquisition specialist team,

1   they will actually review and validate on this

2   information to where we -- to where we would then

3   identify if a candidate is suitable for a next phase

4   in terms of an interview or being evaluated by another

5   entity within a particular department that in which a

6   department is hiring for.  In this -- in the case of

7   the plaintiff, when the plaintiff submitted their

8   application to JR101595, in this process, such as

9   reviewing your plaintiff's application, your plaintiff

10  submitted an incomplete application.  There was no job

11  history.  There was no education.  The only thing that

12  was attached to the actual application was a picture

13  of your plaintiff.

14          So when -- again, when our talent acquisition

15  department is reviewing an application against the

16  duties and responsibilities, our team can't review or

17  can't consider an applicant based on a picture of

18  them -- of themselves.  So at that point, your

19  plaintiff's application was -- was rejected based on

20  that criteria.

21      Q    Who made the decision not to invite Plaintiff

22  for an interview?

1          A      Who made the decision?

2          Q      Uh-huh.

3          A      For that particular position I -- I don't

4     believe that you're -- that the plaintiff actually was

5     even -- had even made it to the stage of being

6     considered for an interview because of the application

7     that was submitted and how the application was

8     incomplete.

9          Q      And who would have made that decision that

10    the application was incomplete?

11         A      That the -- who would have made the decision

12    that the application was incomplete?

13         Q      Yes.

14         A      It would have been the assigned recruiter

15    and/or the human resources delegate of that particular

16    department, which -- which in this situation, it would

17    have been between Porscha Wade, who was the recruiter,

18    and Unique Armstrong, who's the human resources

19    delegate for the department of public safety.

20               THE REPORTER:  Department of public?

21               THE WITNESS:  Department of public safety.

22    THE REPORTER:  Thank you.

1    2024?

2        A    That is correct.

3        Q    Okay.  You state therein that, quote, There

4    are agreed factors set with assessing an applicant's

5    skills, backgrounds, prior work experience, etc., in

6    reference to a decision being made in selecting an

7    applicant to be considered for an interview.

8            My question is, what are those factors?

9        A    So -- so those factors are the actual -- the

10   basic functions, the core competencies, duties, and

11   responsibilities and minimum education requirements

12   that are aligned with the position that's being

13   advertised.  So those aspects of a position are then

14   evaluated against an applicant's application that they

15   submit to us, which we evaluate that application,

16   prior work experience, education, and certification

17   and so forth.

18       Q    And my follow-up question is, how did these

19   factors affect Howard's decision not to invite

20   Plaintiff to interview for the lieutenant position?

21       A    Because the plaintiff's application was

22   incomplete.

1      Q     Is that one of the factors?  You didn't

2   mention that factor.

3                MS. MCGEOGH:  Objection.  That's --

4                MR. TOIKKA:  The factor --

5                MS. MCGEOGH:  Mischaracterized his

6    testimony.

7                MR. TOIKKA:  Well, okay.

8   BY MR. TOIKKA:

9      Q     Is one of the factors whether the application

10   is complete?

11                MS. MCGEOGH:  Objection.  Misstated prior

12    testimony.  You may answer.

13      A     Okay.  So incomplete, I'll define an

14   incomplete application if that helps.  An incomplete

15   application is when someone submits an application

16   without providing information based on their work

17   experience, education, certifications, and background.

18   It's incomplete because when we're evaluating a job

19   and when we're trying to determine if someone meets a

20   certain criteria in that job, it becomes incomplete

21   because we're not able to validate if someone has

22   those backgrounds and skills if, for example, or for

1    example, your plaintiff started December 12th of 1983;

2    that's a status -- that's -- he started December 12th

3    of 1983.  That's the very first status.  Then if at a

4    promotion stage, job titles change, so it'll be the

5    original title, and then we will have the promoted

6    title.  And then if there was another promotion,

7    another promoted on title.

8           But this information is not used to evaluate

9    an internal employee based on an open position.  This

10   is -- this is why we have something that's called an

11   applicant tracking system for both internal and

12   external applicants to apply into positions.

13        Q    Okay.  I am done.

14           MS. MCGEOGH:  Okay.  Let's take a short

15    break, and then I might have just a few follow up.

16           MR. TOIKKA:  Okay.

17           (A recess was taken.)

18           MS. MCGEOGH:  Yep.

19        EXAMINATION BY COUNSEL FOR THE DEFENDANT

20   BY MS. MCGEOGH:

21        Q    So just one or two questions following up on

22   what we were just discussing before the last break.

1          MR. TOIKKA:  So I need a break.

2          MS. MCGEOGH:  Yeah.

3          MR. TOIKKA:  And I need a place where I can

4     talk to Rupa and my client in private.

5          MS. MCGEOGH:  Okay.

6          MR. TOIKKA:  I don't know whether we could

7     all vacate the room and --

8          THE REPORTER:  Off the record?

9          MS. MCGEOGH:  Yeah.  Off the record.

10          (A recess was taken.)

11          MS. MCGEOGH:  Okay.

12          MR. TOIKKA:  Back on?

13          EXAMINATION BY COUNSEL FOR THE PLAINTIFF

14  BY MR. TOIKKA:

15     Q    Mr. Jones, I just have a basic question --

16     A    Uh-huh.

17     Q    -- related to the difference between the

18  applicant tracking system and the personnel file that

19  you just talked about.

20     A    Uh-huh.

21     Q    In reviewing an application --

22     A    Uh-huh.

1        Q       -- does the reviewer or anyone in that office

2    have the authority to request information from the

3    applicant's personnel file?

4        A       No.

5        Q       And is that written down anywhere that they

6    don't have the authority to do that?

7        A       I'm not sure if it's written down in that

8    particular language.  I'm not 100 percent sure if it's

9    written down in that particular language.  In talent

10   acquisition, we have a policy related to hiring

11   practices where hiring practices are done in a way of

12   evaluating a candidate's application against the

13   actual duties and responsibilities and minimum

14   requirements associated with -- with the enroll.  So

15   in following that -- that particular policy, it would

16   go against that policy for someone in human resources

17   to actually look in someone's personnel file as

18   a -- in any way of a form of evaluating someone's

19   candidacy for a position.

20            I would also think from a value perspective,

21   I would probably question what would be the value of

22   looking at someone's benefit information or someone's

# EXHIBIT H



For: JR103808 Lieutenant

Sgt. Rogelio Sanford Resume.docx

**Jobs Applied to**    3

## Overview

## Overview

|  |  |
|---|---|
| **Current Job** | 4 years |
| **Total Jobs** | 1 |
| **Total Experience** | 4 years |

Experience

Howard University
**Sergeant**
August 2019 - Current  (4 years, 4 months)
SCHOOL OF DIVINITY

Control Campus. Access to Building; Enforce District of Columbia Law, And provided a save environment for Student to complete their studies and provided good Customer Service to Faculty;  Staff; student and Visitor. Achievement in April of 2022, there were a Shooting at Burke School and Student were Save, and stay in Place During such events There were Additional Officer Added that was needed for every Day Safety. No Acknowledgement was given, but I am still in the business of Protecting and Serving the Howard Community.

Websites

none entered

Resume / Cover Letter
Sgt. Rogelio Sanford Resume.docx

Skills

none entered

Education

none entered

Certifications

none entered

Languages

none entered

HU0000697



Candidate Information

**Added By**  Rogelio Stanford

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
|---|---|

## Application Changes

Application Changes

| Updated By | Updated On |
|---|---|

## Tags / Pools

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire**  Internal Candidate Questionnaire

**Respondent**  Rogelio Stanford
**Submission Date**  05/12/2023

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 05/28/2023 |
| What is your desired annual salary? | **Answers** | 85000 |

HU0000698



**HOWARD UNIVERSITY**
1867

| Question | Answers | |
|---|---|---|
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | I do not wish to answer. (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | Yes |
| Please select the veteran status which most accurately describes your status. | **Answers** | I IDENTIFY AS ONE OR MORE OF THE CLASSIFICATIONS OF PROTECTED VETERANS LISTED ABOVE |

## Interview

**Interview Schedule**
none entered

**Interview Feedback**
none entered

## Screening

**Assessments**
none entered

**Background Check History**
none entered

## Employment Offer

**Employment Offer Details**
none entered

**Attachments**
none entered

## Attachments

**Attachments**
Resume / Cover Letter



| Attachment | |
|---|---|
| Sgt. Rogelio Sanford Resume.docx | |

Other Documents

| Attachment | Category | |
|---|---|---|
| | | |

## Reminders

### Upcoming

Personal Reminders

none entered

### Completed

none entered

## Candidate

### Job Application Details Card

Job Application Details

**Job Requisition**   JR103808 Lieutenant (Open)
**Location**   Howard University Service Center
**Date Applied**   05/12/2023 08:03:44 AM
**Source**   Internal -> Current Worker

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

Confidential



In Progress

|  | Step | Awaiting |
|---|---|---|
| Interview: Rogelio Stanford (Internal) - JR103808 Lieutenant (C13148) | Schedule Interview | 1 |

## Active Job Applications

Active Job Applications (2)

**Job Application for Active Job Applications Task**   Rogelio Stanford (Internal) - JR103808 Lieutenant (C13148)
Location: Howard University Service Center | Date Applied: 05/12/2023

**Job Application for Active Job Applications Task**   Rogelio Stanford (Internal) - JR103810 Lieutenant (C13148)
Location: Howard University Service Center | Date Applied: 05/12/2023

## Education

Education

none entered

## Work History

Work History

| | |
|---|---|
| **Current Job** | 4 years |
| **Total Jobs** | 1 |
| **Total Experience** | 4 years |

Experience

Howard University
Sergeant
August 2019 - Current  (4 years, 4 months)
SCHOOL OF DIVINITY
Control Campus. Access to Building; Enforce District of Columbia Law, And provided a save environment for Student to complete their studies and provided good Customer Service to Faculty;  Staff; student and Visitor. Achievement in April of 2022, there were a Shooting at Burke School and Student were Save, and stay in Place During such events There were Additional Officer Added that was needed for every Day Safety. No Acknowledgement was given, but I am still in the business of Protecting and Serving the Howard Community.

## Credentials

Languages

none entered

Websites

none entered

Confidential



Skills

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Sgt. Rogelio Sanford Resume.docx

Confidential

# EXHIBIT I

Message

_____

**From**:          Armstrong, Unique [unique.armstrong@howard.edu]
**Sent**:          8/23/2023 11:36:12 AM
**To**:            Stanford, Rogelio [rstanford@Howard.edu]
**CC**:            Lide, Alvin [alvin.lide@howard.edu]; Autry, Marvin [marvin.autry@Howard.edu]
**Subject**:       RE: Howard University Department of Public Safety Interview

Good morning, Mr. Stanford,

We are reaching out to you to see if you're still interested in interviewing for a Lieutenant Position.

If so, click this link to view available interview dates and times:
https://www.signupgenius.com/go/10C0E49A5A922A4FEC16-dpsaugust

If you have any questions, please feel free to reply to this email.

Again, thank you for your interest and we look forward to hearing from you.


*Best,*
*Unique*

**Unique S. Armstrong,** *(she| her | hers)*
Operations Manager
Department of Public Safety
Howard University
E: unique.armstrong@howard.edu
2244 10ᵗʰ Street NW | Washington, DC 20059
www.howard.edu

_____

**From:** Armstrong, Unique
**Sent:** Friday, August 4, 2023 1:37 PM
**To:** Stanford, Rogelio <rstanford@howard.edu>
**Subject:** Howard University Department of Public Safety Interview

Greetings, Mr. Stanford,

Thank you for your interest in pursuing a career opportunity with Howard University.

I am sending this email to cordially invite you to interview with the Leadership Team of the Department of Public Safety for a Lieutenant Position.

Please click this link to view available interview dates and times:
https://www.signupgenius.com/go/10C0E49A5A922A4FEC16-dpsaugust

Feel free to email me if you have any questions.

Again, thank you for your interest and we look forward to meeting with you!

                                                                          HU0000692

*Stay Bison Safe,*
*Unique*

**Unique S. Armstrong,** *(she| her | hers)*
Operations Manager
Department of Public Safety
Howard University
E: <u>unique.armstrong@howard.edu</u>
C: 202.257.9714
2244 10th Street NW | Washington, DC 20059
<u>www.howard.edu</u>



Confidential

# EXHIBIT J

# HOWARD UNIVERSITY POLICY

| | |
|---|---|
| **Policy Number**: | Series 500:  Human Resources |
| **Policy Title**: | NON-DISCRIMINATION POLICY AND PROCEDURES |
| **Responsible Officer**: | Chief Human Resources Officer |
| **Responsible Office**: | Office of the Chief Human Resources Officer |
| **Effective Date**: | May 5, 2021 |
| **Next Review Date**: | November 5, 2021 |

## I.   POLICY STATEMENT AND RATIONALE

Howard University, including Howard University Hospital (hereinafter referred to collectively as "the University") is committed to ensuring compliance with Title VII of the Civil Rights Act of 1964, the District of Columbia Human Rights Act of 1977, and all other applicable federal, state and local laws, all as amended, that prohibit discrimination, harassment and retaliation in employment and/or at academic institutions. In furtherance of this commitment, the University strives to maintain an environment in which all members of the University community are: (a) judged and rewarded solely on the basis of ability, experience, effort, and performance; and (b) provided conditions for educational and employment pursuits that are free from all forms of unlawful discrimination, harassment, and retaliation.

The University will not tolerate discrimination or harassment against any person in employment matters, or in the provision of its education programs or activities, based on race, color, religion, sex, national origin, gender identity or expression, sexual orientation, disability, marital status, age (this Policy pertains to persons 18 years of age or older), matriculation, political affiliation, protected veteran status, genetic information, personal appearance, status as a direct or indirect victim of domestic violence, sexual offense, or stalking, or any other legally protected classifications, activities or conditions (referred to collectively as Protected Characteristics). Also, retaliation against any individual who files a complaint, participates in an investigation, or otherwise opposes discrimination is strictly prohibited under this Policy.

This Policy is designed to protect all University community members from unlawful discrimination, harassment, and retaliation. It provides individuals with an opportunity to seek remedy for conduct that may violate this Policy and allows the University to address such conduct and reaffirm its commitment to providing educational and employment opportunities free from the negative effects of discrimination.

The Policy is not designed to limit the academic freedom of University faculty. The University prides itself on affording faculty with a fair opportunity to teach, conduct research, and provide services to the community in a setting that allows the academic freedom necessary to cultivate a wide expanse of ideas and teaching methods. The University encourages the expression of such ideas and the use of such methods in a manner that is reasonably related to the subject matter of instruction, and provided that they are expressed or used in a manner that is consistent with and does not violate this Policy and the rights of students, faculty members, staff, and University community members.

The University's Office of Human Resources is primarily responsible for implementing this Policy with respect to employment matters and ensuring that all employees of the University are adequately trained or otherwise made aware of their responsibilities under the Policy.

Discrimination and harassment based on sex or gender, including sexual misconduct is governed by the *Howard University Policy Prohibiting Sex and Gender-Based Discrimination, Sexual Misconduct and Retaliation*, which is enforced by the University's Title IX Office.

While it is the responsibility of the University to disseminate these policies, it is the responsibility of each member of the University community to read, become familiar with, and abide by their provisions.

## II. ENTITIES AFFECTED BY THIS POLICY

This Policy applies to members of the University community, including employees, faculty, students and certain third parties (e.g., visitors, volunteers, applicants for employment, vendors, and contractors). The actions proscribed by this Policy are also applicable to all individuals who are on University premises or on any other property where the University conducts its business (including at University-sponsored events).

## III. DEFINITIONS

For purposes of this Policy, the following definitions apply:

A. **Complainant** - An individual who is alleged to have been subjected to discrimination, harassment, or retaliation in violation of this Policy.

B. **Discrimination** – Unequal or prejudicial treatment based on an individual's Protected Characteristic that interferes with or limits an individual's opportunity to participate in or benefit from a University program or activity, or that otherwise adversely affects a term or condition of the individual's employment or education. Discrimination may present itself in a variety of ways, to include, but not limited to, conduct based on a Protected Characteristic, such as:

- blatant statements expressing bias against a certain group;

- slurs;

- adverse employment actions taken by managers or colleagues, including with respect to recruiting, hiring, promoting, transferring, training, disciplining, discharging, assigning work, measuring performance, or providing benefits;

- adverse decisions made regarding an individual's ability to participate in a University education program and activity; and/or

- conduct or speech that has the purpose or effect of creating a hostile work environment.

2

**C. Education Program or Activity** – Locations, events, or circumstances over which the University exercises substantial control, including any building owned or controlled by a student organization that is officially recognized by the University.

**D. Formal Complaint** – A document or electronic submission submitted by a complainant containing the complainant's physical or digital signature.

**E. Harassment** – A form of discrimination (as defined in III.B. of this section) that encompasses unwelcome conduct based on a person's Protected Characteristic(s). Harassment is severe or pervasive conduct that negatively affects the particular individual and also would negatively affect a reasonable person under the same circumstances. Harassment in violation of this Policy depends on the totality of the circumstances, including the nature, frequency, and duration of the conduct in question, the location and context in which it occurs, and the status of the individuals involved. Harassing behaviors may include, but are not limited to, the following, when based on a person's Protected Characteristic:

- conduct, whether verbal, physical, written, graphic, or electronic that threatens, intimidates, offends, belittles, denigrates, or shows an aversion toward an individual or group;

- epithets, slurs, or negative stereotyping, jokes, or nicknames;

- written, printed, or graphic material that contains offensive, denigrating, or demeaning comments, or pictures; and

- the display of offensive, denigrating, or demeaning objects, emails, text messages, or cell phone pictures.

**F. Matriculation** – The act of being enrolled in one of the University's schools or colleges as a student.

**G. Personal Appearance** – The outward appearance of any person irrespective of gender with regard to hairstyle, beards, or manner of dress. This term does not relate, however, to the requirement of cleanliness, uniforms, or prescribed attire when uniformly applied for admittance to a public accommodation or a class of employees for a customary or reasonable business-related purpose.

**H. Religion -** Includes all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable to reasonably accommodate an employee's or prospective employee's religious observance or practice without undue hardship on the conduct of the employer's business.

**I. Respondent -** An individual who has been reported to have engaged in conduct in violation of this Policy.

**J. Retaliation -** Prejudicial action that is taken against an individual for reporting discrimination or harassment, filing a complaint, participating in an investigation, or otherwise opposing discrimination or harassment.

**K. University Community -** All members of the Howard University community

3

including, but not limited to, students, faculty, staff, members of the Howard University Board of Trustees, third parties (e.g., visitors, volunteers, applicants for employment) and those who are conducting any type of business on any of the University premises (i.e., vendors and independent contractors) and individuals engaged and/or participating in educational or other activities hosted by, or affiliated with, the University.

