IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGELIO A. STANFORD | * |
| Plaintiff, | * |
| v. | *  Civil Action No.: 1:23-cv-03041 |
| HOWARD UNIVERSITY | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF UNIQUE ARMSTRONG IN SUPPORT OF
DEFENDANT HOWARD UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT**

I, Unique Armstrong, hereby declare under penalty of perjury:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein, all of which are true.

2. I am the DPS Operations Coordinator at Howard University ("Howard").

3. I have been employed by Howard since May 9, 2022.

4. As the decision maker on applicant interviews for the 101595 Lieutenant Position ("2022 Lieutenant Position") and the 103808 Lieutenant Position ("2023 Lieutenant Position"), I have knowledge of the facts of this case.

5. I submit this declaration in support of Howard's Motion for Summary Judgement, which is being filed contemporaneously herewith.

6. I reviewed applications for the 2022 Lieutenant Position, including Plaintiff Rogelio Stanford's ("Plaintiff") 2022 application, and did not select him for an interview because his application was wholly incomplete.

7. I have never met Plaintiff in person.

8. I was not aware of Plaintiff's work history or experience when I reviewed his application for the 2022 Lieutenant Position.

9. Outside of the information Plaintiff included in his 2022 Lieutenant application, I had no other knowledge of Plaintiff's race, ethnicity, and/or national origin when I reviewed his application for the 2022 Lieutenant Position.

10. I was not aware of Plaintiff's date of birth when I reviewed his application for the 2022 Lieutenant Position.

11. Plaintiff's application for the 2022 Lieutenant Position did not contain any work history, did not describe any prior experience, and simply contained a photograph of his face in lieu of a resume.

12. The reason stated above is the sole reason Plaintiff was not selected for an interview for the 2022 Lieutenant Position.

13. I reviewed applications for the 2023 Lieutenant Position, including Plaintiff's 2023 application, and selected him for an interview because his application was significantly more complete – he provided a summary of his work history and a resume.

14. I offered Plaintiff an interview for the 2023 Lieutenant Position via email on August 4, 2023. Plaintiff did not respond to my email.

15. I followed up with Plaintiff via email on August 23, 2023 to see if he was still interested in interviewing for the 2023 Lieutenant Position. Plaintiff again did not respond to my email or accept the interview.

16. At the time of my decision to select Plaintiff for an interview for the 2023 Lieutenant Position, I was unaware that Plaintiff had filed a Charge of Discrimination with the

Equal Employment Opportunity Commission ("EEOC"), or that he had received notice from the EEOC of his right to sue Howard.

17. Plaintiff's Charge of Discrimination with the EEOC had no impact in my decision to select him for an interview for the 2023 Lieutenant Position.

18. No applicant received an interview for the 2022 Lieutenant Position if they did not submit a summary of their work history, prior experience, and/or a resume.

19. I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed on: May 1, 2025

_____
Unique Armstrong

Dated: May 1, 2025

Respectfully submitted,

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos
D.C. Bar No. 430932
Katherine E. Rodriguez (*pro hac vice*)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC  20006-1157
Tel: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
rodriguezk@ballardspahr.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGELIO A. STANFORD | * |
| Plaintiff, | * |
| v. | *  Civil Action No.: 1:23-cv-03041 |
| HOWARD UNIVERSITY | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing Declaration of Unique Armstrong in Support of Defendant Howard University's Motion for Summary Judgment to be filed electronically, and that a true and correct copy is available for viewing and downloading on the ECF system.

Dated: May 1, 2025

/s/ *Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos

NG-58S8J20W #4905-0378-2204 v4