**L. Witness -** An individual who may have information relevant to a report of discrimination. A witness may be an employee, faculty, student, or a third party.

## IV.  POLICY PROCEDURES

The complainant will not be retaliated against in any way for initiating an inquiry or complaint in good faith.  Disciplinary action on the basis of allegations will not be taken against the respondent unless and until there is a final administrative finding of culpability or an admission of the violation by that person.

### A.  Reporting A Complaint

Any member of the University community alleging a violation of this Policy is encouraged to report it immediately to the Equal Employment Opportunity (EEO) Department in the Office of Human Resources (or the Title IX Office, if applicable, pursuant to that Office's procedures).

Every Howard University supervisor or department/unit head who receives or becomes aware of a complaint in violation of this Policy is required to inform the EEO Department. They are required to report all relevant details, including the name of the individual who made the complaint, the alleged complainant, the alleged respondent, any witnesses, and other known related facts.

In determining whether alleged conduct constitutes a violation of this Policy, the University will consider the report within context and the totality of the circumstances. All determinations will be based upon the facts and made on a case-by-case basis.

The University is committed to responding to all reported violations of this Policy promptly, equitably, and with sensitivity.

### B.  Interim Remedial Action

Promptly upon notification of a complaint, the Director, EEO and Employee Relations, ("the Director") or an authorized representative designated by the Director will discuss with the complainant the nature of the complaint and will determine whether interim remedial measures should be taken to alleviate problems or conflicts pending an investigation and resolution.  Such measures may involve either the

4

complainant or the respondent, and may include a transfer, reassignment of duties or reporting requirements, administrative leave with pay, or other appropriate measures. Such measures, however, shall not be considered disciplinary action against any person and may only be taken with the concurrence of the Chief Human Resources Officer, after consultation with the Office of General Counsel.

**C. Investigation and Findings**

The Director will conduct or manage the investigations of complaints filed under this Policy.   When the University receives a complaint or report alleging a violation of this Policy, the investigation will be assigned to the appropriate EEO investigator or, with the concurrence of the Office of General Counsel, to an experienced external investigator. If an external investigator is used to conduct an investigation they will be selected and retained by the Office of General Counsel.

Upon review of a complaint, the EEO investigator may request additional information from the complainant if it is unclear whether the complainant's allegations are in violation of the Policy.  If the EEO investigator determines the allegations are not in violation of the Policy, the investigator will advise the complainant in writing of the findings and administratively close the matter.

If the complainant does not submit additional information, the investigator may cease processing the complaint and inform the complainant in writing the matter has been closed.  The investigator will advise the complainant that he/she may resubmit the complaint with the requested information if he/she chooses to pursue the matter at a later time.

If the EEO Department accepts the complaint, the investigator will provide the complainant and the respondent with respective complaint notification memoranda, which include the following information: (1) the names of the complainant(s) (if deemed appropriate to include) and the respondent(s); (2) the alleged policy violation(s); (3) a description of the applicable policies and procedures; and (4) a reiteration of the University's prohibition against retaliation.

The investigator will interview the complainant, the respondent, and relevant witnesses and gather relevant information provided by the parties and identified witnesses. Interviews may be conducted in person, or in extenuating circumstances, by videoconference or telephone.  Each party will be provided the opportunity to offer relevant witnesses and information, to include documents, communications, photographs, etc.  The investigator will have the authority to determine the relevance of any evidence or witnesses.  Statements of personal opinion or evidence of character is not relevant and will not be considered in the investigation process.

5

At the conclusion of all interviews and fact gathering, and when the evidence has been reviewed, the EEO investigator will make factual findings, and based upon those findings, come to conclusion as to whether there was a policy violation. The investigator will prepare a written report summarizing the relevant evidence and investigative steps. The investigation report will include the summary of allegations, description of procedural steps, evidence reviewed and witness statements, findings of fact, conclusion of application of facts to the Policy, and recommendation for corrective action, if applicable. The EEO investigator will submit the report to the Director for final review. This report is an internal confidential report and is not shared with the complainant, respondent, or any witnesses.

Once the investigation report is final, the Director will issue complaint closure memorandums to communicate the investigation findings to the complainant and respondent. However, the parties are not entitled access to the confidential investigation report, nor is the complainant entitled to know what, if any, disciplinary measures are taken against the respondent.

If the investigation concludes the respondent violated this Policy or another applicable University policy, the respondent's supervisor or department/unit head will, in consultation with the Office of Human Resources and Office of General Counsel, determine the appropriate corrective or disciplinary action. Disciplinary action, up to and including termination, may be taken against an individual who is found to have violated a covered policy. Corrective and disciplinary actions will be determined on a case-by-case basis. If the investigation reveals that the complainant or others also engaged in misconduct, such individuals may also be subject to disciplinary action. The complainant will be informed of the University's implementation of remedial measures only in the event the remedial action will involve the complainant or otherwise affect the terms and conditions of the complainant's employment.

## D. Confidentiality

To the fullest extent practicable and consistent with the University's need to investigate and take corrective action, complaints of discrimination, harassment, or retaliation will be processed confidentially. In the event a complainant requests anonymity, the investigator will explain that the identity of a complainant may be disclosed, as well as all material circumstances of alleged misconduct, if the University determines that such action is necessary for the University's ability to respond to the allegations, resolve the complaint, and address the University's provisions against retaliation.

6

**E. Retaliation**

The University prohibits retaliation against an individual who, in good faith, reports a complaint under this Policy, participates in an investigation, or otherwise protests alleged discrimination, harassment, or retaliation.

**F. False Statements**

All parties and witnesses are prohibited from knowingly making false statements and from knowingly providing false information during the complaint and investigation process. Anyone who knowingly provides false information during an investigation may be subject to disciplinary action.

## V.   SANCTIONS

Failure to adhere to the requirements of this policy may result in disciplinary action, up to and including separation from the University.

## VI.   HYPERLINKS

www.howard.edu/policy
Howard University Employee Handbook

7

HU0000572

**ATTACHMENT A**

Howard University is committed to promptly and adequately addressing all reports of unlawful discrimination, harassment or retaliation occurring within the campus community, and therefore encourage individuals to notify the University of all such concerns.

The Office of Human Resources is located in the Howard University Service Center, Suite 407, 2244 10th Street NW, Washington, DC 20059.  The office telephone number is 202-806-1280.

In addition to reporting a concern or filing a formal complaint pursuant to this policy, an individual has the right pursuant to applicable federal, state, and local law to file a complaint externally with:

> U.S. Equal Employment Opportunity Commission
> 131 M Street, NE
> Fourth Floor, Suite 4NWO2F
> Washington, DC 20507-0100
> 1-800-669-4000
> EEOC Public Portal: https://publicportal.eeoc.gov

> U.S. Department of Health and Human Services
> Office for Civil Rights
> 200 Independence Avenue, S.W.
> Room 509F HHH Bldg.
> Washington, D.C. 20201
> Email: OCRComplaint@hhs.gov

> U.S. Department of Education Office for Civil Rights
> District of Columbia Office
> 400 Maryland Ave, S.W.
> Washington, D.C. 20202-1475
> Telephone: (202) 453-6020
> Fax: (202) 453-6021
>     TDD: (877) 521-2172

District of Columbia Office of Human Rights
441 4th Street NW, Suite 570 North, Washington, DC 20001
Phone: (202) 727-4559
Fax: (202) 727-9589
TTY: 711
Email: ohr@dc.gov

8

# EXHIBIT K

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 570-2023-02697 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Rogelio A. Stanford | (202) 726-6271 | 1958 |

Street Address

5201 Kansas Ave., N.W.

Washington, DC 20011

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Howard University | 15 - 100 Employees | |

Street Address

2400 6th St. NW

Washington, DC 20011

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

Received by EEOC
Washington Field Office
Date 6/2/2023

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Age, National Origin, Retaliation | 05/15/2023 | 05/15/2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

In or around December 1983, I was hired as a Patrol Officer by the above-named employer. In or around March 2022, I applied for a Lieutenant position with Respondent, and I was not interviewed for the position. On or around May 15, 2023, I became aware that I was not selected for the Lieutenant position

I believe that I have been discriminated against due to my national origin (Hispanic-Panamanian) and retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been discriminated against due to my age (64), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

| Date | Charging Party Signature |
|---|---|
| JUNE 2, 2023 | *[signature]* |

Confidential

HU0000602

# EXHIBIT L

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROGELIO A. STANFORD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 1:23-cv-03041-RDM** |
| **v.** ) | |
| ) | |
| **HOWARD UNIVERSITY** ) | |
| ) | |
| **Defendant** ) | |

**DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFF
ROGELIO A. STANFORD'S FIRST SET OF INTERROGATORIES**

Defendant Howard University ("Howard University" or "Defendant"), by its undersigned counsel, and pursuant to Fed. R. Civ. P. 33, hereby serves its Objections and Answers to the First Set of Interrogatories of Plaintiff Rogelio Stanford ("Plaintiff" or "Stanford").

**GENERAL OBJECTIONS**

1.    Howard University objects to these Interrogatories, including the instructions and definitions provided therewith, to the extent that they seek information beyond the permissible scope of discovery.

2.    Howard University objects to these Interrogatories, including the definitions and instructions provided therewith, to the extent that they seek to alter or exceed the scope of the obligations placed on Howard University by the applicable law, court rules, and/or court orders.

3.    Howard University objects to these Interrogatories to the extent that they seek Howard University's litigation strategy, or information prepared in anticipation of litigation or in preparation for trial, or information protected by the attorney-client privilege, the attorney work product doctrine, and/or other applicable privileges and immunities. The inadvertent disclosure of

privileged information or the release of privileged documents shall not constitute a waiver of any privilege.

4.     Howard University objects to the definition of the terms "Howard" and "Howard University" and to each and every Interrogatory using those terms, to the extent that they seek discovery of information protected from disclosure by the attorney client privilege and/or attorney work product doctrine, and to the extent the definition includes persons such as agents, servants, associates, affiliates and representatives, over whose documents Howard University has no control.

5.     Howard University objects to these Interrogatories to the extent that they seek information that is not relevant to any claim or defense, or not proportional to the needs of the case. Howard University expressly reserves the right to object to the introduction into evidence at trial, or upon the record at any stage of this litigation, of information or documents subject to any objection contained herein. By responding to these Interrogatories, Howard University does not concede the relevance or admissibility of the information requested, nor does it adopt Plaintiff's legal characterizations of terms and words used herein.

6.     Howard University objects to Plaintiff's use of the phrase "Plaintiff's claims" throughout the Interrogatories vague as certain of Plaintiff's claims have been dismissed.  Howard University will interpret the phrase "Plaintiff's claims" to mean Counts I and III of the Complaint alleging discrimination in connection with Plaintiff's allegation that he was not interviewed for the Lieutenant position for which he applied in March of 2022.

7.     Howard University objects to these Interrogatories to the extent that they are overbroad, vague, ambiguous, unduly burdensome, and/or duplicative.

8.      Howard University objects to these Interrogatories to the extent that they seek information already known, or seek information equally accessible to Plaintiff or already in his possession, custody or control, or to the extent that these Interrogatories are related to or purport to require the production or identification of documents, writings, records, or publications in the public domain since such information is equally available to Plaintiff.

9.      Howard University objects to these Interrogatories to the extent that they seek Howard University to identify "each" piece of or "all" information, documents, identification of individuals, affiliates, or entities, or other materials or information as overbroad, unduly burdensome, onerous, vexatious, unreasonably cumulative and duplicative, and not susceptible to reasonable limitation.

10.     To the extent that the information requested could be more readily and/or appropriately obtained through depositions or other means, Howard University objects to these Interrogatories as unduly burdensome, redundant, and harassing.

11.     Howard University objects to these Interrogatories to the extent that they seek discovery of electronically stored information from sources that are not reasonably accessible because of undue burden or cost.

12.     Howard University objects to these Interrogatories to the extent that they seek responses on behalf of any individual or entity other than Howard University, and to the extent the Interrogatories seek information in the possession, custody or control of any individual or entity other than Howard University. Accordingly, each response to these Interrogatories will be made on behalf of Howard University only.

13.     Howard University objects to these Interrogatories to the extent that they lack foundation and/or assume facts not of record.

14.     Howard University objects to these Interrogatories to the extent that they require Howard University to make a conclusion based on law, statute, regulation, or rule.

15.     Howard University objects to these Interrogatories to the extent that they seek confidential information including personal information about other Howard University employees.

16.     Howard University has not completed its preparation for any proceeding or trial that might be held therein. Any responses to these Interrogatories are based on information presently known to Howard University and are given without prejudice to Howard University's right to amend its objections and responses, state additional objections, and/or to produce documents and information subsequently.  Howard University reserves the right to supplement its responses. No incidental or implied admissions are intended in Howard University's responses.

17.     Howard University's use in this Objections and Answers of any term defined in Plaintiff's instructions, Definitions or Interrogatories does not constitute acceptance of Plaintiff's definitions.

18.     Howard University does not make any representations in its responses to these Interrogatories other than those clearly articulated therein. Howard University therefore objects to any and all efforts on the part of Plaintiff to further read or ascribe any representations, meanings, etc., to Howard University's statements, or lack of statements, in its answers.

Subject to each and every one of these General Objections, each of which Howard University incorporates into each of the following responses, Howard University responds as follows:

## SPECIFIC OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

1.    Following Definition No. 11, please identify each person who assisted or participated in preparing and/or supplying any of the information given in, or relied upon in preparing answers to, these Interrogatories and any subsequent interrogatories.

**ANSWER:**  Howard University objects to this Interrogatory as it seeks information protected by the attorney-client and/or attorney work product privileges. Notwithstanding, subject to and without waiving the foregoing general and specific objections, in addition to the information obtained through Howard University's business records, Howard University generally consulted with and obtained information from the following Howard University employees:

- Unique Armstrong, Operations Coordinator, Department of Public Safety
- Porscha Wade, Strategic Human Resources Business Partner, Office of Human Resources

These answers to Interrogatories have been prepared with the assistance of counsel and have been verified by the individual identified in the certification annexed hereto.  Individuals identified herein may only be contacted through counsel for Howard University.

2.    Following Definition No.11, please identify all documents reviewed or relied upon in preparing your answers to these interrogatories and any subsequent interrogatories.

**ANSWER:** Howard University objects to this Interrogatory as it seeks information protected by the attorney-client and/or attorney work product privileges.  Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University will produce those non-privileged documents relevant to the remaining claims and defenses and that are proportional to the needs of the case and responsive to Plaintiff's Request for Production of Documents.

3.     Following Definition No. 11, please identify all individuals who have knowledge of any facts alleged in the Complaint or Answer and provide a summary of the knowledge of facts known or believed to be known by each and how each person obtained such knowledge of facts.

**ANSWER:**  Howard University objects to this Interrogatory as overbroad to the extent it seeks information relating to "any facts" alleged in the complaint, as many facts alleged in the complaint relate to claims that have been dismissed by the Court and therefore are no longer relevant. Howard University further objects to this Interrogatory to the extent it calls for information known by Plaintiff and is intended to limit the scope of cross-examination.  Notwithstanding, subject to and without waiving the foregoing specific and general objections, upon information and belief the following person has knowledge regarding the reasons Plaintiff was not interviewed for the Lieutenant position for which he applied in March 2022 (position JR101595):  Unique Armstrong.

4.     Following Definition No. 11, please identify each person whom you intend to call as an expert witness at the trial of this matter, as well as each person with whom you have consulted or intend to consult as an expert. In your answer, please describe the expert's educational background, training, experience, and expertise, state the subject matter on which each expert is expected to testify, state the substance of the facts and opinions to which each expert is expected to testify (if the person is a testifying expert); and provide a summary of the grounds for each opinion held by each expert.

**ANSWER:**  Howard University does not intend to call an expert witness at trial at this time.

5.     Following Definition No. 11, please identify all persons from whom you have obtained a statement, written, oral, recorded or otherwise, concerning any claim or defense in this matter.

**ANSWER:**  Howard University objects to this Interrogatory on the grounds that discovery in this matter is ongoing and not yet complete.  Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University states that it is not aware of the existence of any statements other than those statements (if any) contained in the documents and discovery responses produced by Howard University.

6.      If you contend Plaintiff has made any admission or declaration against interest concerning the allegations in the Complaint, following Definition No. 12, please identify each such admission or declaration.

**ANSWER:**  Howard University objects to this Interrogatory on the ground that discovery in this matter is ongoing and it has not yet identified admissions made by Plaintiff in this action.  Howard University reserves the right to supplement the answer to this Interrogatory.

7.      If you denied, in whole or in part, any Request for Admission in this action, following Definition No. 12, please identify and describe with particularity your reasons for such denial.

**ANSWER:**  Howard University objects to this Interrogatory on the grounds that it includes multiple separate subparts, as Plaintiff served 15 separate requests for admission. Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University states that the reasons certain Requests for Admission were denied in whole or in part is explained and set forth in Howard University's Responses to the Requests for Admission. In further response, Howard University states that it denied Request for Admission No. 5 requesting that Howard University "admit that as shown in Exhibit 1, Plaintiff was rejected for a Lieutenant position on March 30, 2022."  Howard University denied this allegation because Exhibit 1 does not show that Plaintiff was rejected for a Lieutenant position on March 30, 2022. Exhibit 1 to Plaintiff's Request for Admission speaks for itself, but indicates that Plaintiff *applied* for the Lieutenant position on March 30, 2022.

8.      Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's First Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory.   Howard University reserves the right to supplement its answer to this

Interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time. Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University states the following: Howard University did not discriminate against Plaintiff on any basis whatsoever, and did not discriminate against Plaintiff based on his ethnicity, foreign-born status or age. Plaintiff was not interviewed for the Lieutenant position for which he applied in March 2022 (position JR101595) because his application was incomplete. Unique Armstrong did not select Plaintiff for an interview on that basis. Plaintiff's application did not contain any work history and did not describe any prior experience. Notably, rather than submit a resume in connection with his application, Plaintiff simply uploaded a photograph of himself, in lieu of a resume.

When Plaintiff applied for a Lieutenant position in May 2023 (position JR103808), he submitted a more complete application, with noted work history and resume. Following his May 2023 application for Lieutenant position JR103808, Plaintiff was twice offered an interview, but did not respond to the requests for an interview.

9.    Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Fourth Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:**  Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory.   Howard University reserves the right to supplement its answer to this Interrogatory.  Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine.  Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University states that Plaintiff's claim is barred by failure to exhaust administrative remedies as Plaintiff claims in his Charge of Discrimination that the earliest and latest date of discrimination was May 15, 2023.  No discrimination took place on May 15, 2023 and Plaintiff was informed on September 15, 2022 that Howard University had decided to move forward with another candidate for the Lieutenant position.

10.     Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Fifth Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:**  Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory.  Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions"

as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time. Howard University reserves the right to supplement its answer to this Interrogatory.

11.     Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Sixth Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this interrogatory. Howard University reserves the right to supplement its answer to this Interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time. Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University incorporates by reference its answers to Interrogatory no. 8.

12.     Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Seventh Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time. Howard University reserves the right to supplement its answer to this Interrogatory. Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University states that Plaintiff did not follow Howard University's non-discrimination policies and procedures for reporting a claim of discrimination.

13.    Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Eighth Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this interrogatory. Howard University reserves the right to supplement its answer to this Interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client

privilege and work product doctrine.  Howard University further objects to "Definition 15" as it

seeks information that is unduly burdensome as it is not reasonably possible for Howard University

to describe the entire factual basis for all affirmative defenses, including everyone with knowledge

and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the

foregoing general and specific objections, Howard University incorporates by reference its answer

to Interrogatory no. 8.

14.     Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in
detail all facts known to you and all opinions held by you as to why Defendant's Ninth Affirmative
Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not

yet complete and Howard University has not yet discovered all facts which may be responsive to

this interrogatory.   Howard University reserves the right to supplement its answer to this

Interrogatory.  Howard University further objects to this Interrogatory on the ground that the term

"Plaintiff's claims" is vague, and will interpret that term as described in the general objections.

Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions"

are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client

privilege and work product doctrine.  Howard University further objects to "Definition 15" as it

seeks information that is unduly burdensome as it is not reasonably possible for Howard University

to describe the entire factual basis for all affirmative defenses, including everyone with knowledge

and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the

foregoing general and specific objections, Howard University incorporates by reference its answer

to Interrogatory no. 8.

15.     Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in
detail all facts known to you and all opinions held by you as to why Defendant's Tenth Affirmative
Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory. Howard University reserves the right to supplement its answer to this Interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time. Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University incorporates by reference its answer to Interrogatory no. 8.

16.    Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Eleventh Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory. Howard University reserves the right to supplement its answer to this Interrogatory. Howard University further objects to this Interrogatory on the ground that the term "Plaintiff's claims" is vague, and will interpret that term as described in the general objections. Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions" are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client privilege and work product doctrine. Howard University further objects to "Definition 15" as it

seeks information that is unduly burdensome as it is not reasonably possible for Howard University

to describe the entire factual basis for all affirmative defenses, including everyone with knowledge

and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the

foregoing general and specific objections, Howard University incorporates by reference its answer

to Interrogatory no. 8, and states that, upon information and belief, Plaintiff was not interested in

working in the Lieutenant position.

17.    Following Definition No. 15, with respect to each of Plaintiff's claims, please describe in detail all facts known to you and all opinions held by you as to why Defendant's Twelfth Affirmative Defense contained in your Answer is a sufficient defense to the claim.

**ANSWER:** Howard University objects to this Interrogatory on the grounds that discovery is not

yet complete and Howard University has not yet discovered all facts which may be responsive to

this Interrogatory.   Howard University reserves the right to supplement its answer to this

Interrogatory.  Howard University further objects to this Interrogatory on the ground that the term

"Plaintiff's claims" is vague, and will interpret that term as described in the general objections.

Howard University also objects to this Interrogatory to the extent it seeks "opinions" as "opinions"

are not relevant and such an Interrogatory appears to be an attempt to invade the attorney-client

privilege and work product doctrine.  Howard University further objects to "Definition 15" as it

seeks information that is unduly burdensome as it is not reasonably possible for Howard University

to describe the entire factual basis for all affirmative defenses, including everyone with knowledge

and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the

foregoing general and specific objections, Howard University incorporates by reference its answer

to Interrogatory no. 8.

18.    Following Definition No. 15 and taking into consideration the documents attached as Exhibit 1 (PL000053) (showing Plaintiff's application for a Lieutenant position rejected on 03/30/2022) and Exhibit 2 (PL000058-59) (June 7, 2023 email exchange between Plaintiff and Howard Assistant Vice President Lawrence Jones Jr.), please describe in detail all facts known to

you on which the Denial in your Answer to the allegation contained in Paragraph 21 of the Complaint is based.

**ANSWER:**  Howard University objects to this Interrogatory to the extent it seeks information protected from disclosure by the attorney-client privilege and work product doctrine.  Howard University further objects to this Interrogatory on the grounds that Exhibit 1 does not reflect that Plaintiff's application for a Lieutenant position was rejected on March 30, 2022.  Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including everyone with knowledge and all documentary evidence at this time.  Notwithstanding, subject to and without waiving the foregoing general and specific objections, Howard University denied the allegations contained in paragraph 21 of the Complaint on the grounds that the allegations assume that Plaintiff submitted a complete application in March 2022.  Howard University further denied the allegations contained in paragraph 21 of the Complaint on the grounds that Howard University did not make the decision not to interview Plaintiff in March 2022.

19.    Following Definition No. 11, please identify the "candidate selected" referred to in the email from Lawrence Jones Jr. to Plaintiff on June 7, 2023 at 3:55 p.m. (PL000058), copy attached as Exhibit 2, in which Mr. Jones wrote "... the department decided to move forward with another applicant for the role of Lieutenant as they believed the candidate selected was best fit based on their factors and criteria's (sic)," and following Definition No. 15, explain in detail on what basis the selected candidate was deemed a better choice than Mr. Stanford, and following Definition 11, identify who in "the department" made the decision "to move forward with another applicant."

**ANSWER:**  Howard University objects to this Interrogatory to the extent it seeks information not relevant to Plaintiff's remaining Complaint allegations. Howard University further objects to "Definition 15" as it seeks information that is unduly burdensome as it is not reasonably possible for Howard University to describe the entire factual basis for all affirmative defenses, including

everyone with knowledge and all documentary evidence at this time. Notwithstanding, subject to and without waiving the general objections, Howard University states that Adrian Crudup was the successful applicant for the Lieutenant role (position JR101595), and that Howard University based its hiring decision on Mr. Crudup's application, work history and experience.

20.    Following Definition 11, please identify all individuals interviewed for the Lieutenant position for which Plaintiff is shown rejected on 03/30/2022 on the document attached as Exhibit 1 (PL000053), and for which Lawrence Jones Jr. indicated that the department decided to move forward with another applicant in the email attached in Exhibit 2 (PL000058) and for each such interviewed applicant provide his or her race, ethnicity, national origin, date of birth, the date(s) he or she was contacted by Defendant to schedule an interview, and date(s) of interviews scheduled and conducted.

**ANSWER:**  Howard University objects to this Interrogatory on the grounds that Exhibit 1 does not reflect that Plaintiff's application for a Lieutenant position was rejected on March 30, 2022. Howard University further objects to this Interrogatory on the grounds that it seeks information that is not relevant.  Howard University further objects to this Interrogatory on the grounds that discovery is not yet complete and Howard University has not yet discovered all facts which may be responsive to this Interrogatory.  Howard University is continuing its investigation and reserves the right to supplement its answer to this interrogatory.  Notwithstanding, subject to and without waiving the foregoing general and specific objections, Anthony Winbush, Kenard Keene, Cory Fisher, Curtis Quarles, and Adrian Crudup were among the individuals interviewed for the JR101595 Lieutenant position for which Plaintiff was not selected for an interview for on September 15, 2022.  Based on Howard University's books and records, Demographic data for these individuals is set forth below:

| Name | Date of Birth | Age | Gender | Race/Ethnicity |
|------|---------------|-----|--------|----------------|
| Anthony Winbush | 7/31/1970 | 54 | Male | American Indian or Alaska Native (United States of America) |
| Kenard Keene | 4/19/1964 | 60 | Male | Black or African American (United States of America) |
| Cory Fisher | 1/14/1981 | 43 | Male | Black or African American (United States of America) |
| Curtis Quarles | 3/26/1961 | 63 | Male | Black or African American (United States of America) |
| Adrian Crudup | 9/28/1985 | 38 | Male | Two or More Races (United States of America) |

Certain other individuals may have been interviewed at the Department of Public Safety hiring event and Howard University is producing documentation reflecting the same.

21.     Following Definition 11, please identify all individuals interviewed for the Lieutenant position for which Plaintiff applied for in or about May 2023, as shown in Exhibit 1 (PL000053), and for each such interviewed applicant provide his or her race, ethnicity, national origin, date of birth, the date(s) he or she was contacted by Defendant to schedule an interview, and date(s) of interviews scheduled and conducted, including contact with Plaintiff in August 2023.

**ANSWER:**   Howard University objects to this Interrogatory on the ground that it seeks information that is not relevant to any party's claim or defense and not proportional to the needs of the case.  Specifically, the individuals that interviewed for the Lieutenant position for which Plaintiff applied for in May 2023 has no relevance to Plaintiff's claim that he should have been interviewed in connection with his March 2022 application.  Moreover, following his May 2023 application for Lieutenant position JR103808, Plaintiff was twice offered an interview, but did not respond to the requests for an interview.

Dated: October 10, 2024

/s/ Michelle M. McGeogh
Michelle M. McGeogh
D.C. Bar No. 994451
Katherine E. Rodriguez (*pro hac vice*)
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
E-mail: mcgeoghm@ballardspahr.com
rodriguezk@ballardspahr.com

*Attorneys for Defendant*

## **VERIFICATION**

I have reviewed the foregoing Defendant Howard University's Answers To Plaintiff Rogelio A. Stanford's First Set Of Interrogatories and hereby certify under penalty of perjury that the statements contained therein are true and accurate to the best of my knowledge, information, and belief, which knowledge, information, and belief are based on business records. Howard University reserves the right to revise, correct, or clarify the foregoing responses.

HOWARD UNIVERSITY

Dated: October 10, 2024                    By: _____

## CERTIFICATE OF SERVICE

I certify that on October 10, 2024, I served the foregoing document, Defendant's

Answers to Plaintiff Rogelio A. Stanford's First Set of Interrogatories to Defendant, to the

following via email and first class mail:

Richard S. Toikka
WILT TOIKKA KRAFT LLP
1629 K Street, NW, Suite 300
Washington, DC 20006

*Counsel for Plaintiff*

/s/ Michelle M. McGeogh
Michelle M. McGeogh

# EXHIBIT M



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/17/2023

**To:** Mr. Rogelio A. Stanford
5201 Kansas Ave., N.W.
Washington, DC 20011

Charge No: 570-2023-02697

EEOC Representative and email:     RICHARD KIM
Enforcement Supervisor
richard.kim@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2023-02697.

On behalf of the Commission,

Digitally Signed By:Mindy Weinstein
07/17/2023

Mindy Weinstein
Director

HU0000608

**Cc:**
Zachary Shapiro
Howard University
2400 6th St. NW
Washington, DC 20011

Please retain this notice for your records.

Confidential

Message

**From**: howard@myworkday.com [howard@myworkday.com]
**Sent**: 9/15/2022 1:41:42 PM
**To**: Stanford, Rogelio [rstanford@Howard.edu]
**Subject**: Howard University Application Status
**Attachments**: HowardForward.tif

**External Email Warning**

**WARNING!** Please proceed with caution as this message could be a scam. The sender's account may have been compromised and used to send malicious messages. If this message seems suspicious, please **DO NOT CLICK** any of the links and/or attachments. If you believe the contents of this email may be unsafe, please send it as an attachment to the ETS Information Security Team: ets-infosec@howard.edu.

Thank you for your interest in career opportunities with Howard University. After careful consideration of each candidate's qualifications, the hiring team has decided to move forward with another candidate. We encourage you to continue seeking employment at Howard University and we wish you the best of luck in your future endeavors.



This email box is not monitored. Please do not reply to this message.

This email was intended for rstanford@Howard.edu · Manage Preferences
Howard University · 2244 10th Street NW Suite 413, Washington, D.C. 20059

# EXHIBIT O

HOWARD UNIVERSITY

View Job Application: Anthony Winbush (Internal) (C12627)

For: JR101595 Lieutenant

Anthony Winbush Cover Letter March 2022.docAnthony Winbush Resume March 2022.docx

**Jobs Applied to**    3

# Overview

## Overview

Experience

        none entered

Websites

        none entered

Resume / Cover Letter
Anthony Winbush Resume March 2022.docx

Resume / Cover Letter
Anthony Winbush Cover Letter March 2022.doc

Skills

        none entered

Education

        none entered

Certifications

        none entered

Languages

        none entered

Candidate Information

**Shared With**    1

**Added By**    Anthony Winbush

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

## Application Changes

HU0000021



## Application Changes

| Updated By | Updated On |
|---|---|
|  |  |

## Tags / Pools

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire**   Internal Candidate Questionnaire

**Respondent**   Anthony Winbush
**Submission Date**   03/15/2022

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 03/15/2022 |
| What is your desired annual salary? | **Answers** | 700000 |
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | Black or African American (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | No |

HU0000022



View Job Application: Anthony Winbush (Internal) (C12627)

| Question | Answers |
|---|---|
| Please select the veteran status which most accurately describes your status. | **Answers**   I IDENTIFY AS ONE OR MORE OF THE CLASSIFICATIONS OF PROTECTED VETERANS LISTED ABOVE |

## Interview
### Interview Schedule
none entered
### Interview Feedback
none entered

## Screening
### Assessments
none entered
### Background Check History
none entered

## Employment Offer
### Employment Offer Details
none entered
### Attachments
none entered

## Attachments
### Attachments
Resume / Cover Letter

| Attachment | |
|---|---|
| Anthony Winbush Resume March 2022.docx | |
| Anthony Winbush Cover Letter March 2022.doc | |

Other Documents

| Attachment | Category | |
|---|---|---|

Confidential



**HOWARD UNIVERSITY**

# Reminders

## Upcoming

Personal Reminders

none entered

## Completed

none entered

# Candidate

## Job Application Details Card

Job Application Details

**Job Requisition**   JR101595 Lieutenant (Filled)
**Location**   Howard University Service Center
**Date Applied**   03/15/2022 09:48:00 AM
**Source**   Internal -> Current Worker

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Disposition**   Other Candidate(s) Better Qualified

## Active Job Applications

Active Job Applications (1)

**Job Application for Active Job Applications
Task**   Anthony Winbush (Internal) - JR101576 Captain (C12627)
Location: Howard University Service Center | Date Applied: 05/26/2022



## Education

Education

none entered

## Work History

Work History
Experience

none entered

## Credentials

Languages

none entered

Websites

none entered

Skills

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Anthony Winbush Resume March 2022.docx

Resume / Cover Letter
Anthony Winbush Cover Letter March 2022.doc



**HOWARD UNIVERSITY**

Full Process Record: Job Application: Anthony
Winbush (Internal) - JR101595 Lieutenant
(C12627) on 03/15/2022

01:47 PM
06/03/2024
Page 1 of 5

| | |
|---|---|
| **Event** | Job Application |
| **For** | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) |
| **Overall Process** | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 |
| **Overall Status** | Declined |

**Details**

| | |
|---|---|
| **Candidate** | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) |

**Attachments**

Anthony Winbush Cover Letter March 2022.docAnthony Winbush Resume March 2022.docx

**Attachments**

Anthony Wirbush Resume March 2022.docx

Anthony Wirbush Cover Letter March 2022.doc

**Process**
**Process History**

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Job Application | Job Application | Step Completed | 03/15/2022 09:48:00 AM | | Anthony Winbush | 1 | |
| Review Candidate | Review Candidate | Automatic Complete | 03/15/2022 09:48:00 AM | | | 0 | |
| Review Candidate | Send Endorsement Request | Not Required | | | | 0 | |
| Review Candidate | To Do: Find Duplicates for Candidate | Not Required | | | | 0 | |
| Review Candidate | Review Decision | Step Completed | 03/17/2022 05:31:00 PM | 03/17/2022 | Valencia Mabry | 1 | |
| Screen | Manager Candidate Screen | Automatic Complete | 03/17/2022 05:31:00 PM | | | 0 | |
| Screen | Screen Candidate | Step Completed | 09/15/2022 01:41:29 PM | 03/19/2022 | Porscha Wade | 1 | |
| Screen | To Do: Find Duplicates for Candidate | Automatic Skip | 09/15/2022 01:41:29 PM | | | 0 | |
| Job Application | Conclusion: Other Candidate(s) Better Qualified | Declined | 09/15/2022 01:41:29 PM | | Porscha Wade | 1 | |

**All Events**

| | |
|---|---|
| **Event** | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 |
| **Event Type** | Job Application |
| **Topmost Event** | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 |
| **Status** | Declined |
| **Initiated On** | 03/15/2022 09:48:00.199 AM |
| **Due Date** | |
| **Completed On** | 09/15/2022 01:41:29.739 PM |

HU0000249



HOWARD
UNIVERSITY

Full Process Record: Job Application: Anthony
Winbush (Internal) - JR101595 Lieutenant
(C12627) on 03/15/2022

01:47 PM
06/03/2024
Page 2 of 5

### All Events

| Event | Event Type | Part Of | State Label | Initiated On | Due Date | Completed On |
|-------|-----------|---------|-------------|--------------|----------|--------------|
| Screen: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Screen | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Canceled | 03/17/2022 05:31:00.936 PM | | 09/15/2022 01:41:29.739 PM |
| Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Review Candidate | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Successfully Completed | 03/15/2022 09:48:00.199 AM | | 03/17/2022 05:31:00.936 PM |

### All Notifications

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Notify Anthony Winbush of Howard University Application Status | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | 09/15/2022 01:41:29.739 PM | 09/15/2022 01:41:32.156 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Anthony Winbush | Howard University Application Status | Thank you for your interest in career opportunities with Howard University. After careful consideration of each candidate's qualifications, the hiring team has decided to move forward with another candidate. We encourage you to continue seeking employment at Howard University and we wish you the best of luck in your future endeavors. | Denied | No | Email |
| Notify Lorraine Kittrell of A Task Awaits You: Screen Candidate - Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Screen: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:01.747 PM | No | Screen (Default Definition) step b - Action | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | A Task Awaits You: Screen Candidate - Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Please log into the Workday system to complete this action. | | Yes | Email |



Full Process Record: Job Application: Anthony
Winbush (Internal) - JR101595 Lieutenant
(C12627) on 03/15/2022

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Lorraine Kittrell of Review Candidate - Successfully Completed | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:01.840 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | Review Candidate - Successfully Completed | | Completed | No | Email |
| Notify Jonathan Edwards of A Task Awaits You: Review Decision - Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | 03/15/2022 09:48:00.199 AM | 03/15/2022 09:48:01.417 AM | No | Review Candidate (Default Definition) step d - Action | howard@myworkday.com | howard@myworkday.com | Jonathan Edwards | A Task Awaits You: Review Decision - Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Please log into the Workday system to complete this action. | | Yes | Email |

All Actions

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conclusion: Other Candidate(s) Better Qualified | | Conclusion: Other Candidate(s) Better Qualified | Declined | Porscha Wade | 09/15/2022 01:41:29.739 PM | | | Declined | | Porscha Wade | | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Automatic Skip | Porscha Wade | 09/15/2022 01:41:29.739 PM | | 09/15/2022 01:41:29.739 PM | Automatic Skip | | | | Screen: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Applicator: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Screen |
| Screen Candidate | | Screen Candidate | Step Completed | Porscha Wade | 09/15/2022 01:41:29.739 PM | 03/19/2022 | 03/17/2022 05:31:00.936 PM | Step Completed | | | | Screen: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Applicator: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Screen |



Full Process Record: Job Application: Anthony
Winbush (Internal) - JR101595 Lieutenant
(C12627) on 03/15/2022

01:47 PM
06/03/2024
Page 4 of 5

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manager Candidate Screen | | Manager Candidate Screen | Step Completed | Anthony Winbush | 09/15/2022 01:41:29.739 PM | | 03/17/2022 05:31:00.536 PM | Step Completed | | Anthony Winbush | | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Anthony Winbush - JR101595 Lieutenant (C12627) | Job Application |
| Manager Candidate Screen | Yes | Manager Candidate Screen | Automatic Complete | Valencia Mabry | 03/17/2022 05:31:00.536 PM | | 03/17/2022 05:31:00.536 PM | Automatic Complete | | | Manager Candidate Screen | Screen: Anthony Wintush (Internal) - JR101595 Lieutenant (C12627) | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Screen |
| Review Decision | | Review Decision | Step Completed | Valencia Mabry | 03/17/2022 05:31:00.536 PM | 03/17/2022 | 03/15/2022 09:48:00.199 AM | Step Completed | | Valencia Mabry | | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Review Candidate |
| Review Candidate | | Application Submitted | Step Completed | Anthony Winbush | 03/17/2022 05:31:00.536 PM | | 03/15/2022 09:48:00.199 AM | Step Completed | | Anthony Winbush | | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Application |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Not Required | Anthony Winbush | 03/15/2022 09:48:00.199 AM | | 03/15/2022 09:48:00.199 AM | Not Required | | Anthony Winbush | | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Review Candidate |
| Send Endorsement Request | | Send Endorsement Request | Not Required | Anthony Winbush | 03/15/2022 09:48:00.199 AM | | 03/15/2022 09:48:00.199 AM | Not Required | | Anthony Winbush | | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Review Candidate |
| Review Candidate | Yes | Review Candidate | Automatic Complete | Anthony Winbush | 03/15/2022 09:48:00.199 AM | | 03/15/2022 09:48:00.199 AM | Automatic Complete | | | Review Candidate | Review Candidate for Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Review Candidate |



Full Process Record: Job Application: Anthony
Winbush (Internal) - JR101595 Lieutenant
(C12627) on 03/15/2022

01:47 PM
06/03/2024
Page 5 of 5

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job Application | Yes | Job Application | Step Completed | Anthony Winbush | 03/15/2022 09:48:00.199 AM | | 03/15/2022 09:48:00.199 AM | Step Completed | | Anthony Winbush | | Job Application: Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) on 03/15/2022 | Anthony Winbush (Internal) - JR101595 Lieutenant (C12627) | Job Application |

Confidential

**Anthony Winbush**



March 08, 2022

Please accept the enclosed resume as application for the position of **Lieutenant**.  I offer a unique combination of combat and tactical skills.  Most notably, my background includes:

- Two years of experience as an **Acting Lieutenant** for the Howard University Department of Public Safety, during the time I performed inspections of Security Personnel and Patrol Officers for their tour of duty, provided input to the Command Staff on the performance of the Patrol Officers for their evaluation reports.  Provided direction to the Patrol Officers on the proper performance of their duties.  Communicated and corrected any discrepancies that occurred during their tour of duty to the Lieutenant(s).  Responded to calls involving criminal activity.  Maintained surveillance over the campus and or Howard University Hospital facilities.

- Three years of experience as a **Senior Police Officer** for the Howard University Department of Public Safety, during the time I performed inspections of Security Personnel and Patrol Officers for their tour of duty, provided input to the Lieutenant(s) on the performance of the Patrol Officers for their evaluation reports.  Provided direction to the Patrol Officers on the proper performance of their duties.  Communicated and corrected any discrepancies that occurred during their tour of duty to the Lieutenant(s).  Responded to calls involving criminal activity.  Maintained surveillance over the campus and or Howard University Hospital facilities.

- Three years of experience as a **Special Police Officer** for the Howard University Department of Public Safety, during the time I handled situations which pose potential hazards to persons or property in accordance with University policy, general and special security instructions and professional discretion.  Apprehends or detains individuals suspected of committing criminal offenses, using force only when necessary to protect life or property.

- Two years of experience as the **Senior Drill Sergeant the United States Army,** during which time I developed a wealth of experience in training in which I trained thousands of civilians to become Soldiers for combat missions for Operation Enduring Freedom (Afghanistan) and Operation Iraqi Freedom (Iraq).

- Three years of experience as the **Senior Enlisted Human Resources Advisor for the United States Army**, during which time I developed a wealth of experience in managing the financial, strength management, eMILPO, and awards databases.

Confidential

- Twenty-two years of experience as the **Subject Matter Expert of Training for the United States Army**. As such, I offer solid experience working in a complex and stressful organization and with an intense focus on regulatory compliance, risk management and training thousands of Soldiers in all spectrums of military operations.

- In all of my leadership positions, I led a brigade of 3500 Soldiers, a company of 125 Soldiers, teams of Mechanics, Drill sergeants, Combat Engineers, Accounting, Finance, IT, HR, and Administrative Professionals.

My qualifications include the full spectrum of combat operations, logistics, and training on several different weapon systems.

I would welcome a personal interview for the position of **Lieutenant** and look forward to meeting you and the other committee members. Thank you.

Sincerely,


Anthony Winbush

HU0000768

## ANTHONY T. WINBUSH



| PROFESSIONAL SUMMARY |
| --- |

Highly organized and meticulous Campus Police Officer with 8 years of experience supplying thorough, organized administrative support to six senior executives. Investigated, documented and managed security incidents and hazards along with performing proactive monitoring and timely responses to potential/actual security threats. Seasoned 24 year military veteran who earned numerous commendations and awards for superior performance in academic, tactical and technical abilities. Foster an environment of teamwork and continued growth and development across all functions. A dynamic leader, collaborator, motivator and effectively trained under high stress conditions. Calm under pressure with superior time management and conflict resolution skills.

| PROFESSIONAL EXPERIENCE |
| --- |

**Acting Lieutenant**
**03/2020 - Present**
**40 Hours per Week**
**Howard University Dept of Public Safety**
**Washington, DC**

LAW ENFORCEMENT OPERATIONS: Conduct and plan security assessments of University buildings on a routine basis and makes recommendations to eliminate security breaches. Exercise direct supervision over a shift composed of Campus Police Patrol Officers, Security Officers and contract service personnel assigned to any Howard University or HUH location or facility; supervise employees assigned to work in the Security Operations Communications Center. Develop and implement written directives, schedule training, equipment protocol, hire/evaluate personnel and provide leadership towards fulfillment of the Departments mission regarding public safety. Research and collaborate with local and out of state universities by performing on-site visits to obtain data/knowledge on new technology and initiatives to implement that will enhance operations within the SOCC. Prepare technical cost estimates and negotiate with contractors. Supervise responsibility for all operations during an assigned shift or shift function and ensure that all shift personnel are aware of and adhere to policy and procedures. Provide training and instructions to subordinates to ensure that responsibilities are performed completely and efficiently, while maintaining the Law Enforcement Code of Ethics. Interpret and disseminate policies, procedures and directives promulgated by the Department and the Federal and municipal Governments.

**Senior Special Police Officer**
**08/2016 to 03/2020**
**40 Hours per Week**
**Howard University Dept of Public Safety**
**Washington, DC**

      INSPECTION AND SURVEILLANCE:  Oversaw inspections of security personnel for tour of duty.  Coordinated and integrated technical aspects of communications and automation working with management matters.  Communicated with Lieutenant any discrepancies that occurred during assigned duty.  Provided input to the Lieutenant on the performance of the patrol officers for their evaluation report.  Respond to calls involving criminal activity and controlled large crowds and student gatherings/disperses groups.  Maintain surveillance over campus and Howard University Hospital facilities and maintained and scheduled access control to several campus buildings.

**Campus Police Officer**
**10/2013 to 08/2016**
**40 Hours per Week**
**Howard University Dept of Public Safety**
**Washington, DC**

SPECIAL POLICE OFFICER:  Handled potential hazard situations to people or property in accordance with University policy and apprehended or detained individuals suspected of committing criminal offenses.  Notified suspects of individual rights and reports all details in incidents.  Prepared special reports for arrests and seizures cases and settled minor disturbances of the peace and investigate all unusual occurrences.  Patrolled assigned posts, inspect buildings, grounds and other premises assuring that the University and District of Columbia laws, rules and regulations are observed.  Assisted in the evacuation of buildings and conducting the proper procedures during fires and other campus emergencies.  Appeared in court as a witness against offenders and operated and review video surveillance cameras.

HU0000366

**Senior Maintenance Supervisor**
**10/2010 to 01/2013**
**40 Hours per Week**
**United States Army**
**Fort Bragg, NC**

MAINTENANCE OPERATIONS:  Developed standard operating procedures for the maintenance section for service packets, daily operations and managed employee data. Analyzed, adjusted, taught, and mentored superiors and subordinates on company standard operating procedures.  Screened visitors and obtained signatures for financial documents and internal and external invoices.  Coordinated the installation, maintenance and repair work.  Politely assisted customers in person and via telephone scheduled weekly vehicle operator training within the unit.

**Senior Drill Sergeant**
**01/2008 to 10/2010**
**40 Hours per Week**
**United States Army**
**Fort Jackson, SC**

DISCIPLINARIAN TRAINER:  Developed methods to establish and clarify customer objectives and reputation as an efficient service provider with high levels of accuracy. During the war, I constructed a significant number of international reservations for soldiers deployed during combat operations in Afghanistan.  While managing a Common Task Training procedure for over 1000 soldiers, I performed evaluations, maintenance, revisions and a corrective action of emergency management program plans.  Created budget spreadsheets and briefing emergency management programs.  Provided clearly communicated objectives for lessons, units and projects to all participants.  Developed and led training programs in preparation for combat.  Planned and briefed personnel on upcoming missions.

**Senior Enlisted Human Resources Advisor**
**08/2005 to 01/2008**
**40 Hours per Week**
**United States Army**
**Fort Bragg, NC**

TALENT RESOURCES:  Planned, coordinated logistics and materials for board meetings, committee meetings and staff events.  Developed methods to establish and clarify customer objectives.  Organized forms, made photocopies, filed records and prepared correspondence and reports.  Added new material to file records and created new records.  Conducted research to prepare, gather and proof briefing materials, agendas and decks for all executive-level meetings.  Served as the vocal point for Personnel Management plans and organizing personnel goals along with addressing questions regarding training program participants.  Developed, coordinated and communicated on Human Resource projects.  Developed and led training programs in preparation for

HU0000367

combat.  Planned and briefed personnel on missions.

**Certification:**
Certified Instructor on ASP Baton, Handcuff, and Flashlight

**Related Skills:**
CAD (Computer Aid Dispatch)
RAVE (Rapid Assessment Visualization Expedition)
AMAG (Symmetry Access Control Security Technology Video Management Alarm Systems)
AppArmor (Emergency Notification System)
OpenPath (Access Control System)
MileStone (Closed Caption TV)
Video Insight and Wales systems for the University Security Operations Communications Center
Blackboard
Verint

**Military Awards**
Awarded the Bronze Star Medal in 2007
Meritorious Service Medal in 2012

HU0000368



View Job Application: Kenard Keene (Internal) (C12416)

06:28 PM
06/03/2024
Page 1 of 5

For: JR101595 Lieutenant

Sgt Kenard A. Keene Sr. Resume.doc

**Jobs Applied to**    1

## Overview

### Overview

Experience
        none entered

Websites
        none entered

Resume / Cover Letter
Sgt Kenard A. Keene Sr. Resume.doc

Skills
        none entered

Education
        none entered

Certifications
        none entered

Languages
        none entered

Candidate Information

**Shared With**    1
**Added By**    Kenard Keene

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

## Application Changes

Application Changes

HU0000130



View Job Application: Kenard Keene (Internal) (C12416)

| Updated By | Updated On |
|------------|-----------|

**Tags / Pools**

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire** Internal Candidate Questionnaire

**Respondent** Kenard Keene

**Submission Date** 03/07/2022

| Question | | Answers |
|----------|--|---------|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 03/08/2022 |
| What is your desired annual salary? | **Answers** | 85000 |
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | Black or African American (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | No |
| Please select the veteran status which most accurately describes your status. | **Answers** | I DO NOT WISH TO SELF-IDENTIFY |



View Job Application: Kenard Keene (Internal) (C12416)

## Interview

**Interview Schedule**

none entered

**Interview Feedback**

none entered

## Screening

**Assessments**

none entered

**Background Check History**

none entered

## Employment Offer

**Employment Offer Details**

none entered

**Attachments**

none entered

## Attachments

**Attachments**

Resume / Cover Letter

| Attachment | |
|---|---|
| Sgt Kenard A. Keene Sr. Resume.doc | |

Other Documents

| Attachment | Category | |
|---|---|---|

## Reminders

**Upcoming**

Personal Reminders

none entered

**Completed**



none entered

## Candidate

### Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | JR101595 Lieutenant (Filled) |
| **Location** | Howard University Service Center |
| **Date Applied** | 03/08/2022 12:23:04 AM |
| **Source** | Internal -> Current Worker |

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Disposition**    Other Candidate(s) Better Qualified

## Education
Education

none entered

## Work History
Work History
Experience

none entered

## Credentials
Languages

none entered



View Job Application: Kenard Keene (Internal) (C12416)

Websites

        none entered

Skills

        none entered

## My Upcoming Reminders

Personal Reminders

        none entered

## Resume Attachment

Resume / Cover Letter
Sgt Kenard A. Keene Sr. Resume.doc

Confidential



**HOWARD UNIVERSITY**

Full Process Record: Job Application: Kenard
Keene (Internal) - JR101595 Lieutenant
(C12416) on 03/08/2022

01:47 PM
06/03/2024
Page 1 of 4

**Event** Job Application
**For** Kenard Keene (Internal) - JR101595 Lieutenant (C12416)
**Overall Process** Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022
**Overall Status** Declined

| Details | | |
|---|---|---|
| **Candidate** | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | |

**Attachments**
Sgt Kenard A. Keene Sr. Resume.doc

**Attachments**
Sgt Kenard A. Keene Sr. Resume.doc

**Process**
**Process History**

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Job Application | Job Application | Step Completed | 03/08/2022 12:23:04 AM | | Kenard Keene | 1 | |
| Review Candidate | Review Candidate | Automatic Complete | 03/08/2022 12:23:04 AM | | | 0 | |
| Review Candidate | Send Endorsement Request | Not Required | | | | 0 | |
| Review Candidate | To Do: Find Duplicates for Candidate | Not Required | | | | 0 | |
| Review Candidate | Review Decision | Step Completed | 03/17/2022 05:31:00 PM | 03/09/2022 | Valencia Mabry | 1 | |
| Review Candidate | Review Decision | Reassigned | 03/17/2022 05:31:00 PM | | Valencia Mabry | 1 | |
| Screen | Manager Candidate Screen | Automatic Complete | 03/17/2022 05:31:00 PM | | | 0 | |
| Screen | Screen Candidate | Step Completed | 09/15/2022 01:41:29 PM | 03/19/2022 | Porscha Wade | 1 | |
| Screen | To Do: Find Duplicates for Candidate | Automatic Skip | 09/15/2022 01:41:29 PM | | | 0 | |
| Job Application | Conclusion: Other Candidate(s) Better Qualified | Declined | 09/15/2022 01:41:29 PM | | Porscha Wade | 1 | |

**All Events**

**Event** Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022
**Event Type** Job Application
**Topmost Event** Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022
**Status** Declined
**Initiated On** 03/08/2022 12:23:04.750 AM
**Due Date**
**Completed On** 09/15/2022 01:41:29.739 PM

**All Events**

HU0000308



01:47 PM
06/03/2024
Page 2 of 4

| Event | Event Type | Part Of | State Label | Initiated On | Due Date | Completed On |
|---|---|---|---|---|---|---|
| Screen: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Screen | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Canceled | 03/17/2022 05:31:00.936 PM | | 09/15/2022 01:41:29.739 PM |
| Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Review Candidate | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Successfully Completed | 03/08/2022 12:23:04.750 AM | | 03/17/2022 05:31:00.936 PM |

All Notifications

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Kenard Keene of Howard University Application Status | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | 09/15/2022 01:41:29.739 PM | 09/15/2022 01:41:32.302 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Kenard Keene | Howard University Application Status | Thank you for your interest in career opportunities with Howard University. After careful consideration of each candidate's qualifications, the hiring team has decided to move forward with another candidate. We encourage you to continue seeking employment at Howard University and we wish you the best o' luck in your future endeavors. | Denied | No | Email |
| Notify Lorraine Kittrell of A Task Awaits You: Screen Candidate - Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Screen: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:01.960 PM | No | Screen (Default Definition) step b - Action | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | A Task Awaits You: Screen Candidate - Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Please log into the Workday system to complete this action. | | Yes | Email |

Confidential

HU0000309



Full Process Record: Job Application: Kenard
Keene (Internal) - JR101595 Lieutenant
(C12416) on 03/08/2022

01:47 PM
06/03/2024
Page 3 of 4

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Lorraine Kittrell of Review Candidate - Successfully Completed | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:02.058 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | Review Candidate - Successfully Completed | | Completed | No | Email |

All Actions

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conclusion: Other Candidate(s) Better Qualified | | Conclusion: Other Candidate(s) Better Qualified | Declined | Porscha Wade | 09/15/2022 01:41:29.739 PM | | | Declined | | Porscha Wade | | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Automatic Skip | Porscha Wade | 09/15/2022 01:41:29.739 PM | | 09/15/2022 01:41:29.739 PM | Automatic Skip | | | | Screen: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Screen |
| Screen Candidate | | Screen Candidate | Step Completed | Porscha Wade | 09/15/2022 01:41:29.739 PM | 03/19/2022 | 03/17/2022 05:31:00.936 PM | Step Completed | | | | Screen: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Screen |
| Manager Candidate Screen | | Manager Candidate Screen | Step Completed | Kenard Keene | 09/15/2022 01:41:29.739 PM | | 03/17/2022 05:31:00.936 PM | Step Completed | | Kenard Keene | | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application |
| Manager Candidate Screen | Yes | Manager Candidate Screen | Automatic Complete | Valencia Mabry | 03/17/2022 05:31:00.936 PM | | 03/17/2022 05:31:00.936 PM | Automatic Complete | | | Manager Candidate Screen | Screen: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Screen |

HU0000310



01:47 PM
06/03/2024
Page 4 of 4

Full Process Record: Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canceled | | | Canceled | Valencia Mabry | 03/17/2022 05:31:00.536 PM | | 03/08/2022 12:23:04.750 AM | Canceled | | Valencia Mabry | | Reassigned to Valencia Mabry | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Review Candidate |
| Review Decision | | Review Decision | Step Completed | Valencia Mabry | 03/17/2022 05:31:00.536 PM | 03/09/2022 | 03/08/2022 12:23:04.750 AM | Step Completed | | Valencia Mabry | | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Review Candidate |
| Review Candidate | | Application Submitted | Step Completed | Kenard Keene | 03/17/2022 05:31:00.536 PM | | 03/08/2022 12:23:04.750 AM | Step Completed | | Kenard Keene | | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Not Required | Kenard Keene | 03/08/2022 12:23:04.750 AM | | 03/08/2022 12:23:04.750 AM | Not Required | | Kenard Keene | | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Review Candidate |
| Send Endorsement Request | | Send Endorsement Request | Not Required | Kenard Keene | 03/08/2022 12:23:04.750 AM | | 03/08/2022 12:23:04.750 AM | Not Required | | Kenard Keene | | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Review Candidate |
| Review Candidate | Yes | Review Candidate | Automatic Complete | Kenard Keene | 03/08/2022 12:23:04.750 AM | | 03/08/2022 12:23:04.750 AM | Automatic Complete | | | Review Candidate | Review Candidate for Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Review Candidate |
| Job Application | Yes | Job Application | Step Completed | Kenard Keene | 03/08/2022 12:23:04.750 AM | | 03/08/2022 12:23:04.750 AM | Step Completed | | Kenard Keene | | Job Application: Kenard Keene (Internal) - JR101595 Lieutenant (C12416) on 03/08/2022 | Kenard Keene (Internal) - JR101595 Lieutenant (C12416) | Job Application |

# Kenard A. Keene Sr.

_____

## Experience
_____

Sept.  2009 - Present           Howard University Campus Police           Washington, D.C.

**Senior Special Police Officer-Special Operations Service Section**
- Be familiar with Collective Bargaining Agreement as it pertaining to extra duty and reverse seniority list to ensure compliance.
- Maintain detail schedule for special events.
- Check on contract officers on Main Campus, West Campus and East Campus
- Conduct daily briefing with special events officers, parking enforcement officers and the President security
- Ensure request for volunteer list and detail assignment are posted in a timely manner.
- Attend various meetings with University Administration, Local Law Enforcement, Government Officials.
- Supervised University sporting events, student activity event and various event on university campus.

- Takes appropriate actions in response to unforeseen or unexpected events.
- Perform other appropriate duties as assign.
- Control large crowds and students, staff, faculties and public gatherings on campus.
- Prepares administrative reports and review reports of subordinates for content and accuracy.
- In the absence of Lieutenant assumes supervisory responsibility of the shift operations, as required.
- Ensure that all shift personnel are aware of and adhere to policy and procedures, provides training and instructions to assist them in performing their various tasks, duties and responsibility.
- Create events protocols, detail assignment, daily shift assignment.


March 2007 – Sept. 2009           Howard University Campus Police           Washington, D.C.

**Senior Special Police Officer-Howard University Hospital**
- Assisting with inspections of security personnel for tour of duty.
- Provide directions to officers on the proper performance of the duties.
- Provide input to second Lieutenant on the performance of patrol officer.
- Respond to calls involving criminal activity.
- Assist in assignment of personnel to their post assignment.


Special Police Officer           Howard University Hospital Campus Police           Washington, D.C.


November 1988- March 2007
- Assisting with inspections of security personnel for tour of duty.
- Provide directions to officers on the proper performance of the duties.
- Provide input to second Lieutenant on the performance of patrol officer.
- Respond to calls involving criminal activity.
- Assist in assignment of personnel to their post assignment.

Confidential

# Kenard A. Keene Sr.

**9110 Taylor Street, Springdale, MD  20774 – 301-322-4303 – kakeenesr@icloud.com**

| | | |
|---|---|---|
| March 1985- August 1988 | Professional Records Inc. | Washington, D.C. |

Carrier service

Stock boxes

| | |
|---|---|
| May 1984 – May 1990 | United States Navy |

## Education

| | | |
|---|---|---|
| September 1980-June 1983 | Cardozo Senior High | Washington, D.C. |

**Diploma**

Special Awards
- Bike Trained
- Segway Trained
- Spectator Sports Safety and Security- AWR-167: Sports Event Risk Management
- DHS Improvised Explosive Device (IED) Counterterrorism Workshop
- Active Shooter Training
- Campus Public Safety frontline Supervision Training Institute
- FEMA Independent Study Course
  Introduction to the Incident Command System
  National Incident Management System (NIMS)
  ICS for Single Resources and Initial Action Incident, ICS-200
  Integrated Public Alert and Warning System (IPAWS) for the American Public
- `

## References

References are available on request.

Confidential



For: JR101595 Lieutenant

Curtis Quarles Cover Letter (HU-DPS).docCurtis W. Quarles Resume 2-23-2022 .docx

**Jobs Applied to**    1

## Overview

### Overview

Experience

    none entered

Websites

    none entered

Resume / Cover Letter
Curtis Quarles Cover Letter (HU-DPS).doc

Resume / Cover Letter
Curtis W. Quarles Resume 2-23-2022 .docx

Skills

    none entered

Education

    none entered

Certifications

    none entered

Languages

    none entered

Candidate Information

**Shared With**    1
**Added By**    Curtis Quarles

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

## Application Changes

HU0000044



View Job Application: Curtis Quarles (Internal) (C12251)



Application Changes

| Updated By | Updated On |
|---|---|
|  |  |

## Tags / Pools

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire** Internal Candidate Questionnaire

**Respondent** Curtis Quarles

**Submission Date** 03/03/2022

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I did not graduate from Howard University. |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 03/03/2022 |
| What is your desired annual salary? | **Answers** | 75000 |
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | Black or African American (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | No |

HU0000045



| Question | Answers |
|---|---|
| Please select the veteran status which most accurately describes your status. | **Answers**    I AM NOT A VETERAN |

## Interview

### Interview Schedule
none entered
### Interview Feedback
none entered

## Screening

### Assessments
none entered

### Background Check History
none entered

## Employment Offer

### Employment Offer Details
none entered

### Attachments
none entered

## Attachments

### Attachments
Resume / Cover Letter

| Attachment | |
|---|---|
| Curtis Quarles Cover Letter (HU-DPS).doc | |
| Curtis W. Quarles Resume 2-23-2022 .docx | |

Other Documents

| Attachment | Category | |
|---|---|---|

## Reminders

HU0000046



**Upcoming**

Personal Reminders

none entered

**Completed**

none entered

## Candidate

### Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | JR101595 Lieutenant (Filled) |
| **Location** | Howard University Service Center |
| **Date Applied** | 03/03/2022 04:51:24 AM |
| **Source** | Internal -> Current Worker |

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Disposition**    Other Candidate(s) Better Qualified

## Education

Education

none entered

## Work History

Work History

Experience





none entered

## Credentials

Languages

none entered

Websites

none entered

Skills

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Curtis Quarles Cover Letter (HU-DPS).dcc

Resume / Cover Letter
Curtis W. Quarles Resume 2-23-2022 .docx

Confidential



Full Process Record: Job Application: Curtis
Quarles (Internal) - JR101595 Lieutenant
(C12251) on 03/03/2022

01:48 PM
06/03/2024
Page 1 of 4

| | |
|---|---|
| **Event** | Job Application |
| **For** | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) |
| **Overall Process** | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 |
| **Overall Status** | Declined |

**Details**

| | |
|---|---|
| **Candidate** | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) |

**Attachments**

Curtis Quarles Cover Letter (HU-DPS).docCurtis W. Quarles Resume 2-23-2022 .docx

**Attachments**

Curtis Quarles Cover Letter (HU-DPS).doc

Curtis W. Quarles Resume 2-23-2022 .docx

**Process**
**Process History**

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Job Application | Job Application | Step Completed | 03/03/2022 04:51:24 AM | | Curtis Quarles | 1 | |
| Review Candidate | Review Candidate | Automatic Complete | 03/03/2022 04:51:24 AM | | | 0 | |
| Review Candidate | Send Endorsement Request | Not Required | | | | 0 | |
| Review Candidate | To Do: Find Duplicates for Candidate | Not Required | | | | 0 | |
| Review Candidate | Review Decision | Step Completed | 03/17/2022 05:31:00 PM | 03/05/2022 | Valencia Mabry | 1 | |
| Review Candidate | Review Decision | Reassigned | 03/17/2022 05:31:00 PM | | Valencia Mabry | 1 | |
| Screen | Manager Candidate Screen | Automatic Complete | 03/17/2022 05:31:00 PM | | | 0 | |
| Screen | Screen Candidate | Step Completed | 09/15/2022 01:41:29 PM | 03/19/2022 | Porscha Wade | 1 | |
| Screen | To Do: Find Duplicates for Candidate | Automatic Skip | 09/15/2022 01:41:29 PM | | | 0 | |
| Job Application | Conclusion: Other Candidate(s) Better Qualified | Declined | 09/15/2022 01:41:29 PM | | Porscha Wade | 1 | |

**All Events**

| | |
|---|---|
| **Event** | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 |
| **Event Type** | Job Application |
| **Topmost Event** | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 |
| **Status** | Declined |
| **Initiated On** | 03/03/2022 04:51:24.937 AM |
| **Due Date** | |
| **Completed On** | 09/15/2022 01:41:29.739 PM |

HU0000262



Full Process Record: Job Application: Curtis
Quarles (Internal) - JR101595 Lieutenant
(C12251) on 03/03/2022

01:48 PM
06/03/2024
Page 2 of 4

All Events

| Event | Event Type | Part Of | State Label | Initiated On | Due Date | Completed On |
|---|---|---|---|---|---|---|
| Screen: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Screen | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Canceled | 03/17/2022 05:31:00.936 PM | | 09/15/2022 01:41:29.739 PM |
| Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Successfully Completed | 03/03/2022 04:51:24.937 AM | | 03/17/2022 05:31:00.936 PM |

All Notifications

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Curtis Quarles of Howard University Application Status | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | 09/15/2022 01:41:29.739 PM | 09/15/2022 01:41:32.297 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Curtis Quarles | Howard University Application Status | Thank you for your interest in career opportunities with Howard University. After careful consideration of each candidate's qualifications, the hiring team has decided to move forward with another candidate. We encourage you to continue seeking employment at Howard University and we wish you the best of luck in your future endeavors. | Denied | No | Email |
| Notify Lorraine Kittrell of A Task Awaits You: Screen Candidate - Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Screen: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:01.536 PM | No | Screen (Default Definition) step b - Action | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | A Task Awaits You: Screen Candidate - Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Please log into the Workday system to complete this action. | | Yes | Email |
| Notify Lorraine Kittrell of Review Candidate - Successfully Completed | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | 03/17/2022 05:31:00.936 PM | 03/17/2022 05:31:01.632 PM | Yes | | howard@myworkday.com | howard@myworkday.com | Lorraine Kittrell | Review Candidate - Successfully Completed | | Completed | No | Email |

HU0000263



HOWARD
UNIVERSITY

Full Process Record: Job Application: Curtis
Quarles (Internal) - JR101595 Lieutenant
(C12251) on 03/03/2022

01:48 PM
06/03/2024
Page 3 of 4

All Actions

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conclusion: Other Candidate(s) Better Qualified | | Conclusion: Other Candidate(s) Better Qualified | Declined | Porscha Wade | 09/15/2022 01:41:29.739 PM | | | Declined | | Porscha Wade | | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Automatic Skip | Porscha Wade | 09/15/2022 01:41:29.739 PM | | 09/15/2022 01:41:29.739 PM | Automatic Skip | | | | Screen: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Screen |
| Screen Candidate | | Screen Candidate | Step Completed | Porscha Wade | 09/15/2022 01:41:29.739 PM | 03/19/2022 | 03/17/2022 05:31:00.536 PM | Step Completed | | | | Screen: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Screen |
| Manager Candidate Screen | | Manager Candidate Screen | Step Completed | Curtis Quarles | 09/15/2022 01:41:29.739 PM | | 03/17/2022 05:31:00.536 PM | Step Completed | | Curtis Quarles | | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Job Application |
| Manager Candidate Screen | Yes | Manager Candidate Screen | Automatic Complete | Valencia Mabry | 03/17/2022 05:31:00.536 PM | | 03/17/2022 05:31:00.536 PM | Automatic Complete | | | Manager Candidate Screen | Screen: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Screen |
| Canceled | | | Canceled | Valencia Mabry | 03/17/2022 05:31:00.536 PM | | 03/03/2022 04:51:24.937 AM | Canceled | | Valencia Mabry | | Reassigned to Valencia Mabry | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate |
| Review Decision | | Review Decision | Step Completed | Valencia Mabry | 03/17/2022 05:31:00.536 PM | 03/05/2022 | 03/03/2022 04:51:24.937 AM | Step Completed | | Valencia Mabry | | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate |

Confidential



Full Process Record: Job Application: Curtis
Quarles (Internal) - JR101595 Lieutenant
(C12251) on 03/03/2022

01:48 PM
06/03/2024
Page 4 of 4

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Review Candidate | | Application Submitted | Step Completed | Curtis Quarles | 03/17/2022 05:31:00.536 PM | | 03/03/2022 04:51:24.537 AM | Step Completed | | Curtis Quarles | | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Job Application |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Not Required | Curtis Quarles | 03/03/2022 04:51:24.537 AM | | 03/03/2022 04:51:24.537 AM | Not Required | | Curtis Quarles | | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate |
| Send Endorsement Request | | Send Endorsement Request | Not Required | Curtis Quarles | 03/03/2022 04:51:24.537 AM | | 03/03/2022 04:51:24.537 AM | Not Required | | Curtis Quarles | | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate |
| Review Candidate | Yes | Review Candidate | Automatic Complete | Curtis Quarles | 03/03/2022 04:51:24.537 AM | | 03/03/2022 04:51:24.537 AM | Automatic Complete | | | Review Candidate | Review Candidate for Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Review Candidate |
| Job Application | Yes | Job Application | Step Completed | Curtis Quarles | 03/03/2022 04:51:24.537 AM | | 03/03/2022 04:51:24.537 AM | Step Completed | | Curtis Quarles | | Job Application: Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) on 03/03/2022 | Curtis Quarles (Internal) - JR101595 Lieutenant (C12251) | Job Application |

Confidential

**Curtis W. Quarles**

███████████████████████████████████████████

March 3, 2022

To Howard University,

I am writing to express my interest in your current opening for Lieutenant Public Safety. Please accept my resume for your consideration. With over 40 years of experience in law enforcement, I hope my experience and current tenure with the Department of Public Safety will allow me to enhance your day-to-day operations.

My resume, which I have enclosed for your review, contains additional details about my professional expertise. I look forward to the opportunity to meet with you to discuss the qualifications that I would bring to your organization as a manager. Thanks you for your consideration.

Respectfully
Curtis W. Quarles

Confidential

# Curtis W. Quarles



## Career Objective

To acquire and enhance a responsible law enforcement management position by utilizing my extensive training and experience

## Skills & Qualifications

- Business Office Administration

- Proficient in SOCC training & Leadership

- Legal Compliance & Documentation

- Managing Projects

- Proficient in MS Office

- Managing a Communication Center (S.O.C.C.)

- Filing, Organization & Recordkeeping

- Training (Field & Communication Center)

- Excellent in Multitasking

- Special Police Officer Training

- Supervising the SOCC Personnel (Security Operations Communication Center)

- Oral & Written Communications

## Education

**Suitland Senior High School,** Suitland MD
Diploma June 1979

## Professional Experience

**Howard University Department of Public Safety**                                      **November 2019 to Present**
**Acting 2nd Lieutenant**

- Supervise (19) nineteen Howard University Special Police Officers and Security Officers

- Implement strategic new patrolling methods

- Provide the Sergeants under my Supervision Specific Assignments

- Maintain accurate documentation

- Schedule weekly meetings with my Shift Sergeant

- Complete and Submit Employee's Evaluations

- Maintain a Partnership with the Midnight Shift MPD Watch Commander

- Provide In-House Training

- When warranted send out updated weather conditions

- Ensure that all Direct Reports under my Supervisor adhere to the Departments General Orders

HU0000379

**Howard University Department of Public Safety**                                                    **November 2007 to October-2019**
**Senior Special Police Sergeant {S.O.C.C. Supervisor}**

- Managed the Department of Public Safety's Communication Center (S.O.C.C.)

- Maintained Time & Attendance for All {S.O.C.C.} Personnel

- Completed Performance Evaluations

- Generated Training Curriculum for HU-DPS Communication Center

- Computer Aided Dispatch {CAD} training

- Provided HU-DPS Command Staff monthly updates

- Critiquing Dispatcher's CAD (Computer Aided Dispatcher) Entries

- Send out notifications to University Officials when warranted

- Provide updated Anomalies regarding the pieces of technology within the S.O.C.C.

- Provide monthly crime statistics

- Directly involved in building the Department's Communication Center


**Howard University Department of Public Safety**                                                    **April 2006 to October 2007**
Acting 2nd Lieutenant

- Supervise (31) thirty-one Howard University Special Police Officers and Security Officers

- Implement strategic new patrolling methods

- Provide the Sergeants under my Supervision Specific Assignments

- Maintain accurate documentation

- Schedule weekly meetings with my Shift Sergeant

- Complete and Submit Employee's Evaluations

- Maintain a Partnership with the Midnight Shift MPD Watch Commander

- Provide In-House Training

- When warranted send out updated weather conditions

- Ensure that all Direct Reports under my Supervisor adhere to the Departments General Orders

- Ensure that all Direct Report under my Supervision complete all Departmental Training


**Howard University Department of Public Safety**                                                    **February 2001 to March-2006**
**Senior Special Police Sergeant**

- Conduct Shift Briefings to include deploying and inspecting Officers

- Maintain Time and Attendance for Personnel under Captain Ellard's Team

- Provide Field Training for SPO'S when necessary

- Assisting Shift Commander with Day-to-Day Operations

- Assisting Officers with report writing

- Reviewing submitted Walk and Vehicle Sheets

**Howard University Department of Public Safety**                                    **July 1992- January 2001**
**Special Police Officer**

- Provide police presence for the Howard University Community

- Respond to all radio runs and conduct initial investigations when necessary

- Complete reports {written or electronic} when required

- Securing and Un-securing buildings

- Completing the arrest process to include testifying under oath

- Documenting and submitting a foot or patrol sheet

- Training Officers in the respective PSA's

- Identified as the Shift troubleshooting Officer

- Enforce Howard University Rules and Regulations

- Enforce Laws under the District of Columbia Code


**Howard University Department of Public Safety**                                    **July 1982- June 1992**
**Security Officer**

- Generate  incident written reports when warranted

- Provide security presence throughout the Howard University Community

- Conduct strategic patrol duties/functions

- Secure and unsecure campus buildings when warranted

- Document all suspicious activity and report same to a supervisor

- Notify the communication center of any suspicious activity

- Conduct interior and exterior checks of University Buildings

- Maintain Provide Customer Service

---

**Awards/ Recognitions**

- Numerous Commendations from the Chief of Police, Howard University Department of Public Safety

- FEMA (Certificate)                                    November 29, 2013

- Certificates of Recognition                           May 2012 thru October 2012

- Recognition Award                                     September 2012

- Letter of Commendation                                November 1, 2012

- Letter of Commendation                                November 8, 2012

- Award Recognition                                     September 20, 2012

- Letter of Commendation                                October 12, 2011

- FEMA (Certificate)                                    April 4, 2012

- Letter of Commendation                                September 1, 2012

- Certificate of Completion                             July 6th & 7th 2010

- FEMA (Certificate)                                                    September 8, 2010

- Letter of Recognition                                                 June 11, 2009

- Honored by the Department  of Justice {Award Ceremony}                April 27, 2001

- Consortium of Universities of Washington Metro Area                   November 1992

  (Campus Public Safety Institute}

Confidential                                                                    HU0000382



# HOWARD UNIVERSITY

For: JR101595 Lieutenant

**Phone Number**
**Email**

**Phone Number**
**Email**
**Location**
**Jobs Applied to**
**Role [Singular]**        Adrian Crudup (Terminated)
Linked Pre-hire

Updated resume 2022 2.txt

## Overview

## Overview

|  |  |
|---|---|
| **Current Job** | 1 years |
| **Total Jobs** | 4 |
| **Total Experience** | 21 years |

Experience

Georgetown University
Protective Service Department Lieutenant
August 2022 - Current  (1 year, 11 months)
Washington D.C

Full time 40 hours per week
Oversees the daily workflow, schedules, and assignments of the special police officers and desk clerks. Prepares and conducts training for new hires and current staff including training on workplace searches, drug and alcohol procedures, and related safety and security topics. Responsible for ensuring the safety of patients, visitors and medical staff at hospitals. Monitoring the hospital grounds and buildings to prevent theft or other criminal activity, investigate any suspicious activity and respond to emergencies as needed.
Making arrest for criminal violations and issuing parking citations. Enforcing District of Columbia criminal code.
Liaison between campus police department and hospital special police department.

Internal Revenue Service
Federal Protective services officer Lieutenant
July 2020 - Current  (4 years)
5000 Ellin Road New Carrollton MD

Full time 40 hours per week
•Managing all aspects of internal and physical security management, including operational assessment, risk management, staff training, background investigations and the supervision of over 3,000 government employees and contractors.
•Contributing vital support and leadership in operational and security management while identifying and pursuing strategic results to improve safety, security, and overall performance.



•Developing and establishing operating policies and procedures, in accordance with federal government regulations, to improve productivity and efficiency while reducing costs and maintaining safety.
•Responsible for protecting federal government property, personnel, visitors, and customers, including property leased by the General Services Administration (GSA).
•Maintaining security policy and standards, conducting building security assessments, and monitoring federal agency compliance with security standards
•Meet and deal tactfully and politely with general public and visitors,effectively and efficiently screen and process visitors
•Conduct internal and external roving foot patrols
•Ability to maintain excellent detection rate on x ray machine
•Detect and respond to alarms and emergencies
•Communicate and remain accessible via two way radio or company issued cellular phone
•Observe and report all offenses/incidents
•Provide first aid, CPR, and assist during emergencies as necessary.

Prince George
Corporal Police Officer
May 2008 - April 2020 (12 years)
7600 Barlow Road Landover MD
Corporal Officer enforcing state and city laws and ordinances; investigate crimes; apprehend criminal offenders; maintain public peace and safety; lead public service programs; and prepared and file written reports

• Respond to police station and 911 dispatched calls involving traffic incidents, emergencies and criminal activity, including: homicide, domestic violence, assault/battery, theft,
burglary, drug trafficking and vandalism

• Worked with patrol partners and other first responders to assess scenes, ensure
victim/public safety, apprehend suspected criminal offender, secure crime scenes and conduct preliminary investigations.

• Displayed sound judgment under pressure in life-threating situations and other emergency scenarios.

• Assist with covert, undercover investigations to uncover ongoing crimes and crimes in progress

• Prepare cases for trial, appear and testify in court as a witness.

• Search vehicles, buildings, homes, and property for evidence for stolen property. • Conduct high-speed vehicle chases in serious and emergency situations.

Prince Georges County Department of Corrections
Correctional Officer Private
January 2005 - May 2008 (3 years, 5 months)
13400 Dille Dr Upper Marlboro MD
Full time 40 hours per week
•Enforce Rules and Keep Order: Inside the prison or jail, correctional officers enforce rules and regulations. Maintain security by settling disputes between inmates, preventing disturbances, assaults, and escapes. Officers enforce regulations through effective communication and the use of progressive sanctions, which involve punishments, such as loss of privileges.
• Supervise the Activities of Inmates, ensuring that inmates obey the rules. Officers also escort prisoners between the institution and courtrooms, medical facilities, and other destinations.
• Search for Contraband Items: Officers search inmates and their living quarters for contraband, such as weapons and drugs. In addition



officers are responsible for screening visitors and incoming mail to ensure contraband is not brought into the prison or jail.
• Inspect Facilities to Ensure That They Meet Standards: Correctional officers periodically inspect facilities. They check cells and other areas for unsanitary conditions, contraband, signs of a security breach (such as tampering with window bars and doors), and any other evidence of violations of the rules.
• Correctional Officers are responsible for writing reports and filling out daily logs detailing inmate behavior and anything else of note that occurred during their shift.

Websites

none entered

Resume / Cover Letter
Updated resume 2022 2.txt

Skills

none entered

Education

University of Maryland Eastern Shore
Other
Criminology
From 2003
To 2005

Prince George's Community College
A.A.
Criminology
From 2007
To 2007

Largo High School
High School
From 1999
To 2000

Charles Herbert Flowers High School
High School
From 2000
To 2003

Certifications

none entered

Languages

Confidential



none entered

Candidate Information

**Added By**    External Career Site

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
|---|---|

## Application Changes

Application Changes

| Updated By | Updated On |
|---|---|

## Tags / Pools

Tags / Pools

none entered

## Questionnaire Results

### Initial Application

**Questionnaire**    External Candidate Questionnaire

**Respondent**    Adrian Crudup (Terminated)
**Submission Date**    09/21/2022

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 10/01/2022 |

Confidential



| Question | Answers |
|---|---|
| What is your desired annual salary? | |
| Have you been in your current position for at least six months? | **Answers**   Yes |

## Interview

### Interview Schedule
none entered

### Interview Feedback
none entered

## Screening

### Assessments
none entered

## Background Check History

Background Check History

| Status Date | Overall Status | Package Name | Package Status | Results URL | Comments | Updated On | Business Process |
|---|---|---|---|---|---|---|---|
| 02/16/2023 | Error | All Criminal | | | | | Background Check for Job Application: Adrian Crudup - JR103267 Sergeant (Closed) |
| | | | | | | 05/02/2023 12:53 PM | Background Check for Job Application: Adrian Crudup - JR101594 Lieutenant (Filled) |
| | | | | | | 02/24/2023 09:12 AM | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Filled) |

## Offer

### Offer Details

Job Details

| | |
|---|---|
| **Hire Date** | 03/13/2023 |
| **Location** | Howard University Service Center |
| **Hire Reason** | Hire Employee > Hire Employee > New Hire |
| **Job Profile** | Lieutenant |
| **Business Title** | Lieutenant |



**HOWARD UNIVERSITY**

| | |
|---|---|
| **Default Weekly Hours** | 40 |
| **Scheduled Weekly Hours** | 40 |
| **Contract End Date** | |

Compensation
Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 65,000.00 | 65,000.00 USD | | Annual |

| | |
|---|---|
| **Compensation Package** | Howard Compensation Package |
| **Grade** | 4 |
| **Company** | HU101 The Howard University |

Plan Assignments

| Plan Type | Compensation Plan | Assignment |
|---|---|---|
| Salary | Salary Plan | 65,000.00 USD Annual |

## Offer History

Job Details

| | |
|---|---|
| **Hire Date** | 03/13/2023 |
| **Location** | Howard University Service Center |
| **Hire Reason** | Hire Employee > Hire Employee > New Hire |
| **Job Profile** | Lieutenant |
| **Business Title** | Lieutenant |
| **Default Weekly Hours** | 40 |
| **Scheduled Weekly Hours** | 40 |
| **Contract End Date** | |

02/24/2023 - Offer 1

Compensation
Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 65,000.00 | 65,000.00 USD | | Annual |

| | |
|---|---|
| **Compensation Package** | Howard Compensation Package |
| **Grade** | 4 |
| **Company** | HU101 The Howard University |

Plan Assignments

HU0000015



**HOWARD UNIVERSITY**

View Job Application: Adrian Crudup (C17052)

| Plan Type | Compensation Plan | Assignment |
|---|---|---|
| Salary | Salary Plan | 65,000.00 USD Annual |

## Offer Attachments

Generated Documents

| Document | Signature Type | Signed By | Signature Date | Uploaded Document |
|---|---|---|---|---|
| Offer Letter 2023-02-24.pdf | E-sign by DocuSign | Adrian Crudup (Terminated) | 02/24/2023 07:07:21 PM | Offer Letter_uploaded |

## Attachments

### Attachments

Resume / Cover Letter

| Attachment | |
|---|---|
| Updated resume 2022 2.txt | |

Other Documents

| Attachment | Category | |
|---|---|---|

## Reminders

### Upcoming

Personal Reminders

none entered

### Completed

none entered

## Candidate

### Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | JR101595 Lieutenant (Filled) |
| **Location** | Howard University Service Center |
| **Date Applied** | 09/21/2022 03:55:16 AM |
| **Source** | Career Websites -> University Website |



View Job Application: Adrian Crudup (C17052)

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Step**   Completion

In Progress

| | Step | Awaiting |
|---|---|---|
| Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Completion | |

## Active Job Applications

Active Job Applications (2)

**Job Application for Active Job Applications Task**   Adrian Crudup (Prior Worker) - JR103096 Investigator - Police (C17052)
Location: Howard University Service Center | Date Applied: 11/03/2022

**Job Application for Active Job Applications Task**   Adrian Crudup (Prior Worker) - JR101305 Special Police Officer (C17052)
Location: HUP Offices | Date Applied: 09/10/2022

## Education

Education

University of Maryland Eastern Shore
Other
Criminology
From 2003
To 2005

Prince George's Community College
A.A.



Criminology
From 2007
To 2007

Largo High School
High School
From 1999
To 2000

Charles Herbert Flowers High School
High School
From 2000
To 2003

## Work History

Work History

|  |  |
|---|---|
| **Current Job** | 1 years |
| **Total Jobs** | 4 |
| **Total Experience** | 21 years |

Experience

Georgetown University
Protective Service Department Lieutenant
August 2022 - Current  (1 year, 11 months)
Washington D.C

Full time 40 hours per week
Oversees the daily workflow, schedules, and assignments of the special police officers and desk clerks. Prepares and conducts training for new hires and current staff including training on workplace searches, drug and alcohol procedures, and related safety and security topics.
Responsible for ensuring the safety of patients, visitors and medical staff at hospitals. Monitoring the hospital grounds and buildings to prevent theft or other criminal activity, investigate any suspicious activity and respond to emergencies as needed.
Making arrest for criminal violations and issuing parking citations. Enforcing District of Columbia criminal code.
Liaison between campus police department and hospital special police department.

Internal Revenue Service
Federal Protective services officer Lieutenant
July 2020 - Current  (4 years)
5000 Ellin Road New Carrollton MD

Full time 40 hours per week
•Managing all aspects of internal and physical security management, including operational assessment, risk management, staff training, background investigations and the supervision of over 3,000 government employees and contractors.
•Contributing vital support and leadership in operational and security management while identifying and pursuing strategic results to improve safety, security, and overall performance.
•Developing and establishing operating policies and procedures, in accordance with federal government regulations, to improve productivity and efficiency while reducing costs and maintaining safety.
•Responsible for protecting federal government property, personnel, visitors, and customers, including property leased by the General



View Job Application: Adrian Crudup (C17052)

Services Administration (GSA).
•Maintaining security policy and standards, conducting building security assessments, and monitoring federal agency compliance with security standards
•Meet and deal tactfully and politely with general public and visitors,effectively and efficiently screen and process visitors
•Conduct internal and external roving foot patrols
•Ability to maintain excellent detection rate on x ray machine
•Detect and respond to alarms and emergencies
•Communicate and remain accessible via two way radio or company issued cellular phone
•Observe and report all offenses/incidents
•Provide first aid, CPR, and assist during emergencies as necessary.

Prince George
Corporal Police Officer
May 2008 - April 2020 (12 years)
7600 Barlow Road Landover MD

Corporal Officer enforcing state and city laws and ordinances; investigate crimes; apprehend criminal offenders; maintain public peace and safety; lead public service programs; and prepared and file written reports

• Respond to police station and 911 dispatched calls involving traffic incidents, emergencies and criminal activity, including: homicide, domestic violence, assault/battery, theft,
burglary, drug trafficking and vandalism

• Worked with patrol partners and other first responders to assess scenes, ensure
victim/public safety, apprehend suspected criminal offender, secure crime scenes and conduct preliminary investigations.

• Displayed sound judgment under pressure in life-threating situations and other emergency scenarios.

• Assist with covert, undercover investigations to uncover ongoing crimes and crimes in progress

• Prepare cases for trial, appear and testify in court as a witness.

• Search vehicles, buildings, homes, and property for evidence for stolen property. • Conduct high-speed vehicle chases in serious and emergency situations.

Prince Georges County Department of Corrections
Correctional Officer Private
January 2005 - May 2008 (3 years, 5 months)
13400 Dille Dr Upper Marlboro MD

Full time 40 hours per week
•Enforce Rules and Keep Order: Inside the prison or jail, correctional officers enforce rules and regulations. Maintain security by settling disputes between inmates, preventing disturbances, assaults, and escapes. Officers enforce regulations through effective communication and the use of progressive sanctions, which involve punishments, such as loss of privileges.
• Supervise the Activities of Inmates, ensuring that inmates obey the rules. Officers also escort prisoners between the institution and courtrooms, medical facilities, and other destinations.
• Search for Contraband Items: Officers search inmates and their living quarters for contraband, such as weapons and drugs. In addition officers are responsible for screening visitors and incoming mail to ensure contraband is not brought into the prison or jail.
• Inspect Facilities to Ensure That They Meet Standards: Correctional officers periodically inspect facilities. They check cells and other areas for unsanitary conditions, contraband, signs of a security breach (such as tampering with window bars and doors), and any other

Confidential

evidence of violations of the rules.
• Correctional Officers are responsible for writing reports and filling out daily logs detailing inmate behavior and anything else of note that occurred during their shift.

## Credentials

Languages

none entered

Websites

none entered

Skills

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Updated resume 2022 2.txt

Confidential



Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 1 of 10

| | |
|---|---|
| **Event** | Job Application |
| **For** | Adrian Crudup - JR101595 Lieutenant (C17052) |
| **Overall Process** | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 |
| **Overall Status** | Successfully Completed |

| Details | |
|---|---|
| **Candidate** | Adrian Crudup - JR101595 Lieutenant (C17052) |

| Contact | |
|---|---|
| **Email** | |
| **Phone** | ███████████ |

**Attachments**
Updated resume 2022 2.txt

**Latest Experience**

Georgetown University
Protective Service Department Lieutenant
Augus: 2022 - Current  (1 year, 11 months)
Washington D.C
Full time 40 hours per week
Oversees the daily workflow, schedules, and assignments of the special police officers and desk clerks. Prepares and conducts training for new hires and current staff including training on workplace searches, drug and alcohol procedures, and related safety and security topics.
Responsible for ensuring the safety of patients, visitors and medical staff at hospitals. Monitoring the hospital grounds and buildings to prevent theft or other criminal activity, investigate any suspicious activity and respond to emergencies as needed.
Making arrest for criminal violations and issuing parking citations. Enforcing District of Columbia criminal code.
Liaison between campus police department and hospital special police department.

**Education**

Charles Herbert Flowers High School
High School
From 2000
To 2003

Largo High School
High School
From 1999
To 2000

Prince George's Community College
A.A.
Criminology

HU0000239



Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 2 of 10

| | |
|---|---|
| | From 2007<br>To 2007 |
| | University of Maryland Eastern Shore<br>Other<br>Criminology<br>From 2003<br>To 2005 |

**Attachments**

Updated resume 2022 2.txt

Process

Process History

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Job Application | Job Application | Step Completed | 09/21/2022 03:55:16 AM | | Adrian Crudup | 1 | |
| Review Candidate | Review Candidate | Automatic Complete | 09/21/2022 03:55:16 AM | | | 0 | |
| Review Candidate | Send Endorsement Request | Not Required | | | | 0 | |
| Review Candidate | To Do: Find Duplicates for Candidate | Not Required | | | | 0 | |
| Review Candidate | Review Decision | Step Completed | 02/16/2023 05:49:16 PM | 09/23/2022 | Porscha Wade (Primary Recruiter) | 1 | |
| Interview | Schedule Interview | Automatic Complete | 02/16/2023 05:49:16 PM | | | 0 | |
| Interview | Schedule Interview | Automatic Skip | 02/16/2023 05:49:54 PM | 02/18/2023 | | 0 | |
| Interview | Manage Interview Feedback by Initiator | Automatic Skip | 02/16/2023 05:49:54 PM | | | 0 | |
| Interview | Make Interview Decision | Step Completed | 02/16/2023 05:49:54 PM | | Porscha Wade (Initiator) | 1 | |
| Background Check | HR Initiates Background Check | Automatic Skip | 02/24/2023 09:12:38 AM | | | 0 | |
| Background Check | Integration: INT011_HireRight_Background_Check | Automatic Skip | 02/24/2023 09:12:38 AM | | | 0 | |
| Background Check | Select Background Check Overall Status | Automatic Skip | 02/24/2023 09:12:38 AM | | | 0 | |
| Background Check | Make Background Check Decision | Step Completed | 02/24/2023 09:12:38 AM | | Porscha Wade (Recruiter) | 1 | |
| Offer | Offer | Submitted | 02/24/2023 09:17:16 AM | | Porscha Wade (Primary Recruiter) | 1 | |
| Propose Compensation Offer/Employment Agreement | Propose Compensation Offer/Employment Agreement | Automatic Complete | 02/24/2023 09:17:16 AM | 02/26/2023 | | 0 | |
| Request One-Time Payment Offer/Employment Agreement | Request One-Time Payment Offer/Employment Agreement | Automatic Complete | 02/24/2023 09:17:16 AM | 02/26/2023 | | 0 | |
| Request One-Time Payment Offer/Employment Agreement | | Automatic Cancel | 02/24/2023 09:17:16 AM | 02/26/2023 | Porscha Wade | 1 | |
| Offer | Approval by Manager | Not Required | | | | 0 | |
| Offer | Approval by Position Budget Specialist | Not Required | | | | 0 | |
| Offer | Approval by Primary Recruiter | Not Required | | | | 0 | |
| Generate Document | Generate Document | Submitted | 02/24/2023 02:14:15 PM | 02/26/2023 | Porscha Wade (Primary Recruiter) | 1 | |
| Offer | Review Offer Letter and Sign | Step Completed | 02/24/2023 07:07:21 PM | | Adrian Crudup (Candidate as Self) | 1 | |
| Offer | Make Offer Decision | Step Completed | 02/27/2023 09:41:34 AM | 02/26/2023 | Porscha Wade (Primary Recruiter) | 1 | |

HU0000240



**HOWARD UNIVERSITY**

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 3 of 10

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Ready for Hire | Ready for Hire | Automatic Complete | 02/27/2023 09:41:34 AM | | | 0 | |
| Ready for Hire | Staffing Action | Not Required | | | | 0 | |
| Update Job Posting | Update Job Posting | Automatic Complete | 02/27/2023 09:41:34 AM | 03/01/2023 | | 0 | |
| Ready for Hire | BatchJob: Decline Remaining Candidates | Not Required | | | | 0 | |

All Events

| | |
|---|---|
| **Event** | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 |
| **Event Type** | Job Application |
| **Topmost Event** | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 |
| **Status** | Successfully Completed |
| **Initiated On** | 09/21/2022 03:55:16.697 AM |
| **Due Date** | |
| **Completed On** | 02/27/2023 09:41:34.909 AM |

All Events

| Event | Event Type | Part Of | State Label | Initiated On | Due Date | Completed On |
|---|---|---|---|---|---|---|
| Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Ready for Hire | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Successfully Completed | 02/27/2023 09:41:34.909 AM | | 02/27/2023 09:41:34.909 AM |
| Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Successfully Completed | 02/24/2023 09:12:38.174 AM | | 02/27/2023 09:41:34.909 AM |
| Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Filled) | Background Check | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Successfully Completed | 02/16/2023 05:49:54.252 PM | | 02/24/2023 09:12:38.174 AM |
| Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | Interview | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Successfully Completed | 09/21/2022 03:55:16.697 AM | | 02/16/2023 05:49:54.252 PM |
| Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Review Candidate | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Successfully Completed | 09/21/2022 03:55:16.697 AM | | 02/16/2023 05:49:16.351 PM |

All Notifications

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Porscha Wade of A Task Awaits You: Make Offer Decision - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | 02/24/2023 07:07:21.473 PM | 02/24/2023 07:07:21.721 PM | No | Offer (Default Definition) step h - Action | howarc@myworkday.com | howard@myworkday.com | Porscha Wade | A Task Awaits You: Make Offer Decision - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Please log into the Workday system to complete this action. | | Yes | Email |



**HOWARD UNIVERSITY**

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 4 of 10

| Workflow Notification Event | Part Of | Created On | Completed | Informational | Workflow Step | From Email Address | Reply To Email Address | Recipient | Subject | Notification Message | Workflow Notification Trigger | Marked Read | Channel Sent On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notify Porscha Wade of A Task Awaits You: Offer - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | 02/24/2023 09:12:38.174 AM | 02/24/2023 09:12:41.052 AM | No | Offer (Default Definition) step a - Initiation | howarc@myworkday.com | howarc@myworkday.com | Porscha Wade | A Task Awaits You: Offer - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Please log into the Workday system to complete this action. | | Yes | Email |
| Notify Alexandria Felts, and Ashley Sturdavant, and Chaplain Jackie Patrick-Benson, and Cimone Gardner, and Emani King, and Jonathan Edwards, and Lawrence Jones, and Porscha Wade, and Quintina Jenkins, and Toni Duvall-Wall of A Task Awaits You: HR Initiates Background Check - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Filled) | 02/15/2023 05:49:54.252 PM | 02/16/2023 05:49:57.225 PM | No | Background Check (Default Definition) step a - Initiation | howarc@myworkday.com | howarc@myworkday.com | Alexandria Felts Ashley Sturdavant Chaplain Jackie Patrick-Benson Cimone Gardner Emani King Jonathan Edwards Lawrence Jones Porscha Wade Quintina Jenkins Toni Duvall-Wall | A Task Awaits You: HR Initiates Background Check - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Please log into the Workday system to complete this action. | | Yes | Email |
| Notify Porscha Wade of A Task Awaits You: Schedule Interview - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | 02/15/2023 05:49:16.351 PM | 02/16/2023 05:49:17.953 PM | No | Interview (Default Definition) step b - Action | howarc@myworkday.com | howarc@myworkday.com | Porscha Wade | A Task Awaits You: Schedule Interview - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Please log into the Workday system to complete this action. | | Yes | Email |
| Notify Lorraine Kittrell of Review Candidate - Successfully Completed | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | 02/15/2023 05:49:16.351 PM | 02/16/2023 05:49:18.467 PM | Yes | | | howarc@myworkday.com | Lorraine Kittrell | Review Candidate - Successfully Completed | | Completed | No | Email |
| Notify Porscha Wade of A Task Awaits You: Review Decision - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | 09/21/2022 03:55:16.697 AM | 09/21/2022 03:55:17.069 AM | No | Review Candidate (Default Definition) step d - Action | howarc@myworkday.com | howarc@myworkday.com | Porscha Wade | A Task Awaits You: Review Decision - Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Please log into the Workday system to complete this action. | | Yes | Email |
| Notify Adrian Crudup of Thank You For Applying! | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | 09/21/2022 03:55:16.697 AM | 09/21/2022 03:55:17.069 AM | Yes | Job Application (Default Definition) step b - Action Application Submitted from | howarc@myworkday.com | howarc@myworkday.com | Adrian Crudup | Thank You For Applying! | Dear Adrian Thank you so much for applying! Your application will be taken into careful consideration and you will hear back from us after we review your application. | | No | Email |

HU0000242



HOWARD
UNIVERSITY

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 5 of 10

All Actions

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Batch/Job: Decline Remaining Candidates | | Batch/Job: Decline Remaining Candidates | Not Required | Porscha Wade | 02/27/2023 09:41:34.909 AM | | 02/27/2023 09:41:34.909 AM | Nct Required | | Porscha Wade | | Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Ready for Hire |
| Update Job Posting | | Automatically Unpost Jobs | Step Completed | Adriar Crudup | 02/27/2023 09:41:34.909 AM | 03/01/2023 | 02/27/2023 09:41:34.909 AM | Step Completed | | | | Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Ready for Hire |
| Update Job Posting | Yes | Update Job Posting | Automatic Complete | Porscha Wade | 02/27/2023 09:41:34.909 AM | 03/01/2023 | 02/27/2023 09:41:34.909 AM | Automatic Complete | | Update Job Posting | Update Job Posting: JR101595 Lieutenant | Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Update Job Posting |
| Staffing Action | | Staffing Action | Not Required | Porscha Wade | 02/27/2023 09:41:34.909 AM | | 02/27/2023 09:41:34.909 AM | Nct Required | | Porscha Wade | | Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Ready for Hire |
| Ready for Hire | | Ready for Hire | Step Completed | Adriar Crudup | 02/27/2023 09:41:34.909 AM | | 02/27/2023 09:41:34.909 AM | Step Completed | | Adrian Crudup (Terminated) | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2C22 | Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application |
| Ready for Hire | Yes | Ready for Hire | Automatic Complete | Porscha Wade | 02/27/2023 09:41:34.909 AM | | 02/27/2023 09:41:34.909 AM | Automatic Complete | | Ready for Hire | | Ready for Hire for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Ready for Hire |
| Make Offer Decision | | Make Offer Decision | Step Completed | Porscha Wade | 02/27/2023 09:41:34.909 AM | 02/26/2023 | 02/24/2023 07:07:21.473 PM | Step Completed | | Porscha Wade | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |



**HOWARD UNIVERSITY**

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 6 of 10

| Event Record | nitiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offer | | Offer | Step Comleted | Porscha Wade | 02/27/2023 09:41:34.909 AM | | 02/24/2023 09:12:38.174 AM | Step Completed | | Porscha Wade | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application |
| Review Offer Letter and Sign | | Review Offer Letter and Sign | Step Comleted | Adrian Crudup | 02/24/2023 07:07:21.473 PM | | 02/24/2023 02:14:20.926 PM | Step Completed | | | | Review Documents for Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer |
| Generate Document | | Generate Document | Step Comleted | Porscha Wade | 02/24/2023 02:14:15.700 PM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Step Completed | | Porscha Wade | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |
| Generate Document | Yes | Generate Document | Submitted | Porscha Wade | 02/24/2023 02:14:15.700 PM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Submitted | | Porscha Wade | Generate Document | Generate Document for Offer (Default Definition): Offer Letter | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Generate Document |
| Approval by Primary Recruiter | | Approval by Primary Recruiter | Not Required | Porscha Wade | 02/24/2023 09:17:16.669 AM | | 02/24/2023 09:17:16.669 AM | Nct Required | | Porscha Wade | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer |
| Approval by Position Budget Specialist | | Approval by Position Budget Specialist | Not Required | Porscha Wade | 02/24/2023 09:17:16.669 AM | | 02/24/2023 09:17:16.669 AM | Nct Required | | Porscha Wade | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |
| Approval by Manager | | Approval by Manager | Not Required | Porscha Wade | 02/24/2023 09:17:16.669 AM | | 02/24/2023 09:17:16.669 AM | Nct Required | | Porscha Wade | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |


HOWARD UNIVERSITY

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 7 of 10

| Event Record | nitiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Automatic Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automatic Cancel | | | Automatic Cancel | Porscha Wade | 02/24/2023 09:17:16.669 AM | | 02/24/2023 09:17:16.669 AM | Automatic Cancel | | Porscha Wade | | Request One-Time Payment: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Request One-Time Payment Offer/Employment Agreement |
| Request One-Time Payment Offer/Employment Agreement | | Request One-Time Payment Offer/Employment Agreement | Step Completed | Adrian Crudup | 02/24/2023 09:17:16.669 AM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Step Completed | | | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |
| Request One-Time Payment Offer/Employment Agreement | Yes | Request One-Time Payment Offer/Employment Agreement | Automatic Complete | Porscha Wade | 02/24/2023 09:17:16.669 AM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Automatic Complete | | | Request One-Time Payment Offer/Employment Agreement | Request One-Time Payment: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Request One-Time Payment Offer/Employment Agreement |
| Propose Compensation Offer/Employment Agreement | | Propose Compensation Offer/Employment Agreement | Step Completed | Adrian Crudup | 02/24/2023 09:17:16.669 AM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Step Completed | | | | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |
| Propose Compensation Offer/Employment Agreement | Yes | Propose Compensation Offer/Employment Agreement | Automatic Complete | Porscha Wade | 02/24/2023 09:17:16.669 AM | 02/26/2023 | 02/24/2023 09:17:16.669 AM | Automatic Complete | | | Propose Compensation Offer/Employment Agreement | Propose Compensation: Adrian Crudup - JR101595 Lieutenant (C17052) | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Propose Compensation Offer/Employment Agreement |
| Offer | Yes | Offer | Submitted | Porscha Wade | 02/24/2023 09:17:16.669 AM | | 02/24/2023 09:12:38.174 AM | Submitted | | Porscha Wade | Offer | Offer for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Offer |
| Make Background Check Decision | | Make Background Check Decision | Step Completed | Porscha Wade | 02/24/2023 09:12:38.174 AM | | 02/24/2023 09:12:38.174 AM | Step Completed | | Porscha Wade | | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Fill Date: 03/13/2023) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Background Check |

Confidential

HU0000245



Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 8 of 10

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Select Background Check Overall Status | | Select Background Check Overall Status | Automatic Skip | Porscha Wade | 02/24/2023 09:12:38.174 AM | | 02/24/2023 09:12:38.174 AM | Automatic Skip | | | | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Fill Date: 03/13/2023) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Background Check |
| Integration: INT011_HireRight_Background_Check | | Integration: INT011_HireRight_Background_Check | Automatic Skip | Porscha Wade | 02/24/2023 09:12:38.174 AM | | 02/24/2023 09:12:38.174 AM | Automatic Skip | | | | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Fill Date: 03/13/2023) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Background Check |
| HR Initiates Background Check | | HR Initiates Background Check | Step Completed | Porscha Wade | 02/24/2023 09:12:38.174 AM | | 02/16/2023 05:49:54.252 PM | Step Completed | | Porscha Wade | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Job Application |
| HR Initiates Background Check | Yes | HR Initiates Background Check | Automatic Skip | Porscha Wade | 02/24/2023 09:12:38.174 AM | | 02/16/2023 05:49:54.252 PM | Automatic Skip | | | HR Initiates Background Check | Background Check for Job Application: Adrian Crudup - JR101595 Lieutenant (Fill Date: 03/13/2023) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Background Check |
| Make Interview Decision | | Make Interview Decision | Step Completed | Porscha Wade | 02/16/2023 05:49:54.252 PM | | 02/16/2023 05:49:54.252 PM | Step Completed | | Porscha Wade | | Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Interview |
| Manage Interview Feedback by Initiator | | Manage Interview Feedback by Initiator | Automatic Skip | Porscha Wade | 02/16/2023 05:49:54.252 PM | | 02/16/2023 05:49:54.252 PM | Automatic Skip | | | | Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Interview |
| Schedule Interview | | Schedule Interview | Automatic Skip | Porscha Wade | 02/16/2023 05:49:54.252 PM | 02/18/2023 | 02/16/2023 05:49:16.351 PM | Automatic Skip | | | | Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Interview |

Confidential



Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 9 of 10

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schedule Interview | | Schedule Interview | Step Completed | Adrian Crudup | 02/16/2023 05:49:54.252 PM | | 02/16/2023 05:49:16.351 PM | Step Completed | | Adrian Crudup (Terminated) | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application |
| Schedule Interview | Yes | Schedule Interview | Automatic Complete | Porscha Wade | 02/16/2023 05:49:16.351 PM | | 02/16/2023 05:49:16.351 PM | Automatic Complete | | | Schedule Interview | Interview: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Interview |
| Review Decision | | Review Decision | Step Completed | Porscha Wade | 02/16/2023 05:49:16.351 PM | 09/23/2022 | 09/21/2022 03:55:16.697 AM | Step Completed | | Porscha Wade | | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Review Candidate |
| Review Candidate | | Application Submitted | Step Completed | Adrian Crudup | 02/16/2023 05:49:16.351 PM | | 09/21/2022 03:55:16.697 AM | Step Completed | | Adrian Crudup (Terminated) | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application |
| To Do: Find Duplicates for Candidate | | To Do: Find Duplicates for Candidate | Not Required | Adrian Crudup | 09/21/2022 03:55:16.697 AM | | 09/21/2022 03:55:16.697 AM | Not Required | | | | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Review Candidate |
| Send Endorsement Request | | Send Endorsement Request | Not Required | Adrian Crudup | 09/21/2022 03:55:16.697 AM | | 09/21/2022 03:55:16.697 AM | Not Required | | | | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Review Candidate |
| Review Candidate | Yes | Review Candidate | Automatic Complete | Adrian Crudup | 09/21/2022 03:55:16.697 AM | | 09/21/2022 03:55:16.697 AM | Automatic Complete | | | Review Candidate | Review Candidate for Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2022 | Review Candidate |



HOWARD
UNIVERSITY

Full Process Record: Job Application: Adrian
Crudup - JR101595 Lieutenant (C17052) on
09/21/2022

01:19 PM
06/03/2024
Page 10 of 10

| Event Record | Initiation | Step | Status | By | Event Record Moment | Due Date | Workfeed Date | Event Record Action | Awaiting | Completed By | Created by | Event | Event Subject | Business Process Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job Application | Yes | Job Application | Step Completed | Adrian Crudup | 09/21/2022 03:55:16.697 AM | | 09/21/2022 03:55:16.697 AM | Step Completed | | Adrian Crudup (Terminated) | | Job Application: Adrian Crudup - JR101595 Lieutenant (C17052) on 09/21/2C22 | Adrian Crudup - JR101595 Lieutenant (C17052) | Job Application |

Documents
Reviewed Documents
Generated Documents

| Document | Signature Type | Signed By | Signature Date | Uploaded Document |
|---|---|---|---|---|
| Offer Letter 2023-02-24.pdf | E-sign by DocuSign | Adrian Crudup (Terminated) | 02/24/2023 07:07:21 PM | Offer Letter_uploaded |

HU0000248

Adrian Crudup

████████████████

 To obtain a position that utilizes my 15 years of experience and skill as a certified law enforcement officer and armed security professional. Being a veteran Law enforcement officer, I have gained the knowledge and dedication in the areas of assisting citizens, investigating criminal activity, crisis management, increasing community safety and extensive training in conflict and crisis prevention.

Area of Expertise
Technical and Analytical Investigation | Criminal Investigation Procedures | Arrest & Seizure | Interview/Interrogation Techniques | Policy and Procedure Development | Organization | Team Leadership | critical Thinking | Problem Solving | Scene Management | Crisis Management | Evidence Collection

Licenses:

Maryland Guard Card
Maryland wear and carry permit
District of Columbia Armed Special Police Officer certification
CPR and First Aid certifications
Baton and OC spray certification
DHS Suitability
OPM Secret Clearance
Public trust OPM active clearance


Experience:

Protective Services Department
(Lieutenant)

Georgetown University – Washington D.C

August 2022 – Current
Full time 40 hours per week

Oversees the daily workflow, schedules, and assignments of the special police officers and desk clerks. Prepares and conducts training for new hires and current staff including training on workplace searches, drug and alcohol procedures, and related safety and security topics.

Responsible for ensuring the safety of patients, visitors and medical staff at hospitals. Monitoring the hospital grounds and buildings to prevent theft or other criminal activity, investigate any suspicious

HU0000361

activity and respond to emergencies as needed.

Making arrest for criminal violations and issuing parking citations. Enforcing District of Columbia criminal code.

Liaison between campus police department and hospital special police department.

Federal Protective Security Officer
Watch Commander (Lieutenant)

Internal Revenue Service- Maryland

Hana Industries

July 2020 - Current
Full time 40 hours per week

•Managing all aspects of internal and physical security management, including operational assessment, risk management, staff training, background investigations and the supervision of over 3,000 government employees and contractors.

•Contributing vital support and leadership in operational and security management while identifying and pursuing strategic results to improve safety, security, and overall performance.

•Developing and establishing operating policies and procedures, in accordance with federal government regulations, to improve productivity and efficiency while reducing costs and maintaining safety.

•Responsible for protecting federal government property, personnel, visitors, and customers, including property leased by the General Services Administration (GSA).

•Maintaining security policy and standards, conducting building security assessments, and monitoring federal agency compliance with security standards

•Meet and deal tactfully and politely with general public and visitors,effectively and efficiently screen and process visitors

•Conduct internal and external roving foot patrols

•Ability to maintain excellent detection rate on x ray machine

•Detect and respond to alarms and emergencies

•Communicate and remain accessible via two way radio or company issued

HU0000362

cellular phone

•Observe and report all offenses/incidents

•Provide first aid, CPR, and assist during emergencies as necessary.

Prince George's County Police Department

May 2008 to May 2020
Full time 40 hours per week

Corporal Police Officer

Corporal Officer enforcing state and city laws and ordinances;
investigate crimes; apprehend criminal offenders; maintain public
peace and safety; lead public service programs; and prepared and file
written reports

• Respond to police station and 911 dispatched calls involving traffic
incidents, emergencies and criminal activity, including: homicide,
domestic violence, assault/battery, theft,
burglary, drug trafficking and vandalism

• Worked with patrol partners and other first responders to assess
scenes, ensure
victim/public safety, apprehend suspected criminal offender, secure
crime scenes and conduct preliminary investigations.

• Displayed sound judgment under pressure in life-threating situations
and other emergency scenarios.

• Assist with covert, undercover investigations to uncover ongoing
crimes and crimes in progress

• Prepare cases for trial, appear and testify in court as a witness.

• Search vehicles, buildings, homes, and property for evidence for
stolen property. • Conduct high-speed vehicle chases in serious and
emergency situations.

Prince Georges County Department of Corrections

January 2005 – April 2008

Correctional Officer Private
Full time 40 hours per week

•Enforce Rules and Keep Order: Inside the prison or jail, correctional
officers enforce rules and regulations. Maintain security by settling

HU0000363

disputes between inmates, preventing disturbances, assaults, and escapes. Officers enforce regulations through effective communication and the use of progressive sanctions, which involve punishments, such as loss of privileges.

• Supervise the Activities of Inmates, ensuring that inmates obey the rules. Officers also escort prisoners between the institution and courtrooms, medical facilities, and other destinations.

• Search for Contraband Items: Officers search inmates and their living quarters for contraband, such as weapons and drugs. In addition officers are responsible for screening visitors and incoming mail to ensure contraband is not brought into the prison or jail.

• Inspect Facilities to Ensure That They Meet Standards: Correctional officers periodically inspect facilities. They check cells and other areas for unsanitary conditions, contraband, signs of a security breach (such as tampering with window bars and doors), and any other evidence of violations of the rules.

• Correctional Officers are responsible for writing reports and filling out daily logs detailing inmate behavior and anything else of note that occurred during their shift.


Education:
Maryland Police and Correctional Training Academy
5/2008 – 1/2009

National Protective Security Officer training program ( 5/2020)

Prince George's Community College
8/2005 – 12/2005 (Associates Degree)

University of Maryland Eastern Shore 08/2003–5/2005

Charles Herbert Flowers High School 2000– 2003 Graduate

Largo High School 1999–2000


(References upon Request)

Confidential



# HOWARD UNIVERSITY

For: JR101594 Lieutenant

**Jobs Applied to**   1

## Overview

## Overview

|  |  |
|---|---|
| **Current Job** | 8 years |
| **Total Jobs** | 4 |
| **Total Experience** | 27 years |

Experience

Howard University
Sergeant
August 2016 - Current  (8 years, 4 months)
Washington, DC

Supervising a shift of 15 - 18 officers
Conduct and complete briefings
Complete all shift paperwork and the end of shift report
Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours
Patrol posts, buildings and grounds and assure laws are observed by citizens

Howard University
Sergeant
January 2016 - Current  (8 years, 11 months)
Washington, DC

Supervising a shift of 15 - 18 officers
Conduct and complete briefings
Complete all shift paperwork and the end of shift report
Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours



View Candidate: Cory Fisher (Internal) (C12499)

Patrol posts, buildings and grounds and assure laws are observed by citizens

Howard University
Police Officer
January 2008 - January 2016 (8 years, 1 month)
Washington, DC
Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours
Patrol posts, buildings and grounds and assure laws are observed by citizens

Loomis
Armed Service Technician
January 2009 - January 2011 (2 years, 1 month)
Springfield VA
Responsible for the safe and timely delivery of cash and coin to Loomis customers, Loading and balancing of ATM machines
Maintained accurate currency manifests, receipt logs and serial numbers
Protect and prevent loss of liability and life
Driver and Guard for on the ground technicians on delivery

Websites

none entered

Skills

none entered

Education

Montgomery College

Wilson High School

Certifications

none entered

Languages

none entered

Candidate Information

View Candidate: Cory Fisher (Internal) (C12499)



**HOWARD UNIVERSITY**

| | |
|---|---|
| **Shared With** | 1 |
| **Added By** | Cory Fisher |

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
|---|---|
| | |

## Application Changes
Application Changes

| Updated By | Updated On |
|---|---|
| | |

## Tags / Pools
Tags / Pools

none entered

## Questionnaire Results

### Initial Application

| | |
|---|---|
| **Questionnaire** | Internal Candidate Questionnaire |
| **Respondent** | Cory Fisher |
| **Submission Date** | 03/09/2022 |

| Question | Answers | |
|---|---|---|
| Are you a current student with Howard University? | **Answers** | No |
| Are you a former student with Howard University? | **Answers** | No |
| Are you over the age of 18yrs? | **Answers** | Yes |
| Do you have a delinquent or financial obligations with Howard University? | **Answers** | No |
| Are you legally authorized to work in the United States? | **Answers** | Yes |
| You answered 'Yes' to the previous question. Please choose the answer below which most accurately fits your situation. | **Answers** | I am authorized to work permanently in the country |
| Do you have any relatives that work for Howard University? | **Answers** | No |
| What is your desired start date? | **Answers** | 03/21/2022 |
| What is your desired annual salary? | **Answers** | 62000 |



## HOWARD UNIVERSITY

View Candidate: Cory Fisher (Internal) (C12499)

| Question | Answers | |
|---|---|---|
| Have you been in your current position for at least six months? | **Answers** | Yes |
| Please select the ethnicity which most accurately describes how you identify yourself. | **Answers** | Black or African American (United States of America) |
| Please select your gender. | **Answers** | Male |
| Please indicate if you are Hispanic or Latino? | **Answers** | No |
| Please select the veteran status which most accurately describes your status. | **Answers** | I AM NOT A VETERAN |

## Interview

### Interview Schedule
none entered

### Interview Feedback
none entered

## Screening

### Assessments
none entered

### Background Check History
none entered

## Employment Offer

### Employment Offer Details
none entered

### Attachments
none entered

## Attachments

### Attachments
Resume / Cover Letter

| Attachment | |
|---|---|

Confidential



View Candidate: Cory Fisher (Internal) (C12499)

Other Documents

| Attachment | Category | |
|---|---|---|
| | | |

## Reminders

### Upcoming

Personal Reminders

none entered

### Completed

none entered

## Candidate

### Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | JR101594 Lieutenant (Filled) |
| **Location** | Howard University Service Center |
| **Date Applied** | 03/10/2022 12:45:23 AM |
| **Source** | Internal -> Current Worker |

Orlando Dalton
Hiring Manager



Porscha Wade
Recruiter

**Disposition**    Other Candidate(s) Better Qualified

## Education

View Candidate: Cory Fisher (Internal) (C12499)

Education

Montgomery College

Wilson High School

## Work History

Work History

|  | |
|---|---|
| **Current Job** | 8 years |
| **Total Jobs** | 4 |
| **Total Experience** | 27 years |

Experience

Howard University
Sergeant
August 2016 - Current  (8 years, 4 months)
Washington, DC
Supervising a shift of 15 - 18 officers
Conduct and complete briefings
Complete all shift paperwork and the end of shift report
Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours
Patrol posts, buildings and grounds and assure laws are observed by citizens

Howard University
Sergeant
January 2016 - Current  (8 years, 11 months)
Washington, DC
Supervising a shift of 15 - 18 officers
Conduct and complete briefings
Complete all shift paperwork and the end of shift report
Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours
Patrol posts, buildings and grounds and assure laws are observed by citizens

HU0000782



Howard University
Police Officer
January 2008 - January 2016 (8 years, 1 month)
Washington, DC

Responsible for the protection and safety of over 5000 students
Controls entries and access to various Campus facilities
Responding to highly stressful, hostile, and dangerous situations.
Quickly addressing situations, and taking action to reduce the danger
Controlling uncooperative individuals both orally and when necessary, through physical restraint.
Aid to medical emergencies pending the arrival of medical personnel; securing the scene and performing first aid.
Collaborates with MPD decreasing violent crimes and scenes
Prepare detailed and accurate reports of arrest and daily tours
Patrol posts, buildings and grounds and assure laws are observed by citizens

Loomis
Armed Service Technician
January 2009 - January 2011 (2 years, 1 month)
Springfield VA

Responsible for the safe and timely delivery of cash and coin to Loomis customers, Loading and balancing of ATM machines
Maintained accurate currency manifests, receipt logs and serial numbers
Protect and prevent loss of liability and life
Driver and Guard for on the ground technicians on delivery

## Credentials

Languages

                        none entered

Websites

                        none entered

Skills

                        none entered

## My Upcoming Reminders

Personal Reminders

                        none entered

Confidential

# EXHIBIT P

**Document Produced in Native Format**

Confidential

| Job Application | Stage | Step / Disposition | Resume | Jobs Applied to | Move Forward? | Date Applied | Current Title | Current Company | Source | Address | Phone | Email | Social Profiles | Total Score (Primary Questionnaire) | Recent Degree | Recent School | Years in Current Job | Skills | Total Years Experience | All Job Titles | All Companies | All Degrees | Resume Text | Convenience Task [Singular] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marcus Overton (C12783) | Screen | Manager Candidate Screen | Library Document Station-2 (1).pdf | 2 | No | 3/26/2022 | Campus Police Officer | | Career Websites -> University Website | | | | | 0 | | | 0 | | 9 | Campus Police Officer Custom protection flex officer Police officer 1st class | Other | | | View Job Application |
| Anthony Winbush (Internal) (C12627) | Screen | Manager Candidate Screen | Anthony Winbush Cover Letter March 2022.doc Anthony Winbush Resume March 2022.doc | 3 | No | 3/15/2022 | | | Internal -> Current Worker | | | | | 0 | | | 0 | | 0 | | | | | View Job Application |
| Kenard Keene (Internal) (C12416) | Screen | Manager Candidate Screen | Sgt Kenard A. Keene Sr. Resume.doc | 1 | No | 3/8/2022 | | | Internal -> Current Worker | | | | | 0 | | | 0 | | 0 | | | | | View Job Application |
| Curtis Quarles (Internal) (C12251) | Screen | Manager Candidate Screen | Curtis Quarles Cover Letter (HU-DPS).doc Curtis W. Quarles Resume 2-23-2022 .docx | 1 | No | 3/3/2022 | | | Internal -> Current Worker | | | | | 0 | | | 0 | | 0 | | | | | View Job Application |
| Adrian Blackmon (C12230) | Screen | Manager Candidate Screen | Copy of 2020 Resume.docx | 1 | No | 3/2/2022 | Lieutenant, Patrol Operations/ Strategic Services Division/ Liaison Analyst Officer | | Job Sites -> Indeed | | | | | 0 | AS | University of the District of Columbia | 11 | | 17 | Lieutenant, Patrol Operations/ Strategic Services Division/ Liaison Analyst Officer Patrol Officer Security Officer | AS High School Other | | | View Job Application |
| Tyrone Green (C16848) | Application Submitted | Application Submitted | Special Police Officer License Washington DC.jpeg Tyrone's Cover Letter.doc Tyrone Green references.rtf Tyrone Resume.doc | 1 | No | 9/4/2022 | Shift Supervisor/Sergeant/Special Police Officer | | Career Websites -> University Website | | | | | 0 | Other | Savannah State University | 17 | | 35 | Military Policeman / Soldier Police Officer Security Officer Shift Supervisor/Sergeant/Special Police Officer | High School Other | | | View Job Application |
| Darron Overby (C16725) | Application Submitted | Application Submitted | FEDERAL RESUME 28MAR2022 2.docx | 13 | No | 8/30/2022 | Staff Operations & Training Specialist, Dept. of Army | | Career Websites -> University Website | | | | | 0 | | | 0 | | 38 | 2nd Shift Supervisor /Rover/Special Police Officer Lead Emergency Actions Controller On-Call Operations & Logistics Specialist & Living-History Interpretive Guide Security Guard, Dept. of Army Staff Operations & Training Specialist, Dept. of Army Supervisor /Sergeant /MOS 31820: Basic Military Policeman Visitor Services Coordinator | | | #N/A | View Job Application |
| Moses Edwards (C15326) | Application Submitted | Application Submitted | Moses-Edwards.pdf | 4 | No | 7/5/2022 | Master Police Officer | | Job Sites -> Indeed | | | | | 0 | Other | | 0 | | 16 | Corrections Sergeant Firefighter/First Responder/Crew Leader) Master Police Officer Police Sergeant Special Police Officer | High School Other | | | View Job Application |
| Kevin Wiggins (C15255) | Application Submitted | Application Submitted | Kevin Wiggins Resume.docx | 1 | No | 6/30/2022 | Regional Emergency Response Dispatcher (OA) | | Career Websites -> University Website | | | | | 0 | High School | | 0 | | 20 | Information IT Administrator/Installer Lead Police Officer (Patrol Supervisor) Police Officer Regional Emergency Response Dispatcher (OA) Security Guard | High School | | | View Job Application |

| Job Application | Stage | Step / Disposition | Resume | Jobs Applied to | Move Forward? | Date Applied | Current Title | Current Company | Source | Address | Phone | Email | Social Profiles | Total Score (Primary Questionnaire) | Recent Degree | Recent School | Years in Current Job | Skills | Total Years Experience | All Job Titles | All Companies | All Degrees | Resume Text | Convenience Task [Singular] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheaa Gall (Internal) (C14856) | Application Submitted | Application Submitted | Scheaa Gall - Resume.docx | 8 | No | 6/13/2022 | Asset Protection Agent | | Career Websites -> University Website | | | | | 0 | High School | | 0 | | 10 | Cashier Category Planner Delivery Driver Discharge Planning Assistant Junior Health Data Analyst Project Manager Quality Assurance Manager Sales Associate Senior Guest Advisor Visual Merchandiser | | High School | | View Job Application |
| David Arndt (C14853) | Application Submitted | Application Submitted | Resume 6-9-22 Howard .pdf | 1 | No | 6/9/2022 | Security Services Incident Investigator | | Job Sites -> Indeed | | | | | 0 | MS | | 2 | | 38 | Adjunct Instructor Director of Employee Safety Driver Driver Educational Specialist Police Officer Police Officer Police Sergeant Security Officer Security Services Incident Investigator Security Services Specialist | | BS MS | | View Job Application |
| Felix Martinez Sanchez (Internal) (C14276) | Application Submitted | Application Submitted | Felix Martinez Sanchez Resume.docx | 5 | No | 5/13/2022 | Police Officer | | Career Websites -> University Website | | | | | 0 | PhD | | 2 | | 10 | Campus Peace Officer Campus Police Sergeant Campus Security Assistant Campus Security Officer Correctional Officer Police Officer Probation Officer | | BA MS PhD | | View Job Application |
| Keonte Perkins (C11740) | Application Submitted | Application Submitted | Perkins Resume .pdf | 2 | No | 4/9/2022 | OPERATIONS MANAGER | | Job Sites -> Indeed | | | | | 0 | GED | | 3 | | 10 | II OPERATIONS MANAGER SPECIAL POLICE OFFICER (FIELD TRAINING OFFICER) | | GED | | View Job Application |
| Rogelio Stanford (Internal) (C13148) | Application Submitted | Application Submitted | 49E32B02-AC8D-4FFF-9844-C45620BA86F9.jpeg | 1 | No | 3/30/2022 | | | Internal -> Current Worker | | | | | 0 | | | 0 | | 0 | | | | | View Job Application |

2

# EXHIBIT Q

Intake interview Notes

6-2-2023

570-223-02697

EEOC: Richard Kim

Rogelio Stanford v. Howard University

Age (64) National Origin (Hispanic-Panamanian), and Retaliation (CP filed EEOC charge in prior to 2018 and settlement reached in 2019).

CP stated that in March 2022, he applied for a lieutenant position through internet (Workday).

CP stated that he was never called for an interview and time passed. In May 15, 2023, when he checked the Workday system, he realized that the lieutenant position he applied in March 2022 has bee filled. CP does not know who the person is.

I informed CP that it is difficult to assess as we have no knowledge about the actual person that was promoted. CP alleged that he feels that he was retaliated against for settlement agreement reached back in 2019.

I informed CP that the timing of the complaint and promotion is too long to justify that the time proximity would not be supporting retaliation allegation.

I informed CP that we may dismiss the case as we do not know the comparator's information. CP was hesitant hat he was qualified for the lieutenant position.

I informed CP about NRTS and 90 days to file.

**I discussed following information with PCP.**

    ☒Counseled PCP on EEOC timeline for investigation
    ☒Counseled PCP on types of resolutions (settlements, dismissals, findings)
    ☒Counseled PCP regarding requesting copy of Position Statement.
    ☒Counseled PCP regarding contact moving forward (public portal information).
    ☒Counseled PCP regarding Notice of Charge to Respondent within 10 days
    ☒Counseled PCP regarding retaliation (especially if still employed by R)
    ☒Discussed relevant evidence with PCP, how to submit evidence and acknowledge the
    ☒Preservation of Evidence (POE).
    ☒Counseled PCP to notify EEOC if they he/she has change of address
    ☒Counseled PCP to maintain any information relevant to the allegations and damages.
    ☒Counseled PCP that case will likely not be investigated, and why
    ☒Documented counseling in intake interview notes
    ☒Counseled PCP on NRTS letter and 90 day filing period

HU0000600

☒Counseled PCP on Right to File

☒If PCP chose not to move forward with filing at that time, counseled PCP that he/she has 300 days/180 days from last date of harm to file

Confidential